United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                                                             Case No: 23-20152

v.

                                                             Hon. Mark A. Goldsmith

Jack Eugene Carpenter III,

        Defendant.

_____/

## United States' Motion for a Competency Evaluation

      The United States of America, by and through its undersigned counsel, requests that the Court commit the defendant to the custody of the Attorney General for a psychiatric or psychological examination to determine whether he is competent to stand trial. Based on the defendant's past conduct, including social media posts and his statements during and filings in court proceedings, the government believes that a competency evaluation is appropriate. The government therefore moves the Court to order that a competency evaluation be conducted, pursuant to 18 U.S.C. §§ 4241–4247, to determine if "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature

1

and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a).

## Facts

On or about February 17 and 18, 2023, the defendant, Jack Eugene Carpenter III, using his Twitter account, made a series of Tweets culminating with a threat to kill Jewish members of the Michigan government. Carpenter was in Texas at the time he made these Tweets but stated that he was headed back to Michigan imminently to carry out his threats. The most relevant Tweets included:

- February 17, 2023, 14:36:39[1]: "Within the next 48 hours I will be back in Michigan. Whether I have to sell more silver or whether my mother, who participated in these acts against me, sends money to get back there after confessing her role to me."

- February 17, 2023, 14:39:51: "Any Jewish person holding a public office on my land after that time is subject to immediate punishment for their participation in an unlawful war of aggression using a biological weapon against me. You may leave, confess and resign to live a private life or"

- February 17, 2023, 14:42:59: "Be punished. I have deemed you guilty. Judgement has been given. I will not tolerate anymore games. I've given enough chances. Confessions will remain classified unless caught committing another crime. You have been warned. Heed my warning."

---

[1] Dates and times are in the same format as provided by Twitter, pursuant to a federal search warrant, for consistency.

- February 18, 2023, 03:00:34: @claushetting @DrTedros @POTUS @FBI @CIA @ODNIgov @ADL @Israel @masonicnetwork "I'm heading back to Michigan now threatening to carry out the punishment of death to anyone that is jewish in the Michigan govt if they don't leave, or confess, and now that kind of a problem, because I can Legally do that, right?"

Carpenter also threatened via Twitter to use "deadly force" against law enforcement if they tried to pull him over on his way from Texas.

- February 15, 2023, 07:54:26: @MichStatePolice @WSheriff "I'll be coming back to Michigan, still driving with expired plates. You may want to let everyone know, and Wayne County sheriff as well, any attempt to subdue me will be met with deadly force in self defense. I'll test out that that whole no weapon"

- February 15, 2023, 07:57:06: @MichStatePolice @WSheriff "Forged against me will prosper + I'm your boss + I'm immune from arrest thing. Polite notice I'm not playing games with people who tried to kill me, and steal from me."

- February 15, 2023, 08:03:17: @MichStatePolice @WSheriff "Moon magic people planning a hit to avoid court that I know monitor this account, fucking try me..."

The FBI obtained an arrest warrant for Carpenter for violating 18 U.S.C. § 875(c) later on February 18 and arrested him that same day in Texas. Agents in Texas searched Carpenter's car pursuant to a federal warrant and found, among other things, three pistols, four rifles (including an M1A military-style rifle), a shotgun, and hundreds—if not

3

thousands—of rounds of ammunition.

Officers spoke with Carpenter after his arrest. Carpenter admitted to maintaining the Twitter account in question. When asked what he meant about the aforementioned Tweets—specifically, being back in Michigan in 48 hours and "threatening to carry out the punishment of death to anyone that is jewish in the Michigan govt"—Carpenter said that it is lawful to use deadly force in Michigan against those who have committed a felony and are subject to arrest.

Carpenter said that everything stemmed from the COVID-19 vaccine: that it was a crime to claim that the vaccine was safe or effective and that everyone saying that the vaccine was safe and effective committed a felony. Carpenter was fired from the University of Michigan after refusing the vaccine, and went to the university's police department, the Washtenaw County Sherriff's Office (WCSO), and the Michigan State Police (MSP) to provide evidence against the vaccine. When that did not work, he then spent eleven months in court trying to file a complaint against the university. When that failed, Carpenter claimed that he filed paperwork with the U.S. government, including the Department of Justice and the President of the United States, and

then traveled to Texas because he was pushing the issue too hard in Michigan. Carpenter said that he had reason to believe that the WCSO, in coordination with MSP, was trying to "take [him] out" or manufacture evidence against him.

When asked why he was targeting Jewish members of the government, Carpenter said that Israel is at war with the United States and is using a biological weapon—the COVID vaccine. When asked if he was talking about any specific Jewish members of the government, Carpenter identified several individuals by name, including one high ranking member of Michigan's government. He then said that there was no one specific that he was targeting, and that the Tweets were meant to trigger behavior in other people who were trying to take him out.

Carpenter then claimed that he broke his contract with the Michigan state government, seized nine square miles of land, and created his own sovereign government, The New Jerusalem, and placed himself as head of that government. He said that he wrote the President of the United States (and the Department of Justice) after seizing this land and gave him an ultimatum, under the Geneva Conventions, to cease enforcing the COVID mandates at the University

of Michigan. Because the President refused, Carpenter claimed that the nine square miles of land ceded to him. In a "Declaration of Sovereignty" that Carpenter posted on Twitter, he declared the formation of a new State named "The Kingdom of Heaven," and claimed nine square miles of land as "New Jerusalem." He named himself the sovereign, or "King of Israel."

Carpenter's statements to officers and his claims in the Declaration of Sovereignty are also consistent with many other Tweets he's posted about the Jewish origins of the COVID vaccine, plots to kill him, Satan, magic, and witches (several of these posts are associated with videos of Tarot card reading). The government can provide a sample of the defendant's Tweets to the Court if helpful.

Finally, Carpenter maintains that he created his own government and that the United States District Court for the Eastern District of Michigan does not have jurisdiction over him. [*See* 23-mj-30076, ECF. No. 14, PageID.29].

6

## Law

A defendant's competence to stand trial depends on "whether he has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding—and whether he has a rational as well as factual understanding of the proceedings against him." *Dusky v. United States*, 362 U.S. 402, 402 (1960) (per curiam).

The defendant, the attorney for the government, or the Court may make a motion to determine a defendant's competency at any time after commencement of prosecution and prior to sentencing. 18 U.S.C. § 4241(a). And attorneys have a professional duty to move for a competency evaluation if they have a "good faith doubt as to the defendant's competence." *United States v. Jackson*, 179 F. App'x 921, 933 (6th Cir. 2006) (unpublished).

District Courts must grant a competency motion "if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). As the Sixth Circuit has explained,

"once a motion is made pursuant to [§ 4241], unless the motion is frivolous or is not made in good faith, the district judge must appoint a psychiatrist to examine the accused." *Jackson*, 179 F. App'x at 933 (quoting *United States v. Walker*, 301 F.2d 211, 214 (6th Cir. 1962)); *see also United States v. White*, 887 F.2d 705, 709 (6th Cir. 1989) ("the district court has not only the prerogative, but the duty, to inquire into a defendant's competency whenever there is 'reasonable cause to believe' that the defendant is incompetent to stand trial."). This makes sense, because the "failure to order a hearing when the evidence raises a sufficient doubt as to a defendant's competence to stand trial deprives a defendant of due process of law." *White*, 887 F.2d at 709 (citing, e.g., *Pate v. Robinson*, 383 U.S. 375, 385 (1966)).

## Argument

Undersigned attorneys for the United States have a "good faith doubt" as to Carpenter's competence. Many of his statements on Twitter (which can be provided to the Court upon request) appear to be connected to Tarot card reading and suggest that Carpenter may believe, for example, that Zionist Jews—synagogues of Satan, in his words—are behind COVID, which he described as a genocide; that

8

MOSSAD unleased COVID/the COVID vaccine in a war of aggression; that the CIA, at various times, "assigned" him a girlfriend, drugged her, and offered her a promotion to marry a fake or copycat Carpenter; and that there is a Jewish and Michigan State Police plot to kill him.

Carpenter's creation of a new state—New Jerusalem—and declaration that he would be its sovereign, the King of Israel, seem disconnected from reality. Even after he was arrested, Carpenter maintains that federal courts do not have jurisdiction over him because of his sovereign status.

Finally, in an interview with officers, Carpenter's mother stated that there is a history of mental illness in Carpenter's family. His grandmother was a paranoid schizophrenic, and Carpenter's mother believes that he is exhibiting the same symptoms. According to the National Institute of Mental Health, "Schizophrenia sometimes runs in families." https://www.nimh.nih.gov/health/topics/schizophrenia.

## Conclusion

For these reasons, the government respectfully requests that the Court order that Carpenter be placed in the custody of the Attorney General to undergo a psychiatric or psychological examination to

9

determine his competency to stand trial. An examination conducted by the Bureau of Prisons is appropriate because it offers the opportunity for an extended period of observation and testing.

Pursuant to the local rules, the government sought but did not receive concurrence in this motion.

Respectfully,

DAWN N. ISON
United States Attorney

*s/ Hank Moon*
Hank Moon
Assistant United States Attorney

*s/ Frances Carlson*
Frances Carlson
Assistant United States Attorney

Date: March 24, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2023, I filed the foregoing document on the ECF system, which will send notice J.P Nogues, attorney for Jack Eugene Carpenter III.

*s/ Hank Moon*
Hank Moon
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Phone: (313) 226-0220
E-Mail: hank.moon@usdoj.gov