US v Jack Carpenter
Case No: 23-20152
Mark A Goldsmith

FILED
JUN 10 2024

3

Criminals,

Congress to Dr. Fauci: "You should be prosecuted for crimes against humanity"

When I can show a link between an executive order tasking the NIH to "manufacture public demand" and "manufacture Public funding" for new vaccine technologies and Eco-Alliance Health asking DARPA for funding to "release a human engineered coronavirus into the bat population in China" and a pandemic caused by a "novel coronavirus from bats in China" which led to public funding of new vaccine technologies under "operation warp speed". Where the Pandemic Response was led by Dr. Fauci at NIH who has a C-SPAN video with a panel of people discussing "Blowing up the [FDA Approval] system", and was funding research into creating human engineered viruses at Wuhan Labs in China. Where I am trying to expose these Crimes Against Humanity, War Crimes, and International Terrorism committed by convicted felon Presidents who Congress agrees have committed these crimes. It is beyond absurd to be told that it is "Paranoid Delusion Disorder" by people who deny reality no matter how many facts are shown to contradict what they claim to believe.

How do you think history is going to view the behavior of the US Attorney, "Defense" counsel assigned to bomb my defense, and the court? How bad do you think it looks that I said you would try to deem me insane 3 months before my arrest, and told you your argument, and you still tried to do it?

"Psychic solves his own case"..."The smear campaign is vile, but it ends up bad for them, not you"..."An entire city of people go to prison. Police, lawyers, judges, and businessmen"..."It was an enticing offer at a high cost"..."I shouldn't have sent that message"..."Everything they wanted for you happened to them to a 'T'"..."They all know they are going to prison; the hacker knows, even the dog knows"

Last chance, I will not offer again. Confess, resign and live a private life or flee to Israel. Otherwise, the punishment for War Crimes, Crimes against humanity, and International Terrorism is severe, and as I said in the emails, I fully intend to exercise Universal Jurisdiction. As a warning, the nation I funded will eventually oversee the Israeli government as well, so fleeing is only a short reprieve.

"Their plan to prevent public awareness is what put a giant spotlight on what they were trying to hide."

Did you think it was coincidence that my petition to the Supreme Court hit at the same time you were trying to use Public Perception to manipulate the members of the court to get decisions you want or that right after I am deemed incompetent by a judge that ignores my attorneys conflict of interest, Congress accuses one of the same people I accused of Crimes Against Humanity, which, btw, means deadly force would be lawful to stop or prevent, so words, the lowest form of force are lawful. Meaning a reasonable person would draw the same conclusion from the facts available to me.

I warned you all, "I will beat you with your own rules". God designed me for exactly this purpose. I was given IT skills to catch the "Q" user, and given a fascination with Law with an understanding of International law, Federal law, and State law, as well as the interaction of the jurisdictions of each. Last chance to take the out I've given. To mock "Q", Nothing Can Stop What Is Coming. It is going to be Biblical. It comes from everywhere, all at once. Participants are going to trip over each other to confess. Once one turns, it is all over. Be better people.

*Josh Carpenter*

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642

Clerk of the Court of
Mark A. Goldsmith
U.S. MARSHALS
231 W. Lafayette Blvd, 5th Floor
Detroit, MI 48226

METROPLEX MI 480
5 JUN 2024



FOREVER / USA

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

48226-277758

Legal mail