US v Jack Carpenter
Case No: 23-20152
Mark A. Goldsmith

7

FILED
JUN 13 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

The Supreme Court wanted a statement for rules 20.1 and 20.2, I have included them for the District Court as well. Please note that this is one of two moves I have made recently. From Tarot readings I am aware that Mr Moon, Ms Carlson, and Mr Goldsmith are concerned about the writ and that JP realizes he made a significant error. Someone in the US Attorney's office is going to jump ship soon, and turn on you all. The military should be involved shortly as well, as I have pointed out some of this falls under military tribunal.

This is going to sting a bit. I did warn you though. Warrants are going to follow shortly.

Something I find odd... Not one of you tried to claim that thinking Dr. Tedros was Jewish ex-CIA agent Emory Tate Jr. was evidence of incompetence. It is like I never said it at all.

What happens when I point out it is odd that Mexico had 34 candidates for president assassinated, and wound up with it's first Jewish Female Climate Scientist President? Nothing like being 35th choice. Then one day later, border executive order. Nothing to see there, guys. Nor in India where all the human rights journalists had Israeli Pegasus Spyware on their electronics.

See what US taxpayer money buys you? Israeli colonies.

That second move is going to blindside you all, btw. You don't see it coming. The gloves are off, it is my turn now. Time to reap.

Jack Carpenter

LAUREN NEERGAARD AP NEW Propagandist - "NIH for years gave grants to a New York non-profit called EcoHealth Alliance that used some of the funds to work with a Chinese lab

studying coronaviruses commonly carried by bats. Last month, the government suspended EcoHealth's federal funding, citing its failure to properly monitor some of those experiments"

"In an exchange with Rep. Morgan Griffith, R-Va, Fauci acknowledged that the lab leak is still an open question since it is impossible to know if some other lab, not funded with NIH money, was doing risky research with coronaviruses."

I bet the people who intentionally committed these crimes will deny them until they die.

Incompetent paranoid delusional crazy man strikes again.

When JP was first assigned to my case, he said that I probably wanted to ask judge Goldsmith to recuse himself. Why would he ask that? What is your religion?

Snare for your enemies...

Rule 20.1 exceptional circumstances

I have already been incarcerated for longer than the maximum recommended sentence while the Court has spent 15 months shifting the role of a jury to the judge and trying to make it appear as if the challenge to jurisdiction has been assessed when it has not. The Court ruled that it can make assumptions without evidence that beliefs are delusions, which in a defense of self or others case is especially problematic as it is the role of the jury to determine if a reasonable person would believe what the defendant believed at the time when force was used. Additionally, "merely believing fringe views does not mean someone cannot cooperate with his lawyer or understand the judicial proceedings around him." US v Coleman, 871 F.3d 470 (6th Circuit) Defense Counsel stated on record that "clearly" I was competent and that my complaints regarding his counsel are legitimate legal concerns, and "defense counsel will often have the best-informed view of the defendant's ability to participate in his defense." US v Coleman.

District Court has been operating without jurisdiction being proven and the 6th Circuit claims it does not have jurisdiction to review this error. "That the defendant understood the criminal nature of this proceeding is reflected by the fact that he challenged the court's jurisdiction. He demonstrated his ability to make legal arguments, albeit atypical ones... and cited case law, statutes, and Constitutions" US v Coleman

I am being denied a trial because the Court assumes I cannot prove that US officials with loyalty to a foreign country committed war crimes, crimes against humanity and acts of International terrorism, absent evidence to support the Court's assumption. This is because Dr Nybo doesn't believe the people guilty of these crimes would have a vested interest in preventing facts to support that assertion coming to light in a trial. Even despite one of the actors explicitly

eferenced in one of my court filings, Dr Fauci, was told, "You should be prosecuted for Crimes Against Humanity" by Congress on June 3rd, 2024. It stands to reason that we should be asking whether the US Attorney, the District Court, and Dr Nybo are able to ammend their beliefs in the face of contradicting evidence. But, in the meantime, I am unable to get relief from the District Court, the 6th Circuit, and my attorney has a conflict of interest in representing me, won't remove himself, and interferes with my defenses and appeals. This court, the Supreme Court, is the only option left. Otherwise, I will just be incarcerated for longer than if I was proven guilty without ever receiving a trial, and Public officials who committed War Crimes, Crimes Against Humanity, and acts of International Terrorism will not be exposed. I will be imprisoned without a trial for an innocent act, and the Court never had jurisdiction over my person nor the subject matter to begin with. The District Court ruling that a right under state law and the Law of Nations "seems irrational" would seem to be itself an exceptional circumstance. Everything else, like that I can't get an appellate court to review my claims, and defense attorney interferes with my appeals while I am being denied a trial and incarcerated in excess of others in the same circumstance would exceed showing this is an exceptional circumstance. Thank you for your consideration, and hopefully recognizing incompetent people don't know how to file motions, appeals, and figure out how to petition a court for a writ of habeas corpus. Please keep in mind that court rules are for the expedience of justice, but are able to be waived when they are an impediment, and as a pro se filing I cannot be held to the same standards typically enforced against those who deal with the courts as a career. I am in need of the court's assistance.

## Rule 20.1(a) Reason for not petitioning District Court

The District Court has ignored the conflict of interest that counsel itself stated in a letter forwarded to the Court. The District Court is operating despite jurisdiction not being proven after acknowledging a challenge to jurisdiction on June 6th, 2023. It has made several mistakes of fact and law, and attempts to characterize the 6th circuit court of appeals dismissing my claim for lack of jurisdiction as if the claims were dismissed on their merits. It claims my beliefs are evidence of mental illness, and then mischaracterizes my beliefs or develops its own wild theories of what I believe that are blatantly wrong. For example:

1. I do not claim to be a "Sovereign Citizen" at any point, and defense counsel mentioning that legal theory to disparage my defense under the law of nations was argued in appeal as <u>not</u> a belief I have.
2. I do not claim the "Covid Vaccine" is a biological weapon, SARS-COV-2 virus is, and evidence shows it was released on purpose as a War Crime and/or an act of International Terrorism.
3. I did not email Dr. Nybo on an "almost daily basis"
4. 3 military helicopters flew over my house on different days over a period of 2 months, each time witnessed by multiple people.

5. I do not claim the State Dept operates a "Qanon Website"

The Court states that I have "fixed beliefs that are not amenable to change in light of conflicting evidence" but that there is "no legal requirement that Carpenter had to be presented with conflicting evidence", and then completely mischaracterizes what I believe.

The District Court, US Attorney, and defense counsel have been artfully trying to make it appear as if my challenge to jurisdiction has been assessed and deemed valid when it has not, while trying to portray my defense of others claim as rational while preventing evidence to support it, and claiming they don't need evidence to dispute it while making me have to defend against accusations having a reasonable relation to my defense. They are unlikely to stop this behavior as r has been ongoing for over 15 months now.

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

Legal Mail

© USPS 2022

Clerk of the Court of
Mark A Goldsmith
231 W. Lafayette Blvd, 5th floor
Detroit, MI 48226

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131

METROPLEX MI 480
6 JUN 2024 PM 9 L



U.S. MARSH

Dog Bite
Awareness