USA vs Jack G. Carpenter

Case No: 23-20152

Mark A. Goldsmith

**FILED**
**JUN 20 2024**
CLERK'S OFFICE

"Israeli intelligence figured out where they were and commandos spent weeks practicing the raid on life-size models of the buildings, according to Rear Adm. Daniel Hagari... Hagari declined to say how Israeli forces made their way to the heart of Nuseirat, a crowded, built-up refugee camp in central Gaza dating back to the 1948 Arab-Israeli war. Based on previous operations, at least some of the special forces who took part in the raid likely dressed like Palestinians and spoke fluent Arabic." AP News

"Great Britain, War office, Manual of Military Law (1929) § 445, lists a large number of acts which, when committed within enemy lines by persons in civilian dress associated with or acting under the direction of enemy forces, are 'war crimes'... Section 449 states that all 'war crimes' are punishable by death... These authorities are unanimous in stating that a soldier in uniform that commits these acts mentioned would be entitled to treatment as a prisoner of war, it is the absence of uniform that renders the offender liable to trial for violation of the Laws of war."

How many civilians and more specifically, women and children died during this blatant war crime?

I notice we have decided to double down on trying to discredit the Supreme Court. It seems that we have chosen to paint them as Christian religious zealots. I'm not a Christian though, nor do I believe the US to be a Christian Nation. In fact, I find the assertion absurd. "This nation is in no way founded upon the Christian Religion", Treaty of Tripoli, Article 11. Anyway, it doesn't work, just like every other plan.

For the record, Trump shouldn't be convicted on charges of falsifying documents in the furtherance

105 Fast Ice Dr.
Midland, MI
48642

METROPLEX MI 480
12 JUN 2024 PM 2 L

Clerk of the Court of
Mark A. Goldsmith
231 west lafayette blvd. 5th floor
Detroit, MI
48226

The writer of this letter is an inmate in the Midland County Jail
Midland, MI 48642

48226-277758

Legal mail

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

© USPS 2022

FSC MIX Envelope FSC® C137131