U.S. v. Sara Carpenter
Case No: 23-20152
Mark A. Goldsmith

FILED
JUN 25 2024
CLERK'S OFFICE
DETROIT

9

Since the court has issues understanding my beliefs, I will explain the ones that relate only to my defense I intend to put forward, excluding what shows that I was targeted, which only came up because the prosecution called them delusions, and defense counsel refused to investigate or defend against the accusations.

- Donald Trump signed an executive order in Sept 2019 to "update vaccine manufacturing techniques" that tasked the NIH to develop a plan to "manufacture public demand" and "manufacture public funding" of new vaccine technologies
- EcoHealth Alliance requested funding from DARPA to release a human engineered coronavirus into bats in China, causing the Pandemic.
- Moderna traded a mRNA injection with the University of North Carolina right before the first case.
- Dr. Fauci is on C-Span with a panel of people discussing the need to "blow up the [FDA approval] system" to get vaccines approved faster than 10 years, ie. 6 months
- The inventor of the PCR test who gave an interview explaining the PCR test cannot "diagnose" an illness, and that is not the purpose of it dies in a car accident, after explaining Dr Fauci is a fraud and a quack who lied during the AIDS epidemic, 6 months before the pandemic
- 12 doctors signed a letter to the Lancet stating that anyone who claimed the virus leaked from Wuhan Labs, where EcoHealth Alliance was doing gain-of-function research on coronaviruses, was a "conspiracy theorist". This letter was retracted a year later because 11 of 12 doctors had financial ties to Wuhan Labs.
- "Operation Warp Speed" is created to "manufacture public funding" for new vaccine technologies.
- Moderna and Pfizer are given EUA status and claim the injections are

"vaccines" that are "95% effective at preventing COVID-19" using studies that only are looking for "hospitalizations" not infection because COVID-19 is a disease that sometimes develops from infection of SAR-COV-2 virus. This violates 21 CFR 312.7 and is "Fraud through omission of material fact" as well as "Fraud through misrepresentation" as vaccines provide "immunity from infection" not prevent symptoms of disease.

- FOIA request show CDC officials discussing the COVID injections are not "vaccines" and resolve to alter the definition of "vaccine" and remove "immunity from infection" to replace it with "prevention of disease".
- 21 USCS § 360bbb precludes people who take EUA medication from being included in studies for full approval, but the FDA approved the medication using uncontrolled studies of those who took EUA injections to approve the medication in violation of the Law.
- Pfizer stated they would not manufacture an FDA approved version, and one was not available until Sept 2023 when the emergency ended May 11th, 2023
- President Biden said, "What are you waiting for, they are FDA approved," when no FDA approved version was available until ~3 years after this comment
- The only <u>ACTUAL</u> double-blind controlled study on these medications was tainted when after 3 months it was determined that due to a difference of 8 hospitalizations between the two groups, it was "unethical" not to corrupt the control group. All later studies defined "unvaccinated" as "either never taken the mRNA injections or anyone who took it less than 14 days ago or more than 6 months ago." So "unvaccinated" included people who took the medication.

- In October 2022 Pfizer executives testified under oath that the injections were never tested for "preventing SARS-COV-2 infection", and that they never claimed they did. 2 years after the injections were pushed as "vaccines".
- The Federal government stopped NIH funding to EcoHealth Alliance in May 2024 for failing to monitor experiments.
- Dr Fauci claimed NIH wasn't funding "gain-of-function research" because it is defined as taking a virus that <u>already</u> infects humans, and making it more deadly or more transmissible; this excludes taking a virus that doesn't affect humans, and making it able to infect humans, thus deadly. He claims this research is essential to understand or stop pandemics. EcoHealth Alliance released one of these viruses under the guise of "trying to innoculate bats against a virus that nature could eventually produce".
- The CDC altered the definition of "COVID DEATH" to mean "anyone that dies within 30 days of a positive test" when the test was experimental and EUA as well as the inventor said it cannot be used that way. But he died mysteriously, right before the pandemic. This means that a gun shot wound 29 days after a positive test was a "COVID DEATH". This was to generate panic by padding the numbers to "manufacture public demand" for new vaccine technology.

I could write another 3 pages of provable facts that show these manufactured events are perpetrated by Zionist Jews and Zionist Christians that belong to secret societies like the Rosecrucians to launder US tax dollars through Israeli controlled companies so that money can be used to bribe US politicians for loyalty to Israel, which constantly commits

ar crimes, then the US ensures the perpetrators are not held to account. But know everyone reading this is aware this is real. The fact that I can [instantly] recall facts over the last 25 years to support this understanding [is] why there needed to be a court to rule that I am crazy-man. So [I] can be discredited. Just like I said you would do on Twitter 2 months [b]efore I was arrested.

There are two types of people when it comes to these facts.
  1. They see these facts as a clear conspiracy
  2. They wore masks during the pandemic, fell for the fraud, and no amount of evidence shoved down their throats will allow them to see they have a mental illness caused by those administering the government. They also call sane people "crazy" and "conspiracy theorists", but they are the crazy ones who ignore facts.

Under 21 USCS § 360bbb, who declared an emergency? Who chose what medication [g]ot EUA? You know what I've learned? First, there is no such thing as bad [p]ublicity and group 2 do not matter.

Anyway, someone with money is on their way to help me. They keep coming up in [o]ur readings. So does the spy, and a military officer. They have been watching you [s]ince at least January, maybe longer. Two people are creating bank accounts, and [p]utting money in them under fake names. They are going to jump ship because they see the writing on the wall. What you did to try to hide me puts a spotlight [o]n me. That petition for a writ of habeas corpus came out of nowhere, huh? Did you know I wrote that without reading the judges opinion? Well, except the two

Also, Mr Goldsmith, I don't want to fire JP because he won't make the argument challenging jurisdiction. I want him fired because: he filed motions I didn't read after telling him not to while claiming to speak for me; he took my paperwork for 2 state cases and never returned them resulting in a default judgment against me as I didn't even know what court to interact with; allowed you to transfer the burden of proof in a challenge of jurisdiction to the defense and proceed without requiring the prosecution prove it exists; told me he did so for "personal reasons", despite facts and law; wrote me a letter saying there was a conflict of interest in defending me and when asked to remove himself he delayed my appeal for 7 months.

But, you know all of that and ignored it because this is about manufacturing the impression that what I say is insane. You, the prosecution and JP are all three participating in that illusion. A perplexing mis-step. That petition has you all worried, especially after the Congressional hearing that confirmed everything I said. They even mention EcoHealth Alliance who I stated released the virus, and how their NIH funding has been pulled. Conspiracy fact, not theory. I don't understand why people keep choosing to do the wrong thing when given ample opportunity to own mistakes and make different choices. The Tarot cards for you said: "You are dealing with a greedy, selfish person who will refuse to see things your way. You will have to appeal to a higher authority. Be sure of your case before you do."
So it depends not upon a person's will or exertion, but upon God, who shows mercy. For the scripture says to Pharoah, 'This is why I have raised you up, to show my power through you that my name be proclaimed throughout the earth.' Consequently, he has mercy on whom he wills, and he hardens whom he wills." (Romans 9:16-18)
The cards show several of you contemplating what happens after death.

"Because your merchants were the great ones of the earth, all nations were led astray by your pharmaceuticals" (Revelation 18:23) It is not good for those who cover up war crimes, crimes against humanity, and International terrorism by trying to silence and discredit the messenger. "My child, when you come to serve the Lord, prepare yourself for trials... Accept whatever happens to you; in periods of humiliation be patient. For in fire gold is tested, and the chosen, in the crucible of humiliation."

Four of Swords, the Magician's tomb. "Yes, the righteous one who has died will condemn the sinful who live... For they will see the death of the wise one and will not understand what the Lord intended, or why he kept him safe... For he shall strike them down speechless and prostrate and rock them to their foundations; They shall be utterly laid waste and shall be in grief and their memory shall perish

The Magician, the immortal soul. Immortality is not an innate quality of the soul, but a gift of God for the righteous.

"Like a eunuch lusting to violate a young woman is the one who does right under compulsion." To do right to avoid punishment or because you are caught is still a sin. You must do right because it is right, and no other reason. "Therefore I gave them statutes that were not good; and ordinances through which they could not have life." God will give you rules you should disobey, because if you do wrong to please God, you obey for selfishness. It is a test.

What justice is in your behavior?

"Son of man, these who live among the ruins of Israel are saying: 'Abraham was only one person, yet he was given possession of the land. Since we are many, the land must be given to us as our possession.' ... Thus says the Lord God: ... you shed blood... You rely on your swords, you commit abominations... – yet you would keep possession of the land?" ... "See, I will make Jerusalem a cup of reeling for all peoples round about... On

day I will make Jerusalem a heavy stone for all peoples." ... "And I will gather all the nations against Jerusalem for battle." The city will be taken, houses will be plundered, women raped; half the city will go into exile, but the rest of the people will not be removed from the city. ... On that day God's feet will stand on the mount of olives, which is opposite Jerusalem to the east."

Translation: Zionists will plot with the sword to take land they think is owed to them by God. The nations will further their scheme, and try to conquer Jerusalem. They will only conquer half. It will be split east and west Jerusalem. God will stand with Jerusalem held by Palestine.

"The Lord will save the tents of Judah first, that the Glory of the House of David and the glory of the inhabitants of Jerusalem may not be exalted over Judah."

Translation: Judah, House of David, and Jerusalem are separate nations

"On that day I will seek the destruction of all nations that come against Jerusalem." .. "Then I saw a beast come out of the sea with ten horns and seven heads; on its horns were ten crowns, and on it's heads a blasphemous name"

Translation: The G7 with the ten countries that fund Israel's defense, and are controlled by Israel, the prostitute with a blasphemous name who has the blood of the prophets and all peoples on it's hands, will be destroyed. This will be done by words, not force, by the descendant of David.

---

Notes on the Rahimi case: The argument is flawed because it applied arguments from cases that apply to State actions interacting with the Individual right to keep and bear arms to a Federal action that makes gun ownership a crime, which interferes with a right reserved to the States and abuses the commerce clause, which is not a police power. Under the logic of the commerce clause applied to gun crimes, running a stop sign can be made a federal offense if it is proven that your car

or the gas in it "crossed state lines" at some point in its existence. The premise is absurd. Also, it was argued in the 6th circuit by the prosecution that the purpose of all 18 USCS §922 is "to address crime, specifically violent crime" and is a criminal police power posing as a commercial regulation. The definition of "interstate or foreign commerce" also restricts the law to Federal territory in 18 USCS § 921 and is a law passed under the general power of Congress, not the commerce clause. It is the same definition of "State" in Federal court rules that clearly doesn't include courts of the Several States.
18 USCS 922 is unlawful applied outside of federal territory, and inside of federal territory if applied to a State Citizen where the State has not inhibited the right (definition of "crime with a punishment of one year or more" as defined in 18 USCS 921)
More games with the law. Creating a federal police power out of nowhere. Bad arguments create bad precedence.

-The beggar King

*Josh Carpenter*

Why is this information in my head? How did I initiate the first private prosecution in Michigan in over 100 years as an incompetent person?

Jack Carpenter
105 Fast l.e dr.
Midland, MI
48642

METROPLEX MI 480
22 JUN 2024 PM 2 L

Clerk of the Court of
Mark A. Goldsmith U.S. MARSHALS
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th Floor
Detroit, MI 48226

The writer of this letter is an inmate in the Midland County Jail, MI 48642

© USPS 2022

Dog Bite Awareness
#DogBiteAwareness