U.S. v. Jack Carpenter
Case no: 23-20152
Mark A. Goldsmith

③

Mr. President,

Over a year ago I stated that I have no intention of embarrassing the Office of the President, though I am being placed in a situation where that is not an option I can avoid. As the Tarot readers said, October 31, 2022 was the last chance to prevent the need for me to awaken. But instead of correcting course, there was a doubling down on the lies. As of now: I filed with the Supreme Court on May 29th, 2024; then the Congressional hearing that acknowledged the facts I allege as facts, not delusions as Ms. Carlson claimed, five days later on June 3rd, 2024; then the return of the White Buffalo was confirmed on June 4th, 2024. After, as the Tarot readers said, there was publicity given to a relationship and a photo placed where I would see it, but I either don't see it or don't care; so after I write Amal Clooney explaining my challenge to jurisdiction, as she is an expert in International Law, you are pictured with her husband, George Clooney. Because of that, I know her role in my story now. That was not the move you don't see coming, btw. That one you think, "Who is this nobody? We had a plan to deal with this problem." Because, like I said, you do not see it coming.

I know I confuse you all, and none of you know what I think or why I have done the things I have done, but you will see in hindsight. For instance, you didn't know that I posted a video calling for Whitmer to be arrested, and brought to me to be put on trial to expose Dana Nessel's involvement; then posted it on Twitter tagging them, the FBI, Michigan State Police and POTUS to destroy your claims of plausible deniability. What are the chances that I can do that after the attempt to kidnap her, and you all were not aware of me? Trooper Daniel of Michigan State Police mentions watching the video in my discovery. But you weren't aware of me doing that AFTER telling the State Department I militarily seized US land? I'll take "things

that aren't true for $500, Alex."

How does someone ensure the Attorney General watches your case like a hawk? Did you know that she, like Amal, comes to agree with me? Whitmer, and Mr. Moan as well. Ms. Carlson gets removed. Chuck Schumer and Merrick Garland are mine. Everyone turns on the quack Dr., Dr. Fauci.

My daughter is the one that nations go to in order to resolve disputes. You better protect her from the people that are jealous I exist. Her mother is in possession of the prophecy that explains that, though she dismisses it.

The bird flu is another orchestrated event. Kill the chickens, kill the cows, push more mRNA jabs. Problem, Reaction, Solution. Create the problem, wait for the reaction, offer the solution, you are the hero.

I wish there was a different way to go about this to produce the right ending, but you are all arrogant, and stubborn.

Question of the week: How do you know you'll replace two Supreme Court justices next term? Was that a subtle threat to the two justices that Zionist media has been trying to discredit? The ones who actually do their jobs? I doubt it was the Beyoncé fan that cries about opinions she doesn't like, and wants to ignore basic rules for statute interpretation because she hallucinates seeing ducks while she tries to legislate from the bench.

I've had enough of these dumb games. Blind leading the blind.

—The Beggar King

*Jack Carpenter* [signature]

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642

METROPLEX MI 480
21 JUN 2024 PM 17
FOREVER / USA

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd. 5th Floor
Detroit, MI 48226

48226-277758

U.S. MARSHALS

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

© USPS 2022

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX
Envelope
FSC® C137131