Case 2:23-cr-20152-MAG-EAS ECF No. 136, PageID.792 Filed 07/10/24 Page 1 of 4

Case No: 23-20152
Mark A. Goldsmith

FILED
JUL 10 2024
CLERK'S OFFICE
DETROIT

pg 1 of 3

As suspected, Trump v. United States the Court goes to great lengths to stretch logic to manufacture immunity where none exists. The imaginary "Chilling effect" the Court uses as the basis for it's ruling is present by possibility of impeachment and subsequent prosecution after removal from office. The Office of the President can do no wrong, and is immune from civil and criminal prosecution; the person that occupies the Office is not, and that is why there is a procedure to separate the person from the Office, then a criminal prosecution is allowed. The Court contradicts itself when it notes that: "the President is at all times liable to [the chilling effect of] impeachment, trial, dismissal from office ... and to the forfeiture of life and estate by subsequent prosecution," while simultaneously claiming they are not liable for "official acts", even of crimes committed under color of office. There is no "immunity" for crimes committed through any act, official or otherwise. A crime cannot be an official act.

Congress cannot make innocent acts covered under legal Presidential authority "crimes"; The Office of President cannot make criminal acts "Lawful" under color of Office. This is elementary. "Subject matter jurisdiction" and "as applied" challenges sufficiently protect lawful acts without creating "absolute immunity" and "presumed immunity" while the person in the Office of President is "at all times liable" to removal and prosecution for crimes.

That was a lot of words to try to confuse lower courts into declaring that Donald Trump is immune for issuing an executive order leading to the intentional release of a biological weapon to defraud the US taxpayer because issuing an executive order is "an official act" therefore we need look no further, absolute immunity applies. Additionally, President Biden addressing the US population is an official act, therefore telling them to take FDA approved medication that does not exist, is an official act, thus absolute immunity. That being said:

Notice of Intent to appeal En banc, as pro se    pg. 2 of 3

"If [a person] is instead immune from prosecution, a district court's denial of immunity would be appealable before trial See Mitchell, 472 U.S. at 524-530 (explaining that questions of immunity are reviewable before trial because the essence of immunity is the entitlement not to be subject to suit)." Trump v. United States, 2024 LEXIS 2886, US Supreme Court.

This logic applies to challenges to jurisdiction, especially challenges of jurisdiction based on claims of immunity. I also cannot be bound by time-barring rules as counsel has still not provided any documentation from appeals.

Under US Supreme Court rule 20(4)(b) "Neither the denial of the petition, without more, nor an order of transfer to a district court... is an adjudication on the merits, and therefore does not preclude further application to another court of the relief sought," and as I have a habeas corpus petition on the docket as case no. 23-7731 In Re Jack Carpenter III, I motion the appellate court to delay this appeal pending decision of the habeas corpus petition. I am just informing ahead of time that you all will answer this question all of you are avoiding. The method I force you to answer is irrelevant to me. But, you will do it.
  to place a few facts on the record:

1. The BOP facility in Milan posted that "all mail" must be placed in the outgoing mail still open. I mailed a motion to the Court stating facts showing a criminal conspiracy regarding the COVID pandemic, and four days later the

US Secretary of defense declared the COVID pandemic over a full year and a half before the emergency order stated its effect would expire.

2. I filed a 17 page motion requesting witnesses be compelled to court in my defense to show this criminal conspiracy is provable with evidence, and the House Intelligence issued a subpeona to actors in my motion that have committed offenses I allege

3. I filed documents with the US Supreme Court on May 29th, and then on June 3rd, the House Intelligence Committee confirmed the facts I alleged. The media immediatley attempted to discredit these facts as "partisan politics".

4. My habeas corpus petition is put on the US Supreme Court docket, and the US Supreme Court invents immunity for two of the actors. On record, I asked if my case is being delayed until after November elections, the Supreme Court to manufacture immunity for two of the actors with the Trump case, or both. So it was "both", to answer my question.

5. Marco Rupnik is the Jesuit stone mason that sculpted the Georgia Guidestones that state:
   "Maintain the human population under 500,000,000" and
   "Guide human reproduction wisely"

What flavor of Jesuit are we all? Knights of Columbus or a mixture?

Josh Carpenter

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

The writer of this letter is an inmate in the Midland County Jail Midland MI 48642

© USPS 2022

Legal mail

Clerk of the Court of
Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th Floor
Detroit, MI
48226

48226-277758

METROPLEX MI 480
3 JUL 2024 PM 4

