

Case 2:23-cr-20152-MAG-EAS ECF No. 137, PageID.796 Filed 07/09/24 Page 1 of 14

⑬

POOR QUALITY ORIGINAL

FILED
JUL 09 2024
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

USA v Jack Carpenter
Case No 23-20152
Mark A. Goldsmith

Please file attached document. It was filed with the Supreme Court on December 29, 2023. Not stated are other points, such as:

1. Michigan State Police arrested me for asking to go to the Magistrate to show they do not have jurisdiction. I was released without being taken to a magistrate (false arrest). The FBI claimed I was arrested for "assault less than sexual" and used this tort against me as evidence I sent a tweet two months later.

2. I reported someone to 2 sheriff's offices and Michigan State Police for child abuse and Domestic Violence. One month later, while I was in Texas, the person I reported filed a restraining order against me. The Sheriff and MSP failed to investigate my claims. The FBI used the restraining order as evidence I sent a tweet, having no actual relation. This restraining order is the paperwork that Defense Counsel took to "copy and get right back to me" but never did, so I could not challenge it while in detention.

3. Michigan State Police "investigated" me for stealing my own firearm. Defense counsel stated that I was not charged with the theft because it was obvious I bought the gun. The FBI used this as evidence I sent a tweet.

There are other facts not mentioned yet, like Pfizer patented an mRNA injection with the RNA sequence for SARS-CoV-2 in 1999, and the first patent was denied because it wasn't a vaccine, it was a therapeutic because it prevented severe symptoms, not infection (immunization). After money exchanged hands, this distinction was no longer relevant.

Are we still sitting / World? You picked a fight with the wrong guy. How many chances to walk away did you expect to be given? Are you ready for that

spotlight?

Anyway, time to sit back and watch the fireworks. Happy 4th of July. <u>This</u> is what I've been patiently waiting for. It's my turn now. "The smear campaign is vile, but it turns out bad for them, not you." Incoming.

— The beggar king

*[signature]*

What happens when an unstoppable force hits a bunch of war criminals?

Hello Mr. Secret Service guy that remembers me from when I pointed out that it was murder for a US President to kill a US citizen without a trial, not in a war zone, based off accusations, and not even a warrant, and then my relationships collapsed, I lost my job, car, house, family, and had to fight for custody, all in one months time. I remember you as well. Your buddies need a new playbook. I factored them in this time.

spotlight?

Anyway, time to sit back and watch the fireworks. Happy 4th of July. This is what I've been patiently waiting for. It's my turn now. "The smear campaign is vile, but it turns out bad for them, not you." Incoming.

— The beggar King

Josh C[signature]

What happens when an unstoppable force hits a bunch of war criminals?

Hello Mr. Secret Service guy that remembers me from when I pointed out that it was murder for a US President to kill a US citizen without a trial, not in a war zone, based off accusations, and not even a warrant, and then my relationships collapsed, I lost my job, car, house, family, and had to fight for custody all in one months time. I remember you as well. Your buddies need a new playbook. I factored them in this time.

## Affidavit of facts

1. The challenge to jurisdiction has been raised in ECF 1, 7, 12, 14, 17, 26, 27, 51, 56 and others that I do not have access to, including 2 motions for special appearance to challenge jurisdiction. During the oral hearing for the indictment the magistrate said judge Mark Goldsmith will hear the challenge to jurisdiction. Judge Goldsmith noted the challenge in the oral hearings on June 6th, told the US Attorney to respond, and then placed the burden to prove it was lacking on defense.

2. In addition to several letters to the Court regarding a request for new counsel and that 18 USC 4247(d) only requires a representative at the hearing and I have expressed a desire to proceed In propria persona in line with 28 USC §1654, and challenge jurisdiction of the court, ECF 64 expressly points out that current counsel wrote a letter, which is on the record, explaining a conflict of interest.

3. I have both valid claims to lack of jurisdiction under federal Court rules 12(b)(1) and 12(b)(2) that the court recognized and then ignored as well as ineffective assistance of counsel who admitted to a conflict of interest and then actively attempted to get my appeal, where I argued he caused a due process issue, dismissed.

4. Despite the right to revolt existing as codified in State Constitutions Judge Mark Goldsmith claims in ECF 43 that exercising that right "seems irrational", and is not a question of law but evidence of incompetence so there is no need to address the question of law.

5. Beliefs formed from religious practices were used as evidence of incompetence

6. Provable facts were used as evidence of incompetence.

7. The forensic psychologist was used as or in place of the trier of fact, for instance claiming that defense stating computer forensics will show an attempt to manufacture evidence that defense was suicidal and a pedophile is simply paranoia, without viewing the evidence, also that a valid appeal that exists or that I tried to fire my attorney that was assigned were "delusions", all of which are a matter of record.

8. My religious beliefs were used as evidence of incompetence.

9. My defenses were not lawfully assessed, then used as evidence of incompetence. For instance the challenge to jurisdiction, the basis behind it as well as the claim that the people I am accused of threatening were committing felonies which legitimize the lawful use of force. It is being argued that I should be forcefully medicated until I agree not to present a defense that the House Intelligence Committee is currently investigating as criminal behavior.

10. I lawfully exercised the Right to Revolt, which is a State Right that the Federal courts cannot look into as it would require interpreting a State Constitution.

11. The Law of Nations was followed

12. The US State Department verified this in November 2022 when they verbally agreed I followed the Law of Nations and walked me through the process to obtain a non-immigrant visa.

13. The US govt. assented by silence by not disputing anything sent to them between November 11, 2022 and February 18th when I was arrested then attempted to be denied a defense and placed in a mental institution to avoid my defenses being placed on the record.

14. Donald Trump placed 2 Justices on this court and is involved in the War Crimes I have accused so there is a conflict of interest, Clarence Thomas is the judge I request for this application.

I certify these statements as true and factual to the best of my knowledge before God.

*[signature]*

POOR QUALITY ORIGINAL

U.S. v Jack Carpenter III	Warden: Unknown
Case No: 23-20152	Pages: 8 plus 2 page Affidavit
6th Circuit Case No: 23-1661	Custody of: US Attorney General
District Court: Eastern District of Michigan Southern Division
Judge: Mark A. Goldsmith

## Application for Writ of Habeas Corpus

FILED JUL 09 2024 CLERK'S OFFICE U.S. DISTRICT COURT EASTERN MICHIGAN

Under Title 28 USCS § 2241(c)(1-4) I attest that I am in custody by color of authority of the United States committed to trial before Honorable Mark A Goldsmith in the District Court Eastern District of Michigan Southern Division being held in custody in Midland County jail of Michigan, 105 fast Ice drive, Midland, MI 48624 in violation of the Constitution, laws and Treaties. I am the Head of State of a foreign state, immune from US Courts by the Law of Nations and the unbroken common law rule explained by the US State Department to the media and public on November 18th, 2022. The validity and effect of this claim depends upon the Law of Nations, the Law of War as adopted by Congress, and unalienable rights codified in the Constitution of Michigan and other States.

RECEIVED DEC 29 2023 OFFICE OF THE CLERK SUPREME COURT, U.S.

At the time of writing this application I have been unlawfully detained for 10 months attempting to have a challenge to jurisdiction heard to no avail that the Court acknowledged in an oral hearing on June 6th. An attorney assigned to the case that I never authorized to speak for me waived the challenge to jurisdiction claiming that it "doesn't take away" from the challenge to jurisdiction to have the court hold a competency hearing and then later determine whether or not the court had authority to determine competency by later looking into the question of jurisdiction. This resulted in an appeal to have the questions of law settled that the court: has a duty at all times to look into the question of jurisdiction; Federal courts are courts of limited jurisdiction and the presumption is that jurisdiction is lacking so the burden is on the prosecution to prove

jurisdiction exists; the court cannot use the challenge to jurisdiction as evidence of incompetency without assessing the challenge on its merits; that I was denied effective assistance of counsel when the counsel assigned assumed the role of representative, waived a defense the judge acknowledged, then told me that he did it for personal beliefs and that it won't do any good to fire him because I'll get assigned another attorney that will do the same thing.

The attorney then sent me a letter saying that there was a conflict of interest in defending me unless I dropped the ineffective assistance claim, I told him to remove himself, and he filed for a delay in my appeal claiming that he felt it would be moot once I was found competent. The forensic Psychologist claimed that since I was suffering from delusions like believing I have an appeal in the 6th circuit, he feels I am unfit to stand trial. I am currently awaiting an 18 USCS 4247(d) hearing, and my appeal, while I can't seem to get rid of this lawyer who keeps purposefully preventing my defenses from being heard.

In assessing this application for Habeas Corpus I would like the Court to look into the following points of Law and fact:

1. One definition of "Nation" is "a set of people with a common ancestor." Which inherently proves a nation may be formed from a single individual. Examples include Abraham and Jacob in the Abrahamic Religions. See Isaiah 51:2 "Abraham was only one man when I called him. But when I blessed him, he became a great nation."

2. Federal Courts cannot interpret State Constitutions nor define nor declare the extent of ~~~~~~ rights declared in them, that is a role for State Courts alone

3. Keeping in mind point #2, the rights:
   a) Government is instituted for the protection, security and benefit of the people; and they have the right at all times to alter or reform the same, and to abolish one form of government and establish another, whenever the public

good requires it. (Michigan Constitution of 1835, Bill of Rights, Art. 2; Mich. Const. of 1963, Art. 1 §1)

b) Government being instituted for the common benefit, protection, and security, of the whole community, and not for the private interest or emolument of any one man, family, or class of men; therefore, whenever the ends of government are perverted, and public liberty manifestly endangered, and all other means of redress are ineffectual, the people may, and of right ought to reform the old, or establish a new government. The doctrine of nonresistance against arbitrary power, and oppression, is absurd, slavish, and destructive of the good and happiness of mankind. (New Hampshire Constitution Part 1 Art 10)

are unalienable rights, the right to revolt, just declared in codification and not limited by the wording. There is no valid claim that, "only x% or y% of the population" or "You must have at least 100 people" to exercise this right. As noted in point #1, a nation can be one person, this right is an individual right that is often exercised in aggregate but inherently, cannot require collective expression.

4. All medication issued under 21 USCS §360bbb is licensed under 21 CFR 312 and is legally defined as "experimental medication". Under 21 CFR 312.7 it is unlawful for a sponsor to claim it is "safe" or "effective" for the use it is ~~being tested~~ for.

5. The US government sponsored the COVID injections under "Operation Warp Speed" so State or Federal servants are bound to 21 CFR 312.7

6. The COVID injections are not licensed to prevent immunity to SARS-COV-2, they are licensed to test if they "prevent COVID-19", a severe disease that 5% of people over 65 years old develop. The manufacturer testified in October 2022 that they did not ~~test~~ for immunity because they were "working at the speed of science".

7. It would be unlawful to test the COVID injections for immunity from SARS-COV-2 as that was not what they were licensed to test under 21 CFR 312.

8. The CDC removed the word "immunity" from the definition of "vaccine" to mislead the public about the fact that it was unlawful to claim the injections generated immunity, were not designed nor tested to generate immunity.

9. As the COVID injections do not provide nor were licensed nor tested to provide immunity, they do not "protect others". There is no communal benefit, and again were never licensed to provide a communal benefit.

10. At no time during the Pandemic was an FDA approved version made available. The CDC publicly posted that Pfizer had no intention of manufacturing COMIRNATY and would continue to manufacture the EUA BIO-N-TECH injections so claims they were FDA approved were fraudulent. Federal courts have noted the distinction in the approval letter that they are "legally distinct but medically similar" and that approval is not retroactive due to numerous reasons including lesser controls in manufacturing process.

11. The NIH (National Institute of Health) was manufacturing Biological Weapons as testified by Dr. Fauci in the Senate. Though he claims this was not done in violation of law prohibiting "gain of function" research because they didn't enhance the rate of transmission or deadliness of a virus that can infect humans, but because they made a virus that was unable to infect humans ~~able to~~ infect humans which made it deadly.

12. Donald Trump signed an executive order in September of 2019 which tasked the NIH to create a group to develop a plan to "manufacture public demand" and "manufacture Public funding" for new vaccine technologies including "Cell therapy" or mRNA.

13. A group then approached DARPA, named Eco-Alliance Health, to request funding to release a human engineered Coronavirus into the bat population in

China to "immunize" bats against a virus capable of infecting humans that did not exist in nature.

14. The House Intelligence Committee has requested the Attorney General look into Dr. Fauci's statements and the origin of COVID because they suspect public officials and Intelligence agencies are hiding facts regarding the origins of COVID.

15. The US government released a biological weapon in order to terrorize the US population so they would demand experimental medication and the US taxpayer would demand that the public pay for it.

16. This was an Israeli Mossad money laundering scheme to launder tax money to Israeli controlled corporations. Just like the war in Ukraine where the President is Jewish, and the Israeli-Hamas war where the New York Times explains the Israeli government allowed the attack. Now the protests over judicial reform have stopped, and they are trying to rule Gaza as a part of Israel while the US taxpayer pays for Genocide and land theft.

---

Since the US government has been infiltrated by people loyal to a foreign government who released a biological weapon on the US public in order to terrorize them so they take experimental medications to steal taxpayer money; the Biden Administration placed troops in Washington DC to establish an effective belligerent occupation absent resistance under the Dept of Defense Law of War Manual chapter 11; I was denied access to the public trust for not taking medication legally defined as experimental that provided no public benefit and after 11 months the State of Michigan refused to protect my rights; the US government was violating articles 27 an 32 of the Geneva convention while calling a portion of the population "insurgents" while stationing troops viewing itself at war with the population, I then

exercised the right to revolt from the State Government, and formed my own government that I felt best to preserve my rights. I used the Law of Nations customary rules to announce this new nation. I seized land under 2 theories of the Law of Nations: Lawful revolt; effective occupation absent resistance. I occupied this area from October 27th, 2022 until January 5th, 2023 when I was driven from the area in an act of unlawful aggression by the US government. On December 8th, 2022 under the law of reprisal the State of Michigan ceded to this new nation. ~~[scratched out]~~ The US state Department interacted with me as a foreign State in November 2022 when I called them after there was no response to my emails to the Senate, House, joint-chief of Staff, Department of Justice, FBI, the Governor of Michigan, Legislature of Michigan, Michigan State Police and several other government agencies. I was given instructions on how to file for a non-immigrant visa to enter onto US soil from the land I claimed. The State Department just asked, "and the government didn't respond?" To which I said, "No," and "No response is assent". The person from the State Department agreed. When it got to the point where I informed them that there was no US consulate on my land so I couldn't complete the interview process, I was given a 1-800 number to call to facilitate that part of the process after being put on hold for roughly 20 minutes.

After this phone call I emailed the Dept of Justice, FBI, joint-chief of staff, etc. that this exchange took place. Other than censoring my social media accounts I was left alone from November 11th until February 18th when the FBI arrested me then the Dept of Justice claimed I was insane and should be denied a trial and any defense.

They even claimed the emails I sent are a delusion in my mind, but Trooper Daniel of Michigan State Police mentions them in my Discovery, also the lawyer assigned to my case has seen them, but he won't put them on

the record because "the judge won't respond to that argument." But he did, on June 6th, then the "defense" attorney waived the challenge. My phone records will show the call to the State Department.

It should be noted that I was somehow able to drive for 1 month and 13 days from Michigan, OHIO, Kentucky, Tennessee, then over to New Mexico and Texas with expired tags on my car. A sheriff in New Mexico pulled my car out of a ditch. I was emailing the government daily, and challenging them to arrest me. Asking, "If what I did was unlawful, why am I not arrested under 18 USC 2383?" while tagging POTUS, FBI, ODNI, DOJ, and others. My public Twitter account shows this.

As I have been imprisoned for 10 months while the DOJ tries to avoid my arguments being placed on the record, in 9 facilities spanning 5 states I do not have finances. I also don't have access to a computer to provide the email or tweets. Nor do I have a competent lawyer as I had to ask from April 18th until Nov 27th to get my discovery and the copy of court documents for my appeal where the brief was due Sept 25th 2023. I requested the latter in July when I filed the notice of appeal.

I've been asking to have the lawyer removed from my case since the June 6th hearing. Either being free or with competent counsel I can provide evidence of every claim I've made.

Under the Dept of Defense Law of War Manual Chapter 1 Congress expressed its intent to acknowledge claims of Sovereignty even if all aspects of International law are not met. I have met and exceeded customary law. Congress expressed its intent to resolve these disputes peacefully. The Clerk of the Court can provide the Declaration of Sovereignty, the US Attorney filed it as evidence of incompetency. I guess the forensic Psychologist that thinks my appeal is a delusion in my mind can answer that question of law for the judge. I thought that was the role of the judiciary, but I guess I was

wrong.

The reality is that the US Attorney is using the competency hearing to discredit the challenge to jurisdiction by having a question of law assessed by a psychologist. Until October 27th when the 15th district court of Ann Arbor judge ruled: "Don't you think I know they are experimental?" and "It's just a matter of policy" to deny me access to the public trust for refusing to take them, I had won every legal argument against the Court, and had 5 of those arguments settled in my favor by the Supreme Court Office of Administration and was the first private citizen in over 100 years to initiate a private prosecution in Michigan. Four months later I am so insane I don't understand the legal process. Crazy how that happens.

Please let me know what you need to review this question of law. Do not bother interacting with JP Nogues III, I won't ever know you sent anything.

I certify this as true and factual to the best of my knowledge Before God.

*[signature]*

Note: When I said I was left alone from Nov. 11, 2022 until my arrest, that does not include a scheme to manufacture evidence I was suicidal and a pedophile which I can also show with computer forensics, after which I was "mysteriously severely ill", and when I posted this evidence online my social media account was censored. This censorship was lifted 24 hours before my arrest.

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

Legal mail

The writer of this letter
is an inmate in the
____ Jail
_____ 1642

Clerk of the Court of
Mark A Goldsmith
231 W. Lafayette blvd., 5th Floor
Detroit, MI
48226

48226-277758

METROPLEX MI 480
29 JUN 2024