US v Jack Carpenter
Case No: 23-20152
Mark A Goldsmith

5

FILED
JUL 23 2024
CLERK'S OFFICE
DETROIT

The question that will ultimately be before the Court is an issue of first impression. To make it as concise as possible:

Can the Court exercise in personam jurisdiction over the Sovereign of an unrecognized self-declared de facto government when Sovereigns have an obligation to respect the Independence of other Sovereigns, and exercising jurisdiction over the person of a Sovereign is a declaration of war which is a power of Congress, and not assuming jurisdiction over the person of a Sovereign is not an act of recognition so it does not interfere with the political power of the Executive?

What is existence, and what is recognition? "It is perhaps true that non-recognition of a government in certain circumstances may reflect no greater unfriendliness than the severance of diplomatic relations with a recognized government, but the refusal to recognize has a unique legal aspect. It signifies this country's unwillingness to acknowledge that the government in question speaks as the sovereign authority for the territory it purports to control, see Russian Republic v. Cibrario supra, at 260-263, 139 N.E., at 261-263." Existence is an act of Self-determination, and existence creates the right to Independence. "Every Sovereign State is bound to respect the Independence of every other Sovereign State." Banco Nacional De Cuba v Sabbatino, 376-398.

Recognition is the observance of the right to rule an area of land; a political power. Existence is a matter of fact beyond the power of another State to question, and inherently creates immunity from suit for the Sovereign, and forces the Court to recognize that disputes with the Sovereign are political issues for the Executive or

Congress in their respective realms.

Exercising Subject Matter Jurisdiction to determine the Court lacks the power to hear a case for lack of In Personam Jurisdiction is not "an act of recognition", just like a court determining that a self-declared and unrecognized government has the power to seize a ship as a war power, so the act is not "piracy" did not recognize the unrecognized, self-declared government.

Mr. Goldsmith, when you are wrong there is a process where I can petition a higher court to make sure you got the facts or law correct, in fact there is the 6th Circuit, 6th Circuit En banc, then the Supreme Court. Cases regularly go through that entire process because judges err in the Law, and attorney error is often the culprit. For you to say that my ignoring Mr. Conflict of interest when he said that the challenge to jurisdiction "was a bad defense", that was very arrogant of you. But I know the purpose was to give the impression on paper that anyone that views the question should assume all the lawyers and judges looked at it and found it frivolous. But all of your guys' little scheme doesn't work. I told them before I started, "It's time to play the game of thrones, and I am going to beat you with your own rules."

I notice I send a letter on Monday, and the President is here on Friday. Emergency meeting for damage control? All of you hit the same cards.

- Nocturnal meetings.
- Letter or Note
- Sighs, weeping, groans — Jealousy of your sweetheart may lead to inability to repair relationship
- Adam and Eve, race, lineage
- Unexpected, suddenly, unaware, unheard of
- Dr of Laws, Lawyer, judge

If you observe scripture it explains that God created the Spirit Wisdom before the earth was formed (Proverbs 8:12-31). Then he made land (Genesis 1:9); Followed by Adam the son of God (Genesis 2:4-7; Luke 3:38) who God breathed the Spirit Wisdom, the Word of God, into (Wisdom 10:1) and was given the power to rule all things (Wisdom 10:2). Then God created plants (Genesis 1:11-12; Genesis 2:5-9), the sun and moon (Genesis 1:14-19), followed by the birds and creatures of the sea (Genesis 1:20-23). God then created the animals for Adam, who named them (Genesis 2:18-20). God created Eve from Adam so he had a companion (Genesis 2:21-23). Then God made human beings in the likeness of Adam (Genesis 1:2 God cannot have created Man both before the plants and animals (Genesis 2:5 and after the plants and animals (Genesis 1:11-26). Man came first, the son of God, and human beings came after, made in the likeness of the sons of God.

Scripture uses the word "son" in english, but the more appropriate translation is "descendant". There are two races of people on earth: the "descendants of God" "descendants of Man" or "children of Adam" or "descendants of Adam"; and human beings made in their likeness.

These descendants of Adam took human beings for wives (Genesis 6:1-4), and God divided up the human beings among the sons of God or descendants of Ad (Deuteronomy 32:8). Each nation was given a descendant of God as a bac meaning Lord or a word to signify King or Queen, a father or mother of a natio

As we can see in Psalms 8:6; 29:1; 45:7; 58:2; 82:1; 82:5; 82:6; 89:7; 96:4-5; 9 that this race of people are called many things: gods; sons of God; children of Adam Elohim- a little less than God; angels; messengers. The Kings of earth, the shepards from the books of Enoch who rule unjustly and destroy the earth. The local humans worship in place of God. "On that day you shall call me 'My husband', and

you shall never call me 'my baal'. I will remove from her mouth the names of the Baals; they should no longer be mentioned by name" (Hosea 2:18-19)

I've explained previously, though it falls on deaf ears, that Elijah was "Bomb cyclone Elliot" as Elliot and Elijah mean "my God is Yahweh"; that I was announced riding on the Democrats Mascot, a donkey; that I created a nation in a single moment (Isaiah 66:8) and other prophecies fulfilled. Even new ones like explaining you would try to have me deemed insane as I posted on Twitter before my arrest. You will either see it or you will not, this is predestined.

I am sure some of you can "rationalize" how I say that whatever you want to happen to me will happen to you, and suddenly everyone is questioning President Biden's competency as they have done mine, while he calls Vice President Harris "Vice President Trump." Just coincidence, I am sure. This is predestined as well. When people see God bringing upon the wicked the evil they intended against others, they will know who is the true ruler of the world. "They resolve on their wicked plan; they conspire to set snares; they say, 'who will see us? They devise wicked schemes, conceal the schemes they devise; the designs of their hearts are hidden. God shoots an arrow at them; in a moment they are struck down. They are brought down by their own tongues; all who see them flee." (Psalms 64:6-9).

Like I said before, the coffee here sucks. Can we speed this up to the point where you recognize who I am, and why I am here? Or do we really have to take this charade to its full fruition? Because God wins. I assure you he does. It is written.

— The beggar King

*Josh Campbell* (signature)

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48642

Legal mail

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd, 5th floor
Detroit, MI
48226

METROPLEX MI 480
15 JUL 2024 PM 5 L

48226-277756

FOREVER / USA