U.S. v. Jack Carpenter

Case No: 23-20152

Mark A. Goldsmith

Rome – AP News – Nicole Winfield – The Knights of Columbus, an influential Catholic charitable organization, announced Thursday that it will cover up its mosaics made by a famous ex-Jesuit artist accused of abusing women in a sign of solidarity with victims of abuse.

The world's largest Roman Catholic fraternal group said the organization would for now place fabric over the mosaics at its shrine in Washington, and at a chapel at its headquarters in New Haven, Conn. A permanent plaster covering "may be in order", depending on the outcome of the Vatican's investigation into Marko Rupnik, the group said in a statement.

Is that Washington, as in Washington, DC? That was fast. Damage control.

AP News – Meg Kinnard – Actor George Clooney, a high-profile Biden supporter and fundraiser, asks president to leave race.

Damage control, in progress.

F I L E D
JUL 23 2024
CLERK'S OFFICE
DETROIT

Remember how the FBI prevented a kidnapping they helped plan when the Michigan Governor lost a court case explaining everything she did with Executive Orders were unconstitutional to generate sympathy for her?

I can't wait to see where you guys go with this incident with Trump in PA. Get caught doing something wrong, play victim.

– The beggar King

Jack Carpenter
105 First Ice Dr.
Midland, MI.
48642

Legal mail

The writer of this letter
is confined in the Midland County Jail
adhere to all rules

U.S. MARSHALS

48226-277758

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd. 5th floor
Detroit, MI
48226

METROPLEX MI 480
15 JUL 2024 PM 5 L

FOREVER / USA