Case No: 23-20152
Mark A Goldsmith

R.C. Christian,

   Mail is slow, but "we should stop the rhetoric while we wait for leaders to find their better Angels. Once things are said, they cannot be unsaid." It is a pickle. Do you expect me to wait in a cage while we figure it out? I will be less subtle. You've kept me from my child for ~2 years with these games. We are going to stop playing them. I hear you, now hear me. There are due process issues, and the cases should be sealed since there are national security concerns. Dismiss the cases.

   I accept. I intend on going on vacation, with real coffee. Cycle out the people who planned and implemented the eugenics plan. In that plan, acknowledge Michigan ceded to me. We will figure out a plan for the soft transition from the "people are cattle" model. "How" you do that is on you all anyway. I am just here to say, "No, you can't do that." As well as identify people abusing their office. What you do within that isn't my concern.

   Stop funding wars.

   Figure it out. I'll be silent, unless I ▓▓ feel games are being played again. You all know right from wrong. Let's act like it. Waiting for the doors to open...

     -The beggar king

*[signature]*
CRO

Blacks Law Dictionary 6th Edition - Nation: A people, or aggregation of men, existing in the form of an organized jural society, usually [but not always] inhabiting a distinct portion of the earth, speaking the same language, using the same customs, possessing historic continuity, and distinguished from other like groups by their racial origin and characteristics, and generally, but not necessarily, living under the same government and sovereignty.

State - A people permanently occupying a fixed territory...

Sovereign - A person, body, or state in which independent and supreme authority is vested; a chief ruler with supreme power; a king or other ruler or monarchy.

I am a nation, and the Sovereign of that nation. I created a State for that nation, a nation state. Whether I am a nation and a Sovereign are facts for the court to recognize. Whether the State is de facto or de jure is a political opinion belonging to the President. The attempt to poison me was a war crime. To incarcerate me and try to put me on trial is a judicial declaration of war. I will agree the US may disagree with my State existing, but I declare it is mine by right. Congress is free to declare war against a nation without a military, take it back. But that is not a matter for the Courts, which I am immune from. These are legal facts. Calling me insane won't change them.

Fix this. I see you have changed the tune. Like Biden being accused of being incompetent because he tried that with me, I assume the attempt to assassinate Trump was a similar act of God. Did it open your ears? Can you hear me now? I hope so.

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642

MARSHALS

Legal mail

© USPS 2022

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd, 5th floor
Detroit, MI
48226

METROPLEX MI 480
16 JUL 2024 PM 5 L

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642



4822632700 0052

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC MIX Envelope FSC® C137131