POOR QUALITY ORIGINAL | 6th Circuit Court of Appeals

United States District Court

United States | Eastern District of Michigan

v | Southern Division

Jack Carpenter III

F I L E D

JUL 25 2024

CLERK'S OFFICE
DETROIT

Case No: 23-20152 [Mark A. Goldsmith]

6th Cir Case No: 23-1661;

US Supreme Court No: 23-7731 [In re Jack Carpenter III]

Writ of Mandamus from Superior Court of the Kingdom of Heaven

In everyday language terms are used loosely and overtime acquires additional meanings

that are often contradictory which makes interpreting communications, like Law,

obscured and difficult to convey intended concepts. For the purposes of explaining the

authority to issue this Common Law Writ to an inferior court the following definitions

are intended for the terms identified:

A. People — a nation in its political capacity

B. Nation — a people existing as an organized political unity [founded in Law, and
    existing for the recognition and protection of rights (Jural Society)], usually
    but [not always] inhabiting a distinct portion of the earth. [often]

distinguished by their racial origin and characteristics, and generally, but not necessarily living under the same government and sovereignty.

C. Country - the territory occupied by an independent nation

D. State - an independent nation with sovereignty over a country

The above terms can be shown to be defined in that logical progression in Blacks Law Dictionary, 6th Edition. Using those terms we can deduce the following legal facts of the Law of Nations:

A. A nation must first exist, then vest a Sovereign with the supreme authority of the nation, then acquire a country to exert sovereignty over to became a state. Even if these acts appear to occur simultaneously, they are distinct acts that must occur in order of operations: Existence → Independence → Property. What does not exist cannot be independent nor possess property.

B. Sovereign Immunity of the person of the Sovereign under the Law of Nations exists when a Sovereign is invested with the Supreme Authority of the nation, not when a country is acquired; and not when statehood is recognized by a foreign state. It cannot be said that a nation has a right to be independent because it exists, but only when it has a country, and is a state, but a country is not necessary to be a nation entitled to independence and equality.

C. A state can exist without recognition from foreign states, and like Palestine can be recognized by some foreign states, and not others

D. Recognition of Statehood is the recognition of sovereignty over a country, not recognition of existence of a nation, its independence, or its Sovereign. Additionally, a nation must already have sovereignty over a country for a foreign nation or state to acknowledge the sovereignty exists. Sovereignty is not "granted" it is "recognized" or "acknowledged".

E. Acknowledging that a foreign nation exists, has a Sovereign, and that Sovereign is independent is not related to nor affects the Power of the Executive to recognize statehood. These are distinct.

F. The United States does not determine whether or not a foreign nation exists or who the Sovereign of a foreign nation is.

G. The judicial branch denying Sovereign Immunity because the Executive has not recognized statehood is still a judicial declaration of war as an independent nation can make war, and "inhabiting a distinct portion of the earth" is not necessary to be a nation.

There seems to be confusion on these facts. The United States government has no authority to decide if a foreign nation exists or who its Sovereign is. These are questions of law internal to the foreign nation where sole authority to

ermine these issues like. Several authorities note this distinction between two

ditions of existence in the law of nations by reference to "nation or state" or

dependent nation or Sovereign state." In Sosa v. Alvarez-Machain, 542 U.S. 692

, S. Ct. (2004) it quotes both Vattel and Blackstone making this distinction:

"When the United States declared its Independence, they were bound to receive the

Law of Nations in its modern state of purity and refinement ... In the early years

of the Republic, this Law of Nations comprised two principle elements, the first

covering the general norms governing the behavior of national states with each

other: 'The science which teaches the rights subsisting between nations or states,

and the obligations corresponding to those rights', E.de Vattel, Law of Nations,

Preliminaries § 3 ... or 'That code of public instruction which defines rights and

prescribes the duties of nations, in their intercourse with each other.' 1 J. Kent

Commentaries on American Law. This aspect of the Law of Nations thus occupied

the executive and legislative domains, not the judicial. See W. Blackstone,

commentaries of the Laws of England 68 (1769)('offenses against' the Law of

Nations are 'principally incident to whole states or nations')."

also Brig Amy Warwick, 67 U.S 635 U.S. S.Ct. (1863)("But it is not necessary

constitute war, that both parties should be acknowledged as Independent

ions or Sovereign states") A state is the condition of a nation where a nation

has acquired a country, but a nation exists and is entitled to Independence even if it

is not a state. A State may be recognized or de facto, and it is possible for a

State to be both recognized and de facto simultaneously, depending upon

which state you query.

Incorporating other quotes from Brig Amy Warwick ("The parties belligerent in a public

war are independent nations") ("It is a proposition never doubted, that the belligerent

party who claims to be sovereign, may exercise both belligerent and sovereign

rights.") and Soza v. Alvarez-Machain ("When the United States declared its Independence")

and Haaland v. Brackeen, 599 U.S. 255 US S.Ct. (2023)("Such entities do not 'cease to be

sovereign and independent' even when subject to military conquest... Thomas Jefferson

spoke of them as maintaining 'full and undivided, and independent sovereignty as long

as they chose to keep it' commenting also 'that this might be forever') We can see

the following truths: Independence and Sovereignty is a self-declared choice that

ot determined externally, even through military conquest, and the failure to

pect this Independence and Sovereignty, is a denial of dignity of a nation, and

s a violation of the Law of Nations. A nation or state can acknowledge

~~xxxxxx~~ the independence and sovereignty of a foreign ~~xxxxxxx~~ nation while

ultaneously refusing to acknowledge the sovereign control of a country.

ny case that treats these two distinct conditions as one and the same is

lid. It is an attempt to claim that the ability to recognize borders of territory

the right to determine the existence of a nation or to pretend that what

ts does not, and refuse it the dignity it is entitled to. Several cases

rding the Confederate States claim that in result of military defeat, the nation

sed to exist when all it lost was the condition of de facto statehood. As

tained, it did not cease to exist nor lose its Independence. These rulings contradict

e Law of Nations. It is, stating the obvious, the Law of Nations, not the Law

of States. Recognition of statehood is explained in Branco Nacional De Cuba v

Sabbatino, 376 U.S. 398 when the correct terms are used as it doesn't make sense

discussing the legal aspects of "non-recognition of a government" severing diplomatic relations

with "recognized government[s]":

"It is perhaps true that non-recognition of a [state] in certain circumstances may
reflect no greater unfriendliness than the severance of diplomatic relations with a
recognized [nation], but the refusal to recognize has a distinct legal aspect. It
signifies this country's unwillingness to acknowledge that the [nation] in
question speaks as the sovereign authority for the territory it purports to
control." (Note the improper use of "country" as well)

To clarify a subtle distinction here: Sovereign Immunity stems from the existence

of an Independent, self-declared nation as a matter of dignity and equality;

Diplomatic Immunities flow from recognition of statehood as a matter of discretion

belonging to foreign nations or states. Sovereign Immunity is compulsory, Diplomatic

Immunity is discretionary.

Now that it is clear that the nation I willed into existence is not a discretion

the District Court or any branch of the United States government to determine

ed on its laws or will, and Sovereign Immunity is not discretionary nor dependent

on some discretionary act of the Executive, we can point out the principles

bared in Bolivarian Republic of Venez v. Helmerich & Payne Int'l Drilling Co, 581

v. 170 US S. Ct (2017):

"Consistent with foreign Sovereign Immunities basic objective, namely, to free a
foreign Sovereign from suit, the Court should normally resolve those factual disputes
and reach a decision about immunity as near the outset of the case as is
reasonably possible"

In Keller v. Cent. Bank of Nig. 277 f. 3d, 811, 815 (6ᵗʰ Cir 2002) and Klien v. Long, 275

3d. 544, 549 (6ᵗʰ Cir. 2001):

"[Because] Sovereign immunity is an immunity from trial, not just a defense to
liability on the merits, the denial of a claim of sovereign immunity is immediately
appealable under collateral order doctrine as a final decision, pursuant to 28
U.S.C. § 1291"

Meaning that a case existing without a hearing on the motions to dismiss

After 17 months where the claim was asserted in the complaint by the FBI is ridiculous. The Circuitry of Action the District Court has created by attempting to make it appear as if this was answered on the merits by simply claiming it is evidence of incompetence, because defense counsel claims it is "a bad defense", while ignoring defense counsel declaring a conflict of interest is something that will need to be addressed directly in another tribunal at some point. Much like the behavior of the Circuit Court of the County of Wayne ignoring Michigan Court Rules requiring a hearing within 56 days avoiding the same argument for 17 months as well by just not having a hearing at all. It is clear we all know I am correct, but we are violating the Law in every way we can to avoid a Court acknowledging it. In result, I order this case dismissed for want of In Personam Jurisdiction.

To establish that the District Court is an inferior Court to the Court of

e Kingdom of Heaven we will have to clarify the Law of War and the

w of Reprisal. Then show how the Kingdom of Heaven is asserting de

e claim as of right, to the territory formerly belonging to the United

tes due to the failure of the United States to do its due diligence to

vent a wrong under the Law of Nations, and its refusal to correct their

havior to bring their actions back in line with the Law of Nations.

In 82 Cal. L Rev. 555, 581-588 (1994) it states, "immunity rest[s] on the theory

t all sovereigns were equal and independent... Disputes between sovereign

ions [not just states] were to be resolved not through judicial process but

ough the negotiation of treaties, the exchange of ambassadors, and, if

essary through war." And in U.S. v. Arjona, 120 U.S. 479 U.S. S. Ct. (1887) it

explained, "The Law of Nations requires every national government to use 'due

gence' to prevent a wrong being done within its own domain to another nation

with which it is at peace, or to the people thereof." This does not mean that in war anything goes, as the Law of War which is part of the Law of Nations applies. Well, unless you are "Israel" and the US politicians you purchase with their own tax dollars prevent the United Nations from acting on their war crimes and genocide to steal their supposed "homeland" by force. But there are supposed to be Laws regarding war.

However, short of war there are reprisals, see Nestle USA, Inc v Doe, 593 U.S. 628 US S. Ct. (2021) ("Congress enacted the statute as a part of a comprehensive effort to ensure judicial recourse for tortious conduct that otherwise could have provided foreign nations 'with just cause for reprisals or war'") ("This nation's failure to 'oblige the guilty to repair the damage' would have provided just cause for reprisal or worse")

It is important to note that the Kingdom of Heaven never recognized the Statehood

the United States. It discovered territory of uncivilized people forcing each other to take

imental medication and trying to genocide by policy anyone that resisted this

smanity. A savage land with uncivilized people terrorizing the innocent. In result

Kingdom of Heaven established a formal state on discovered territory through

upation absent resistance and lawful revolt from a lawless people. A state

war existed between the savages and the Kingdom of Heaven for four days, and

ormal declaration of war and a statement of the end of hostilities was sent.

this time the military was disbanded as per internal laws, and the entire area

ler occupation was declared a religious site. At this point, the de facto state

the United States would need to declare war against a peaceful de gratia state

nich their nation will view as de facto as per their laws they often ignore for convenience)

t has no military, was not hostile or threatening it's safety, and attack a religious

e if they wanted political control over the country belonging to the State of

the Kingdom of Heaven. In other words, draw attention to its crimes already committed while committing an unlawful act of aggression in violation of the Law of Nations. They were obviously unwilling to do this.

As the State of Michigan was forcing people to take experimental medication to be treated equal to inhabitants that chose to live on their knees, in violation of the Law of Nations, and a Citizen of the Kingdom of Heaven, the child of the Sovereign, was subject to this abuse a reprisal was issued demanding that the U.S. government bring its behavior in line with the Law of Nations or the land being claimed by the de facto state of Michigan would be claimed as of right by the Kingdom of Heaven. A similar reprisal was issued for the territory claimed by the de facto state of the United States government. As both of these reprisal demands were not met by the time period expiration, the Kingdom of Heaven claims right to govern these

ritories as the rightful sovereignty.

As explained before, the nation of Michigan and the nation of The United States

not cease to be. However, they are "domestic dependent nations" given permission

operate within the Sovereign borders of the State of the Kingdom of Heaven

that they can be brought from their uncivilized, savage nature and

me a civilized nation that operates within the rule of Law. So not only

, I immune from the District Court, the District Court is subject to the

urt of the Kingdom of Heaven, and is rogue, behaving as savages which

what created this issue in the first place. In doing so it is participating

a conspiracy to cover up war crimes and other violations of the Law

Nations as unlawful enemy combatants. Consider your actions wisely. It is

ordered.

Josh Crpubishy
CW

I certify this writ is 14 pages long

Jack Carpenter
105 East Ice dr
Midland, MI
48642

Legal mail

© USPS 2022

The writer of this letter is an inmate in the Midland County Jail Midland MI 48642

Clerk of the Court of

Mark A. Goldsmith

Theodore Levin US Courthouse
231 W Lafayette blvd. 5th floor
Detroit, MI
48226

METROPLEX MI 480

22 JUL 2024 PM 5 L

48226-277758

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131

