POOR QUALITY ORIGINAL

US v Carpenter
Case No: 23-20152
Mark A. Goldsmith

FILED
AUG 01 2024
CLERK'S OFFICE
DETROIT

③

Mr. Goldsmith,

"But this 'defense' is premised on Carpenter's delusional belief that he was the target of a vast conspiracy, which justified his use of threats."

Dr Nybo claiming, without viewing any evidence, that I was not targetted as evidence I am delusional (like my appeal was a "delusion"), and having to defend against that claim in a competency hearing does not equate to this fact being relevant to the defense:

I used reasonable force to stop the commission of a crime against persons.

My behavior was calculated to get past a probable cause hearing to place the evidence that US officials loyal to Israel released a human engineered virus in a foreign country to terrorize the public into demanding US taxpayer money be given to Israeli controlled corporations so that money can be laundered to buy the loyalty of US politicians. While proving that instead of investigating this crime, people like you, Mr Moon, Ms. Carlson and JP would operate in a coordinated fashion to discredit the messenger.

This is how I was able to post online in December that you all would try to deem me insane, but I wasn't arrested until February, then exactly what I said happened.

I just caught the judge, Helal Farhat, in a lie on the record in my state civil case for custody when he claimed that a hearing that Michigan Court Rules require to be held within 56 days took ~17 months because I was "lost" in federal custody. But I was writing the court from October 2023 until the hearing. In March I got pissed I was being ignored, like you regarding counsel's conflict of

interest and Sovereign Immunity defense, so I sent things certified mail.
So I have receipts showing the Court signed for mail with a return address, and the Court claiming on record they had no clue where I was. ☺

But hey, no conspiracy there... Also, ignore that I mention Marko Rupnik in an appeal notice with the Knights of Columbus, and almost immediately the Knights of Columbus announce they are covering all stone masonry by Marko Rupnik, and that on June 3rd Congress confirmed everything I said about EcoHealth Alliance, less than a week after I mentioned that to the US Supreme Court.

Just a bunch of random coincidences. No one is watching this case.

Criminals... You had to play games with my custody rights. Of the buttons you don't want to press, that was the biggest one. You shouldn't have done that.

-The beggar King

*Joel Capeda* (signature)

That judge lied in front of the Sheriff's Deputy that delivered the certified mail receipts. Another Deputy was shown the US Supreme Court filing, then the hearing regarding Eco-Health Alliance, then what happened with Knights of Columbus. They said: "That's so F****ING crazy!!"
They also said, "You are the most competent person in this jail."
Weird, right?    — Crazy Man

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642

Legal mail

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette Blvd, 5th floor
Detroit, MI
48226

METROPLEX MI 480
29 JUL 2024 PM 2 L

48226-277758

The writer of this letter
is an inmate in the
Midland County Jail
Midland, MI 48642

USA ★ FOREVER