Case No: 23-20152
Mark A. Goldsmith

FILED
AUG 15 2024
CLERK'S OFFICE
DETROIT

Fake "defense" Attorney,

I realize you were assigned to my case to prevent my defense under Law of Nations while preventing evidence to challenge the US Attorney assertions to my mental state so the claim I am crazy looks good on paper. You are the one the Tarot readers say: got a call in September saying that you had to continue to screw me over after what was supposed to be a short vacation; thinks "I shouldn't have sent that message" regarding the conflict of interest since you delaying my appeal for seven months shows your loyalty; reads this letter and feels bad because everything I say is true but I am throwing you under the bus. The Tarot readers refer to this as "flipping the table on Judas." To be fair, I called you out in our first interaction when you defended Mr. Moon lying about the circumstances of my arrest, "Why do I get the impression that you don't work for me?" But even the worst sinner can come to God, like Pharoah, I have to give you the opportunity to grow as a person, that is why we come here. All the evidence that follows you are already aware of. This is just to list the evidence to show that I am able to discern what facts will prove what defenses or refute claims by the US Attorney, but you refuse to do your job while I demand you be removed, and Mr. dishonorable Goldsmith ignores all of this to help paint the picture I accused in my first filing, while trying to claim absurd things like the 6th Circuit saying, as you said Mr Nogues, that it can't look at the claims "yet" because it didn't have appellate jurisdiction until Mr Goldsmith ruled was "finding the jurisdiction argument meritless", which is a blatant, and pathetic lie. The first of two judges caught clearly lying in this failed attempt to contain me.

Dana Mertz, when we met and you said, "You are a genius, and are going to prove to be a formidable opponent for them," who is "them", and am I living up to expectations? I received another "marker" to move forward. I know "who" the person who loses their spouse to the lies is. Fireworks display incoming. "Someone with money is coming to help me." It is quite amazing watching God work.

This first section is evidence of a conspiracy to release SARS-COV-2, which makes the perpetrators hostis humani generis, and my declaration of lawful force was designed to get

access to a court record to show that the US government would not go after the perpetrators because those administering the offices responsible for that action are part of the conspiracy. The second section is to refute claims made by the US Attorney showing I was, in fact, targetted. That it is not "paranoid delusion disorder", not that it means that I am unable to communicate with my attorney to form a defense anyway. But this letter itself meets the second prong of Dusky. So, in one letter I will show defense counsel impedes my defense, the US Attorney is involved in hiding crimes against the Law of Nations, and the judge is knowingly facilitating both. You think I went into this thinking you will fight fairly? I went in with the intent to expose, and if I had to give my life doing so, so be it. I answer to God alone, not any of you. What you think or believe you can make others think so you can avoid accountability in this momentary existence is not relevant to me. You will answer for your crimes one way or another. Win or lose, I stood alone against the world to do right regardless the cost. My conscience is clear.

Conspiracy to release SARS-COV-2

- President Trumps executive order in Sept. 2019 for "New Vaccine Technologies"
- FOIA release from DARPA about Eco-Health Alliance request to release a human engineered virus into bats in China
- June 3rd, 2024 Congressional hearing involving Eco-Health Alliance NIH funding being pulled
- Senate Hearings with Dr Fauci regarding "gain of function" viral research
- C-SPAN video of Fauci et al discussing "blowing up" the FDA approval system for mRNA vaccines
- PBS interview where Fauci brags about reducing the 10yr approval system for vaccines to 6 months
- Lancet letter and its retraction where it was claimed that anyone who thinks it "leaked from a lab" is a "conspiracy theorist."
- Senate hearing regarding increase in all illnesses in military after injections were forced under threat of court martial (1000% increase in neurological events)
- FOIA of CDC emails discussing changing the definition of vaccine to make COVID shots fit new definition because they don't provide immunity from infection.

- Pfizer CEO testimony in the European Union, under oath, explaining the injections were <u>not</u> tested nor licensed to prevent infection from SARS-COV-2
- All facts listed in 17 page motion for subpoenas

Evidence being targetted is not "paranoid delusion disorder", and really happened

Forensic Computer Specialist to confirm messages hidden in HTML on Servers the "Q" user tells people to find the [MAP] or [KEY] or [GREEN] or [Yellow] or [RED] messages. Some telling them to contact "QANON Churches" ran by the FBI.

The message on the Server:

    11-11            ← Date of Contact to Joint-chiefs-of-staff
    5:5              ← Daughter Birthday
    No Name          ← Name ON email to Joint-chiefs-of-staff
    [ ]              ← the "key" or "map"
    1-800-xxx-xxxx   ← Suicide prevention hotline

This was so I think "Q level security clearance military intelligence" wants me to contact them, but I generate evidence I was suicidal. "Q" claims that "Q" and "Trump" are military intelligence several times.

Email to joint-chief-of-staff where I say they need to teach the American Public what "gaslighting" is, including date sent.

The Date Merriam-Webster announced "gaslighting" was the word of the year

List of Joint-chief-of-staff who retired in August after my filing with the Supreme Court

Patent: "Neurological Manipulation using electromagnetic frequency" ⟩ → EMOTION RADIATOR RAY

Declassified CIA document: CIA-RDP96-00789R001000420001-3

Neighbors who witnessed military helicopter hover over my house, first one on 11-11-2022

Robert Smith at Livingston County Jail ⟩
Nicholas Richards at Livingston County Jail ⟩ Witness to ME1ONE11 coded message

Hey JP, did you know that a failure to investigate these claims and consistently refusing to put evidence like this on the record is itself a reason to grant a habeas corpus appeal as well as have you disbarred? "It was a tempting offer at a high cost," huh? It is time to confess. It won't go as bad for you if you do. You chose the wrong side.
Mr. Moon, "the smear campaign is vile, but it ends up bad for them, not you."

For the Sovereign Immunity claim, the question is: "Does immunity attach to the Sovereign at the creation of the Nation or when it becomes a State?" The answer is when the Nation is created. A Sovereign of a de facto state (Nation with a country, not required to exist and be independent) cannot sue in your courts because it is not "recognized", but the Sovereign isn't subject to foreign courts either. This is true whether simply a nation or a de facto state. A de jure state has that immunity extended to ambassadors.

"Akin to Sovereign Citizen". Smh. "I will beat you with your own rules."


-The Beggar King

*[signature]*

"Two objections to that proposition had been made at the bar: 1. That their claim of sovereignty had been constantly opposed; 2. That their boundaries were uncertain and undefined, - to both of which the judge responded... that neither were satisfactory: that they were none the less a government de facto." Ford v. Surget, 97 US 594 S. Ct. (1878) Don't pick fights with people that read international law for fun.
— Crazy Man... ☺

Jacob Carpenter
105 East Ice Dr
Midland, MI
48642

Legal Mail

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd 5th Floor
Detroit, MI
48226.

48226-277758

METROPLEX MI 480
12 AUG 2024 PM 10 L

The writer of this letter is an inmate in the Midland County Jail, Midland, MI 48642

FOREVER / USA