Case 2:23-cr-20152-MAG-EAS   ECF No. 147, PageID.873   Filed 08/22/24   Page 1 of 3

United States of America
Case No: 23-20152
Mark A. Goldsmith

FILED

AUG 2 2 2024

CLERK'S OFFICE
DETROIT

③

Mr. President and the Blonde Lady, I haven't met,

I think we all wish to be unencumbered from this pickle we find ourselves in. Have you listened to Shinedown: The dead don't die? What about the quote: "An avidity to punish is mankind's greatest weakness, it leads men to stretch, misinterpret or misapply the best of laws."? I didn't take you for a dead head. I think that you underestimate your situation as far as where you lay your head, and how much time you have. Are you worried about politics or appearances? Fortune favors the bold. "[T]here are two parties to a war. War is a state of things, and not an act of legislative will. If a foreign power springs war upon us ... the question is, whether the President can repel war with war." ... "The war power includes the power to remedy the evils which have arisen from its rise and progress and continues during that emergency." ... "[T]he power to wage war is the power to wage war successfully"

47 USCS § 606 is useful to this end. Ballentine's Law Dictionary · Security · "Protection of the nation against attacks from abroad and subversion from within." Negotiation? Why? About what? A biological weapon was used to subvert the government by a foreign power and enemies that have embedded themselves into the offices of the government to inhibit the citizens from using the offices designed for their protection to defend themselves. You don't have to "negotiate", you set terms. Are you a President or an Ambassador? You have a job to do, and it is to protect people.

Under war powers you could have already assumed full control over the civilian government, placed people in positions or removed them as needed, and ensured the media only ran stories in your favor to achieve these goals. Instead you took pictures with people to antagonize me, and tried to bully me into submission. Why are you still playing politics? The weather (mood related) works in your favor as it explains troop movement.

You want another term? Earn it. You are too concerned with what people might say

You are aware that they cheated in the election for you, and then advised you on how to make you look bad? The elections are absolutely corrupt. Stop being a puppet that just resides at the most intimidating return address in the world.

The ICC can handle certain political opponents who authorized the release of a biological weapon as they are not a Head of State and not entitled to immunity. There are legal examples of extradition for Crimes Against Humanity due to treaty, find a State with an Extradition agreement, give them the evidence, and expedite the process. Amal Clooney can help you with that.

The Hopi prophecy and Scripture align, a lion stands on its feet like a man, it's wings of an eagle are removed; corruption is removed in a single day by a Flood of men. You don't need to negotiate with Congress, you don't need to negotiate with any big business or financially influential people. You need to assume control under war power, and direct the civil government while controlling the narrative. When it comes to "Israel", read Daniel. The two Kings are deceitful in discussions at the table, and "Israel" has set up it's tent between the mountain and the sea, with no one to come to his aid. They just need to be left unaided, and let their behavior reap what it has sown. You need to handle domestic enemies. It would be unfair to have an election with just the Democratic ticket because the Republican candidate is on trial for releasing a biological weapon on a foreign country. Who runs things in the meantime?

Drop the carrot, grab the stick. That just leaves our negotiations. I'm all ears. Seether: Nobody Praying For Me. Do as God tells you in your heart; disregard anything and anyone that tries to stop you. Who do I listen to? Ask my mom. Nobody. I hear a different voice. Linkin Park: Friendly Fire, Shinedown: A Symptom of being human. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Katy Nichole: Hold on.

You have until one of these 4 supermoons. Not a timer set by me. "Fated full moon".
                                              -The beggar king

Jack Carpenter
105 East Ice Dr
Midland, MI
48642

Legal mail

The writer of this letter is an inmate in the Midland County Jail Midland MI 48642

© USPS 2022

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd
Detroit, MI
48226

METROPLEX MI 480
16 AUG 2024   PM 3   L

U.S. MARS...

48226-270059

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131