FILED
SEP 04 2024
CLERK'S OFFICE
DETROIT

POOR QUALITY ORIGINAL

US

Case No: 23-20152

v

Mark A Goldsmith

Jack Carpenter

/

**Notice of intent to appeal and request interlocutory appeal pro se as ineffective assistance of counsel is claimed**

The sixth circuit court of appeals has jurisdiction of the decision to incarcerate for a competency evaluation (see U.S. v. Davis, 93 F.3d 1286 (6th Cir)) as well as a determination that defendant lacks competency to stand trial under the collateral order doctrine. As defendant has been incarcerated for over 18 months absent a trial an irreparable harm is clear as defendant is being punished without a finding of guilt. If it is left until after trial to find that the court delayed proceedings unlawfully, then defendant has been harmed in an irreparable manner. A stay is warranted, as a trial is being denied.

Defendant does not have access to the full record, but has asked on the record multiple times for updated filings and oral transcripts. Additionally, defendant has been given no access to appellate decisions to challenge them, and was told that after defense counsel delayed them for seven months, they were dismissed for lack of jurisdiction "yet". As defendant was challenging an order for evaluation of competency and the trial courts refusal to perform a fact based analysis regarding immunity from trial under a claim within the Law of Nations, both of which trigger appellate jurisdiction under collateral order doctrine, these decisions were in error, but defense counsel is intentionally interfering with defendants ability to assist in his own defense as the master-mind of

that defense. This is because defense counsel wrote a letter to defendant stating a conflict of interest existed, defendant forwarded the letter to the Court with Multiple requests to remove counsel, and the Court has ignored this issue since June of 2023 when defense counsel told defendant that he was refusing to argue a defense under the Law of Nations due to personal beliefs, not facts or Law, which was stated in front of Dana Mertz.

Instead of removing himself, he delayed my appeals for seven months, claiming he did so because he "thought, for sure, I'd be found competent" since, as he stated on record I was predicting the US Attorneys arguments, even the statutes they cited. You can see this in oral arguments on June 6th, 2023 right before he said, "Clearly he is competent."

Ultimately, the trial court ruled that defendant was not competent to stand trial as a result of an "Appeal to Credentials" logical fallacy. Defendants claim on Twitter that he can prove with computer forensics that he was targetted for being able to expose US government officials criminal behavior means he has "grandiose paranoid delusion disorder", according to Dr. Nybo. Defendant is a computer science expert who worked for the University of Michigan in their highest tier of IT as a systems administrator and Infrastructure security expert who is trained by law enforcement in computer forensics. Dr Nybo is a quack who viewed no evidence related to this claim at all, and told the Court that appellate case 23-1661 was a "delusion" in defendants mind.

It is important to note that this provable claim is wholly irrellevant to defendant's defense other than Dr. Nybo claiming it is evidence of a mental illness, and thus reason to deny a trial. The refusal of defense counsel to investigate and rebut this claim to impeach the witness as it shows that everything

Dr. Nybo doesn't believe is a "delusion" (as evidence supports both that appellate case 23-1664 really does exist and defendant was targetted for trying to expose facts verified in Congressional hearing on June 3rd, 2024 showing that Donald Trump authorized the release of a human engineered Coronavirus into the bat population in China through the National Institute of Health via a company named Eco-Health Alliance) is ineffective assistance of counsel.

It can also be conclusively shown that defendant filed an appeal where he stated: "Marko Rupnik is the Jesuit stone mason who is the Artist that created the Georgia Guidestones which state 'Maintain the human population under 500,000,000 people' and 'guide human reproduction wisely,'" and "What flavor of Jesuit am I dealing with here? Are you all Knights of Columbus or are you a mix of different groups?" About a week later the Knights of Columbus announced they are covering all stone mosaics by Marko Rupnik in all of their shrines. This, in combination with defendants claims regarding the origins of SARS-COV-2 being verified by Congress five days after filing these facts in a habeas corpus petition at Supreme Court, pro se, and being placed on the docket as case 23-7131 (also not a delusion), then the joint-chiefs-of-staff retire a month later is clearly enough to warrant investigation and warrants for arrest for multiple crimes, including crimes against humanity.

It is common sense that exposing Presidents, military officers, NIH, FDA, and CDC officials of releasing biological weapons to steal US taxpayer money may cause the perpetrators to target you to hide their crimes, since some of these actions warrant the death penalty.

Other evidence defense counsel prevented from being entered on record was that in December 2022 I posted on Twitter that I knew that the US government would attempt to have me

pg. 4 of 4

deemed insane to discredit me so no one would listen to me. I was then arrested in February of 2023, and the first thing the US Attorney did was have me deemed too insane for a trial.

But I was creating the circumstances to show exactly how far the corruption is, and how far each person would go to hide these crimes. Judge Goldsmith claimed that the sixth circuit saying they don't have appellate jurisdiction "yet" was the sixth circuit ruling my jurisdictional claim was meritless. I am still waiting on Ms Carlson and Mr Moon to figure out that the entire point of this escapade was because I know you! make 40 copies of these, and this is a permanent record showing the Conspiracy to cover up the intentional release of a human engineered viral biological weapon to steal money from the US taxpayer while carrying out a eugenics agenda.

In addition to this, I have a claim under the Law of Nations for Sovereign Immunity as discussed in the Schooner Exch. v. McFadden that the district court has evaded like the plague, and not the plague that was released on purpose that he is participating in the cover up of by ignoring defense counsel's conflict of interest, and that he noted a challenge to jurisdiction on June 6th, 2023, then proceeded without requiring proof the court had jurisdiction, then later pretending the question was answered when everyone avoids it because I am legally correct but no one wants me to be.

I certify this process is absurd, this notice is four pages, and I am justly irritated criminals have stolen almost two years of my life.

Jack Carpenter

Warning Shot

Jack Carpenter
105 East Ice Dr.
Midland, MI
48642

METROPLEX MI 480
28 AUG 2024 PM 4

FOREVER / USA

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd. 5th floor
Detroit, MI
48226

The writer of this letter is an inmate in the Midland County Jail, Midland MI 48642

Legal mail

48226-277758