POOR QUALITY ORIGINAL

FILED
SEP 04 2024
CLERK'S OFFICE
DETROIT

3

Case No: 23-20152
Mark A. Goldsmith

Silent Observers, pg. 1 of 2

Let us use a similar analogy regarding a nation and self defense to <u>attenuate</u> bigotry. Iran bombs Netanyahu's hotel room while in the US. The US retaliates against Iran, and Russia prevents the "US attack" on Iran. Is Russia the good guy? Or is the US the good guy when "Israel" commits murder in Iran, since "Israel" is full of God's super special chosen people — murder is OK, and it's required to "defend" murderers? But since Iran is full of Goiim, murder is bad, so Russia is the bad guy? Morality seems complicated when you are a racist and a bigot. Identity → Chauvinism → ~~Superiority/Inferiority~~ → Violence

When the US gives "Israel" 27 billion in aid, because reasons, and then Israel buys 22 billion in military jets, how does this benefit the US financially?

If NATO provokes Russia into war in Ukraine so that they are militarily and economically occupied, therefore unable to respond to "Israel's" land grabs and US-Israeli destabilization of the 7 countries (a US general leaked the plan to overthrow in 2001) is Russia the "aggressor"?

<u>Jeremiad</u>, ha, you try being the punching bag for people who have a plan to reduce the human population to under 500,000,000 then say, "God did it because you embraced LGTBQRSTUVWXYZ+".

IQ of people who took the injections: [graph showing bell curve with 75% marked, labeled LOW and HIGH]

Two classes of people left, slaves and masters. The middle have lower birth rates, shorter life-spans, higher rate of diseases, higher rate of death, don't form families, have abortions at a greater rate, get more sex changes, etc. A great big eugenics plan. Sold as "climate change", "reproductive rights", "diversity", "health" and "liberty". Using the human proclivity to stand up to the bully to favor the underdog to impliment the plan, so those carrying it out don't even have to know what

the plan is. Who is "the bully? "The Church", who will be vindicated as being "right the whole time." Problem, reaction, solution. Create the problem, wait for the reaction, offer the solution, you are the Hero. AIDS and MPox - "the gay diseases". Psychological priming.

True culprit? Antibody Dependent Enhancement syndrome from mRNA injections. Training the immune system to attack the body's own cells. The symptoms of MPox are the 12th or 13th side effect listed in the FDA approval documents for the COVID injections that the FDA requested to hide for 50 years, when the judge denied the request, Pfizer filed a response to ask for them to be hidden for 75 years. It does not "attenuate". Is something true because it is believed?

You all really have no idea how much I know about what is hidden, do you? US v. Burchfield LEXIS 42321, who paid the drug addict to read my Twitter? I see a lot...

When the laws were changed to allow EUA, I was already watching, studying the machine's response to threat stimuli. I've already won, we are just going through the motions. I won as soon as the "case fixer", who I am NOT the first case he's fixed, sent me a letter stating a conflict of interest, and Mr. Goldsmith ignored it.

The only true connectivity that exists is that we all feel the effects of attenuating justice, even when it is done due to interconnections that exist nowhere but our minds ie. Identity. I hear you. You are wrong. Perspective limited. Pointelism, you explain the brown dot, I see the horse.

Going silent now. Waiting for critical mass. See you on the other side. There is still time to do the right thing. But not much... Still listening on the usual channels, but

—The beggar King — unlikely to respond. Trust is an issue. Rightfully so. Btw Jonah, not Jeremiah. I'm here to offer a choice I am slightly bitter exists. But I'd prefer it was taken. I feel your sadness in your rationalization.

*Jack Capito* (signature)

Jack Carpenter
105 Fast Ice Dr.
Midland, MI
48642

METROPLEX MI 480
28 AUG 2024 PM 4


FOREVER / USA

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd. 5th floor
Detroit, MI
48226

The writer of this letter
is an inmate in the
Midland County Jail
Midland MI 48642

Legal mail

48226-277758