United States District Court
Eastern District of Michigan
Southern Division

**FILED OCT 01 2024 CLERK'S OFFICE DETROIT**

United States

v

Jack Carpenter III

Case No: 23-20152

Mark A Goldsmith

### Defendant Reply to ECF 159 Motion for Finding from District Court on Status of Defendant's legal representation

Defendant has no objection to the removal of counsel with a stated conflict of interest who instead of removing himself as required by the Code of Professional Conduct, he interfered with the appeal regarding his conduct and delayed it for over a year while representing defendant at an 18 USCS 4247(d) hearing where defendant was entitled to an attorney without a conflict of interest.

Since the Court will continue to pretend defendant is incompetent for believing what he can prove with computer forensics upon the testimony of someone who is not a computer expert (while defendant is) and the witness viewed no evidence related to this claim, the Court will likely attempt to assign a conflict attorney. Defendant requests one that is skilled in the Law of Nations, and has the ability to understand the following legal facts

1. A Nation is created by an act of self determination by declaring itself to exist; is the sole arbitor of when the criteria to be a body politic is met; and as a matter of Law, does in fact exist

2. The question of whether or not a self-declared Nation's Monarch is entitled to exterritoriality upon "existence" or at "recognition of statehood" is a question

yet to be answered in the Law of Nations.

3. Discussing with the US State Department a method to cross the border of a defacto state with a formal method is treating a State as an International Person and recognizing its borders which is recognition, binding on US courts and non-reversible.

4. That defendant is entitled to exterritoriality, under either theory of Law.

Also, Defendant has requested the non-neutral judge Mark A. Goldsmith recuse himself for failing to exercise the Courts supervisory powers to intervene to protect defendant from defense counsel's malice as well as implying the above legal facts are not legal facts by asserting the 6th Circuit holding appellate case 23-1661 in abeyance was answering questions of law on their merits. As this was in coordination with a State Circuit Court for Wayne County Michigan avoiding the same question for over 18 months by claiming that defendant was "lost in custody" while the Clerk was signing for certified mail, and then throwing it away, it is pretty clear a conspiracy exists to prevent this defense and others.

These Court games where there is a coordinated effort to make the actions of the Court appear legal when they are not are quite obnoxious I've reported this to the Office of Professional Responsibility, Mr Goldsmith.

    I certify this is two pages in length

    */s/ Josh Campbell*
    40 ⊗

Jack Carpenter
105 Fast Ice Dr
Midland, MI
48642



METROPLEX MI 480 23 SEP 2024 PM 3 L

Clerk of the Court 23-20152
Mark A. Goldsmith
231 W. Lafayette blvd, 5th Floor
Detroit, MI U.S. MARSHALS
48226

48226-277258

The writer of this letter is an inmate in the Midland County Jail Midland, MI 48642

Legal mail

© USPS 2022