UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                Case No. 2:23–cr–20152–MAG–EAS
                                                   Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

## NOTICE OF MOTION HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

   NOTICE of IN PERSON hearing on [159] MOTION for Finding on Status of Defendant's Legal Representation as to Jack Eugene Carpenter, III. **Motion Hearing set for 10/23/2024 at 10:00 AM before District Judge Mark A . Goldsmith** (CCie)

   All of the aforementioned Defendants are required to appear at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 815.

### Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/C Ciesla
                                                                   Case Manager

Dated:   October 8, 2024