UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

Case No. 23-20152

v.

HON. MARK A. GOLDSMITH

JACK EUGENE CARPENTER, III,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR FINDING ON STATUS OF DEFENDANT'S LEGAL REPRESENTATION (Dkt. 159)

For the reasons stated on the record at the October 23, 2024 motion hearing, Jean Pierre Nogues remains the counsel of record for Defendant Jack Eugene Carpenter, III.

SO ORDERED.

Dated: October 28, 2024　　　　　　　　　　s/Mark A. Goldsmith
     Detroit, Michigan　　　　　　　　　　　MARK A. GOLDSMITH
　　　　　　　　　　　　　　　　　　　　United States District Judge