FILED
CLERK'S OFFICE
DEC 26 2024
U.S DISTRICT COURT
~~EASTERN MICHIGAN~~

~~U.S. Dist~~ ~~Carpenter~~

3

Case No: 23-20152

Dishonorable and treasonous Mark A. Goldsmith

Project ~~Eastern Michigan~~ Zionist Century

"The US has a plan to ~~overthrow~~ the governments of seven countries in seven years" - General Wesley Clark 2001. On that list were Iraq, Lebanon, and Syria. First, they went after Iraq, and did so based on lies. Scooter Libby went to prison for lying to the FBI about exposing the name of a CIA agent to smear her husband to prevent public awareness that the Bush Administration lied about yellow-cake uranium, AKA "Nukular Weapons" (as distinct from nuclear weapons that actually exist where Bush's "Nukular Weapons" were a fable).

What isn't immediately obvious is that this is a continuation of a plan implemented in 1918 to collapse the Ottoman Empire to create the Jewish State of Israel through WW1 and WW2, then expand its control over the land of "Biblical Israel". In the 50's, part of this plan was leaked as "the Protocols of the Elders of Zion", which the FBI classified for 50 years. When it was made public, the Zionist lobby did their disinformation/discredit/smear/shame campaign, and expressed their feigned outrage and calling it a hoax.

In 2001, the plan of seven countries in seven years was because they had collapsed the Russian economy, and had seven years until they recovered to prevent them from interfering with Zionist meddling in the affairs of other countries. Needless to say, they only achieved some of those goals. All facilitated by an attack on the US, a staged, false flag attack to manipulate the public into supporting the goals of the Zionist-Rosicrucian ~~[redacted]~~ Order. 9-11

Cybel Edmonds is important here, as she exposed that Congress ("The Jews run Congress and Rightfully So" - Donald J. Trump) was sending US taxpayer money to Turkey, which was being used to build Mosques in these seven countries, and the IMAMs were CIA agents recruiting angry youths, training them to be terrorists, and directing them to carry out attacks which were used to justify US presence in the middle east. "Most gagged person in US History - Cybel Edmonds"

It is curious that a Pandemic caused by the purposeful release of a human engineered virus collapsed the world economy, and enriched Israelli Jews like Mr. Albert Bourla from Pfizer. Then NATO provokes Russia into a war with Ukraine, which prevents Russia from stepping in to prevent the collapse of the Syrian government at the same time Israel collapses the Lebanese government, and as

Netanyahu said the quiet part out loud, that Israel believes that it "has a Biblical right to Gaza and the West Bank", so the Law of Nations is "fake law". This expansion of Israelli territory is the result of the HAMAS response to Jewish extremist terrorist violence perpetrated on February 27th, 2023, known as "the October 7th Attacks". Where Israellis attack Palestinians, Palestinians retaliate, and Israel forgets they started it, and plays victim. The same as placing a bomb in an apartment in Iran to kill a HAMAS leader (war crime), Iran retalliates, and Israel pretends Iran is the aggressor. A ridiculous play by lying sociopaths.

But, I digress, Syria is conquered by Muslims backed by Turkey, and these Muslims are an off-shoot of Al-queda ("the list" of CIA trained extremists). Weird, right? Turkey → Muslims → CIA → Terrorists → Syria Collapse

"The smear campaign is vile, but it ends up bad for them, not you." ... "What they try to do to silence you, puts a spotlight on what they want to hide" ... "An entire city goes to prison. Judges, lawyers, Police, and Businessmen$" ... "Everything you say comes true." ... "Everything they wanted to happen to you, happens to them to a 'T.'"

If I have been studying your organization, how it responds to threat stimuli, what you do in the dark, for 25 years, you should have asked yourself how much I actually know before you picked a fight where I chose the terrain.

"Psychic solves his own case." October 31, 2024 was the last chance to bow out. Now I burn down your house of cards while you watch helplessly. I do it from solitary confinement in an insane asylum, even after you steal my legal paperwork. (Assholes)

"I watched your interview with the FBI, your mind is like a steel trap" - J.P. Nogues III

"You are a genius, you are going to be a formidable opponent for them" - Dana Mertz (who is "them"?)
Watch, and learn, Psychos.

Jack Carpenter #45173510
SPRINGFIELD MO 658
MEDICAL CENTER FOR
FEDERAL PRISONERS
P.O. BOX 4000
SPRINGFIELD, MO 65801-4000

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th Floor
Detroit, MI
48226

Legal Mail - See Address

48226-277758