3

FILED
CLERK'S OFFICE
DEC 26 2024
DISTRICT COURT
MICHIGAN

US v Jack Carpenter
Case No: 23-20152
Dishonorable and Treasonous Mark A. Goldsmith

Ms. Carlson

Question: What would Dr. Fauci, former Chairman of the Joint-Chief-of-staff, a former general and others need a pardon for?

Answer: The intentional release of a human engineered virus, an act of International Terrorism, as a pretext to launder US taxpayer money to Israel.

Havanna Syndrome: CIA declassification - Microwave Weapon (High frequency EMF)
Patent: Neurological Manipulation using EMF (Microwave Weapon)
CIA.GOV/Reading Room : Category "Stargate": What is an "Emotion Radiator Ray"?
Symptoms: Confusion, Headaches, Memory loss, Hearing Voices, Intense Emotions
  Seen in action: "Biden is incompetent" - Israelli act of war to control US elections: Netanyahu

Remember when: RFK Jr. was running against Trump; Elon was not endorsing anyone; Joe Rogan wasn't endorsing anyone. Then I said RFK Jr. was working with Trump, so was Elon, so was Joe Rogan, and the UFC was involved. Then RFK Jr. and Elon are on Trump's cabinet, Joe Rogan endorsed Trump. After the election, they all went to a UFC match together? Lucky guess, huh?

Remember when I said Trump was a Rosicrucian, and after the election there was a Truth Social post of the Rose Garden signifying Rosicrucian Control of the Executive?

Remember how I said Trump was loyal to Israel, not the US, and he appoints a bunch of "Israel first" traitors to key positions?

Remember when I said Bird Flu was SARS-COV-2 part 2?

Wake up... You are being conquered.

Right Wing Narrative  \ Operation
Left Wing Narrative   / Mockingbird
Divide and Rule

*Jack Carpenter* (signature)

Radio Iodine: I am
Tool: Numa
Falling in Reverse: Bad Guy
Linkin Park: Heavy is the Crown
Tool: Learn to Swim
Creep: Black Butterfly

Laila,

Our chats are over now. The wrong has been fully completed. Chances to deviate were wasted. The train is on the tracks we have chosen. Contract failure. Full exposure inevitable. "I regret taking this contract." But God willed it. Marker 10-31-24. My turn now. ☺

A sum of money is received, but this joy is intermingled with tears and grief as the death of a dear friend is inevitable. Return to sender.

No more need for misdirection. Checkmate in progress. I see you.

Say bye bye to Bibi. Move mountain move. "How dare you bring this to my House!"

"Now, How does he know that?" I knew before I left Michigan. It's why I left. ☺

Operation Pheonix mutation - Takes civilian contracts - Collects life insurance from target's death

"Confession from a hitman may lead to prison sentence." Waiting patiently. Abandon ship!!!

Do you see Mr. Nogues and Mr. Goldsmith sweating? I feel it from here. Warnings were given. No sympathy. Choices were made. Play stupid games, win stupid prizes. Clowns.

"You are not real! You are not real! You are not real!" I AM what I AM. Think whatever you want.

Biden's absence at Notre Dame = "The decision to leave the religion"

Wife of a man in charge interfered with union.

A very masculine meeting where the man in charge explains what he is going to do. He doesn't normally ask permission, but everyone is affected by his decision. He knows he is the one that orchestrated your mistreatment.

Has he asked for forgiveness? What is justice? What is your legacy?

Lineage of Jesus in Matthew - Solomon is the lineage → Lineage is Joseph, who is not the father of Jesus
Lineage of Jesus in Luke - Nathan is the lineage    because Mary is a "virgin" ☺

Isaiah 7:14 ≠ Prophecy of birth of a Messiah or a virgin birth. Prophecy for Ahaz = Before a child is able to eat solid food, 2 kings will have left area. 2 virgin births? ☺

Jeremiah 8:8 - You think you are wise? You think you have the law? You rely on the lying pen of the scribes.

Fireworks, on display again.

