Eastern District of Michigan Southern Division

United States

v.

Jack Carpenter III

Case No: 23-20152

Mark A. Goldsmith

pg. 1 of 2

FILED
CLERK'S OFFICE

JAN 0 2 2025

U.S. DISTRICT COURT
EASTERN MICHIGAN

## Motion to suppress evidence

As 18 USCS. § 875(c) does not require an intent to carry out an alleged threat, the search warrant to search defendant's vehicle was requested under false pretenses. Defendant was not arrested in his vehicle. It was siezed from private property without a warrant and held for days while a non-probative reason to search it was manufactured, which was to "find evidence" defendant intended to carry out the threat alleged. What was used as probable cause was that sometimes other people who violate 18 USCS. § 875(c) have maps and other evidence that show the intent to carry out the threat alleged. To summarize, the FBI needed to search the vehicle to find evidence of some non-existent element of the charge. They found lawfully owned firearms and ammunition as well as silver and silver coins belonging to my daughter. I would like these stolen items back. Not only was the car siezed without a warrant, then a warrant procured under false pretenses, the warrant obtained was for a "gray" vehicle, and mine is Green. The FBI could not reasonably believe the warrant to be valid.

As defendant is charged with sending a threat, allegedly, in a Tweet on Twitter,

Only the tweet from the arraignment containing the alleged threat should be allowed. Counsel assigned in violation of E.D. Mich. L.R. 83.20(f) allowed tweets of no probative value when the District Court was abusing 18 USCS 4241-4247, but defendant challenges their relevance as the government only entered them to make the argument that religious and political beliefs were evidence of incompetence in violation of the first Amendment. The government's only purpose of using them in a trial would be to provoke emotional responses from the jury. They prove no necessary element for the charge. Defendant is accused of sending one alleged threat in one Tweet. They keep trying to enter Tweets that were rejected by the grand jury, and it's clear they intend to use them to "shock the conscience" of the jury to secure a conviction through illegitimate means.

I certify this is two pages in length.

Josh Copenhaver

Jack Carpenter III
#45173510
M.C.F.P. Springfield
P.O. Box 4000
Springfield, MO
65801

Theodore Levin US Courthouse
Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th floor
Detroit, MI
48226

Do not re-send or copy
Legal mail

Springfield PBDC, MO
FIELD 19 DEC 2024