United States
Eastern District of Michigan Southern Division

POOR QUALITY ORIGINAL

United States
v.
Jack Carpenter III

Case No. 23-20152
Mark A. Goldsmith

FILED
CLERK'S OFFICE
JAN 0 2 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

## Motion to recuse Mark A. Goldsmith
### Oral hearing Requested

Defendant is entitled to a neutral justice of the Court. As Mr. Goldsmith is an unregistered foreign agent participating in sedition, treason, and participating in the cover-up of War Crimes and International Terrorism, he should recuse himself from the case.

He ignored a conflict-of-interest explained by an unlawfully entered Counsel of Record for ~14 months (ECF 57 pgID 301+302), then was unable to find the conflict-of-interest as a scheme to keep Counsel of Record assigned to the case so Counsel could interfere to prevent defendant's defenses from being before the Court while abusing 18 USCS § 4241-4247 to have defendant committed under Color of Law.

I certify this is one page in length

Jack Carpenter

Jack Carpenter III
#45173510
M.C.F.P. Springfield
P.O. Box 4000
Springfield, MO
65801

Theodore Levin US Courthouse
Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th Floor
Detroit, MI
48226

Do not read or copy
Legal mail