United States District Court
Eastern District of Michigan
Southern Division

US
v
Jack Carpenter

Case No: 23-20152
Mark A. Goldsmith

③
pg. 1 of 2

FILED
CLERK'S OFFICE
JAN 24 2025
U.S. DISTRICT COURT
EASTERN MICHIGAN

Motion to require J.P. Nogues to show cause

E.D. Mich. L.R. 1.1 Explains the scope of Local Rules apply to both civil and criminal cases. Mr. Nogue is not a member of the State Bar of Michigan, he is a member of the Bar of New York. Crowley v. Liberty Life Assur. Co of Boston 2014 U.S. Dist. LEXIS 90752 ("This Court requires strict compliance with E.D. Mich. L.R. 83.20(f)"). E.D. Mich. L.R. 83.20(F)(1) requires attornies who are not members of the State Bar of Michigan (non-local attorney) to enter a local counsel, a member of the Michigan Bar, onto the record. E.D. Mich. L.R. 83.20(f)(2) states that Local Counsel must enter a notice of appearance and attend all conferences and hearings in the case. E.D. Mich. L.R. 83.20(i) states "a person knowingly engaging in the unauthorized practice of law in this court may, on notice, and after hearing be found guilty of criminal contempt." Mr. Nogues must be given notice and a hearing regarding his misconduct. "May" in 83.20(i) means "must" or "shall" similar to a lawer rule stating

a bailiff may collect bail. It does not imply discretion.

This issue should be overseen by a neutral magistrate, which precludes Mr. Goldsmith as he ignored a stated conflict of interest by Mr. Nogues explained by Mr. Nogues in ECF 57 pgId 302 paragraph 2 for 14 months, then was unable to find the obvious conflict of interest and ignored that "in the interest of justice" requires him to have removed counsel to avoid even the slightest appearance of injustice. Plus, in orders from the Court Mr. Goldsmith refers to defendant, Mr. Carpenter, as Mr. Walker so his mental state is in question which is why he is under investigation by the Chief Justice of the Sixth Circuit.

28 U.S.C.S §1654 states that counsel may only plead or conduct cases "by the rules of such courts", and as Mr. Nogues is "knowingly engaging in the unauthorized practice of law", no counsel has lawfully been assigned in 22 months, violating defendant's Sixth Amendment rights. All previous orders are null, and Defendant proceeds "personally" under 28 USCS §1654. I certify this is two pages in length.

Jack Carpenter

Jack Carpenter #45173510

MEDICAL CENTER FOR
FEDERAL PRISONERS
P.O. BOX 4000
SPRINGFIELD, MO 65801-4000

SPRINGFIELD MO 658
3 JAN 2025 PM 3 L

48226-277758

U.S. Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, MO 65801

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem of which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, please return the enclosure to the above address.

JAN 0 4 2025

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th floor
Detroit, MI
48226

Do Not Read or Copy
Legal mail