US v Jacob Carpenter
Case No. 23-20152
Mark A. Goldsmith

FILED
JAN 30 2025
CLERK'S OFFICE
DETROIT

Catholic Rosicrucian Jesuit Priests,

The last two times I contradicted church teachings with scripture the "Catholic Radio Network" had a sermon to retort. On December 29th, 2024 there was a sermon on the dispute of "Almah" in Isaiah 7:14, but why Catholics think it means "virgin." But you didn't mention how that means there were two virgin births, only one begotten son, and the inconvenient fact that Adam's father is God. But, let us see what you do with this.

Elohim is not the "God of Israel". The "God of Israel" is the Spirit Wisdom reincarnating in the descendants of Adam, named HWAHYA, and the descendants of Adam are distinct from humans. All of the Church's misunderstandings stem from 3 falsities:

1. Elohim and HWAHYA are equated as "the Creator"
2. Jesus is the "God of Israel", and the "God of Israel" is HWAHYA which is Elohim
3. Jesus was "formed in the womb" by HWAHYA, thus born of a virgin

But the reality is:
1. Elohim is the Creator; HWAHYA is the Spirit Wisdom, God's first creation
2. Jesus was one of many incarnations of HWAHYA
3. All incarnations are born from sex between Man and Woman

The Yawist source of Genesis first mentions HWAHYA [$x$'ה($\nabla$) + $x$ה($\Delta$) = ✡] in Genesis 4:26, "At that time, men began to invoke HWAHYA by name." Though you will know this name as YHWH or Yahweh as it was hidden from the usurpers of the Jewish identity, see Revelation 2:9; 3:9. But this name was kept from Abram, Isaac, and Jacob, but given to Moses.

"When Abram was ninety-nine years old, HWAHYA appeared to him and said: "I am El Shaddai..." ... "El also said to Moses, 'I am HWAHYA, as El Shaddai I appeared to Abraham, Isaac, and Jacob, but my name, HWAHYA, I did not make known to them."

First, we must establish the order of creation as:
1. HWAHYA - Spirit Prince AKA gods
2. Adam - son of God
3. Humans

Then we can establish that the sons of God (Adam's descendants) mixed with humans, and that Spirit Princes are reincarnated in different branches of Adam's offspring as the "gods" of that lineage. That HWAHYA was assigned to be the "god of Israel" by Elohim. That as the First creation, HWAHYA is the rightful "Lord of earth", and the highest "god", but is not Elohim or God. That "gods" are Angels or Watchers or Sheppards, etc. but this is semantics. God rules the gods who rule the Goyiim or Gentiles or human nations. Israel is just a Goyiim [nation]. but it's god is HWAHYA.

"May the god of Abraham and the god of Nahor [their ancestral angels] maintain justice between us." (Gen 32:59) "For all peoples walk each in the name of its god, but we will walk in the name of HWAHYA, our god, forever and ever. (Micah 4:5)

"no field shrub on earth and no grass of the field had sprouted... Elohim formed Adam out of [soul] and blew into his nostrils the breath of life, and so Adam became a living being... Elohim formed out of [soul] various wild animals and various birds of the air, and he brought them to the Man to see what he would call them; whatever Adam called each of them would be its name."
"Elohim said, 'let the earth bring forth all kinds of living creatures'... Then Elohim said, 'let us make [humans] in our image, after our likeness.'
Adam → animals → humans. Humans came after Adam named the animals.

"Elohim begot me, the firstborn of His ways, the forerunner of His prodigies of long ago; From of old I was poured forth, at the first, before the earth... then I was beside him as artisan, and I was His delight day by day, playing before Him all the while, playing on the surface of the earth; and I found delight in the Human race... [I] preserved the first-formed father of the world [, Adam,] when he alone had been created; And [I] raised him from his fall and gave him the power to rule all things..."

The Spirit Wisdom was formed or "begotten" before Adam was formed. She raised Adam, and gave him power to rule earth.

"When Elohim assigned the [human nations] their heritage, when he parceled out the [descendants of Adam], he set up the boundaries of the [humans] after the numbers of the [descendants of Adam]. While HWAHYA's portion was Jacob, [her] hereditary share was Israel... Then the Creator of all [Elohim] gave me His command, and he who formed me [HWAHYA] chose the spot for my tent. Saying, 'In Jacob make your dwelling, in Israel your inheritance. Before all ages, in the beginning he created me [HWAHYA] and through all ages I shall not cease to be."

The Spirit Wisdoms dwelling is in Israel, HWAHYA's hereditary share is Israel. She was created before all things, and will never cease to exist. This is the god of Israel, created by the Creator of all, Elohim.

"The four living creatures... day and night they do not stop exclaiming: 'Holy, holy, holy is HWAHYA almighty, who was, and who is, and who is to come'..." Because She reincarnates in the Line of Jacob, her hereditary share.

"the twenty-four elders fall down before the one who sits on the throne and worship him, who lives forever and ever... exclaiming: 'Worthy are you, Elohim, to receive glory and honor and power, for you created all things; because of your will they came to be and were created'..." The Creator of all, that begot the Spirit wisdom, created her before all things, and commanded she dwell in the hereditary share Israel.

"Then I saw standing in the midst of the throne... a Lamb that seemed to have been slain... he came and received the scroll from the right hand of the one who sat on the throne." Because the Lamb is not the Creator of all.

"To the one who sits on the throne and to the Lamb be blessing and honor, glory and might, forever and ever." Because, again, the Lamb is not the Creator of all.

"Behold, the days are coming, when I will raise up a righteous shoot to David; As King he shall reign and govern wisely, he shall do what is just and right in the land... Never shall David lack a successor on the throne of the House of Israel."

Who succeeded Jesus?

"I will assemble all the remnant of Israel; I will group them like a flock in a fold, like a herd in the midst of a corral; they shall not be thrown into a panic by men. With a leader to break the path they shall burst open the gate and go through it; their King shall go through before them, and HWAHYA at their head... He shall judge between many peoples and impose terms on strong and distant nations. They shall beat their swords into plowshares, and their spears into pruning hooks; one nation shall not raise their swords against another, nor shall they train for war again."

When did Jesus rally Israel, and end war?

"Therefore [Elohim] will give them up, until the time when she is to give birth has borne... Then the dragon [Rosicrucian control of the G7] stood before the woman about to give birth, to devour the child when she gave birth... Before she comes to labor, she gives birth; before the pains come upon her she safely gives birth to a male child. Who ever heard of such a thing, or saw the like? Can a country be brought forth in one day, or a nation be born in a single moment? She gave birth to a male child, destined to rule all nations with an iron rod."

I fulfilled this prophecy, and you are trying to devour my nation by abusing the competency procedure.

The Beggar King,
Josh Cinpetty

Jack Carpenter 45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
17 JAN 2025 PM 2 L

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd, 5th Floor
Detroit, MI
48226

48226-277758