Eric Christopher
Case No: 23-20152
Dishonorable Mark A. Goldsmith

Laila,

Dr. Fauci's AIDs fraud gave rise to the recently retired head of the largest LGBTQ+ Jewish Synagogue. Her wife is the Head of the largest teacher's union. This is how the Trans agenda was foisted onto schools. Attorney General Merrick Garland created the impression that the DOJ was weaponized against parents attending PTA meetings by calling them "terrorists" in a letter. Garland also issues warrants for the arrest of HAMAS leaders for Oct. 7th, but not Jewish terrorists called "settlers" for killing Palestinian-Americans because he is clearly a Zionist. Garland has President Biden "investigated" for mishandling classified documents on Oct. 7, then sits on the report until President Biden speaks out against "Israel". Then they run a "Biden is an incompetent, forgetful old man" campaign, and the first person to speak on it is Netanyahu. People with doctorates in Political Science can trace this type of behavior to control political outcomes back to the 1300's to a coordinated effort of the secret societies known as Rosicrucians, Jesuits, Freemasons, Illuminati, Jacobins, etc. Using the membership wittingly and unwittingly to fake Scriptural prophecy to use religion to establish political control.

If the DOJ is weaponized against Trump, why are they not jumping at the oppurtunity to point out that Donald Trump signed an executive order directing Dr. Fauci to develop a plan to manipulate the American public to demand new vaccine technologies and to have the public demand the US taxpayer pay for the R+D, manufacturing, and the Distribution of new vaccine technology? Why are they ignoring that NIH funded Eco-Health Alliance asked DARPA for funding to "release a human engineered coronavirus into the bat population in China"? Clearly these are related to the pandemic of a "novel" coronavirus, believed to be human engineered, jumping from bats in China. Clearly these are coordinated events leading to Donald Trump's "Operation Warp Speed" where the U.S. Govt. funded the R+D, manufacturing, and distribution of "new vaccine technology". It is clearly a Nation-State level psychological operation implimented against the American public that spanned two Administrations, and involved the censorship by tech. companies as an aid to "manufacture public demand" of new vaccine technologies. These societies playing "Good Cop"/"Bad Cop" as a divide and rule tactic to use manufactured emergencies

to launder tax money through Zionist "Israelli" controlled corporations to fund a Holy War in the middle east.

"I know the slander of those who claim to be Jews and are not, but rather are members of the assembly of adversaries" (Revelation 2:9) "Behold, I will make those of the assembly of adversaries who claim to be Jews and are not, but are lying, behold I will make them come and fall prostrate at your feet, and they will realize that I love you." (Revelation 3:9) "Because your merchants were the great ones of the world, all nations were led astray by your pharmaceuticals. In her was found the blood of the prophets and holy ones and all who have been slain on the earth." (Revelation 18:23) "Who ever heard of such a thing or saw the like? Can a country be brought forth in a day, or a nation be born in a single moment? (Isaiah 66:8) "a huge red dragon, with seven heads and ten horns... stood before the woman about to give birth, to devour her child when she gave birth. (Revelation 12:3-4) Before she comes to labor, she gives birth; Before the pains come upon her, she safely delivers a male child. (Isaiah 66:7) She gave birth to a son, a male child, destined to rule all the nations with an iron rod. (Revelation 12:5) Therefore the Lord will give them up, until the time when she who is to give birth has borne. (Micah 5:2) "I will raise up for David a just shoot; he shall do what is right and just in the land... Never shall David lack a successor on the Throne of the House of Israel. (Jeremiah 33:15-17).

People usurping the identity "Jewish" deceive the world with Pharmaceuticals. The Christos Ben H'Adam rises up to form a nation as one person in a single moment. The Rosicrucian Jesuits controlling the G7 try to prevent the nation because their fake religion is fabricated hogwash, and they fear this exposure. But it just exposes that they are, in fact, the bad guys killing Holy People for power. Spoiler alert, God wins. Not rocket science, guys. A whole book is written on it. I can read it to you if you like... ☺

The Beggar King,

*Josh Caput*

Jack Carpenter 45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
17 JAN 2025 PM 2 L
MANATEE

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette blvd, 5th Floor
Detroit, MI
48226

48226-277758