US vs Jack Carpenter
Case No: 23-20152
Dishonorable Mark A. Goldsmith

FILED
FEB 03 2025
CLERK'S OFFICE
DETROIT

Mr. Goldsmith,

    Since President Biden pardoned Dr. Fauci and the Chairman of the joint chiefs of staff the media has covered that Eco-Health Alliance was receiving funding for gain of function research in Wuhan Labs, that the NIH was providing this funding. FOIA requests show that DARPA was asked by Eco-Health Alliance to "intentionally release a human engineered coronavirus into the bat population of China."

    Let us ask Ms. Carlson if it is "common sense" that a group of people released a human engineered biological weapon so that they can "sell the cure" to governments as a con to raise funds for a war would "target" the person exposing treason and international terrorism, with a bit of crimes against humanity.

    The definition of "threat" precludes "declarations of lawful force" and "lawful force" is defined as: "violence used for preservation of the peace or to prevent the commission of offenses."

    I issued a declaration of lawful force against people committing treason and international terrorism as a means to prevent the furtherance of these crimes. This is a clear legal theory that means that I did not possess the requisite mens rea for the offense charged. I've explained this numerous times.

    "Acquiescence requires that the public official, prior to the activity, have awareness of such activity and thereafter breach his or her legal responsibility to intervene and prevent such activity. That does not require actual knowledge or willfull acceptance. Awareness and willfull blindness will suffice to show acquiescence." You remember me writing that in my first letters? That is the definition of acquiescence for crimes against humanity. You have "Acquiescence" in a scheme to cover treason, international terrorism, and crimes against humanity. As have Ms. Carlson and Mr. Moon, as well as Dawn Ison and Sean Nichols. It is a matter of public record.

    Also, every case where a District Court judge decides a defendant cannot "assist in one's defense" when defense counsel argues they can is eventually overturned. The judge "clearly errs" (or in your case maliciously denies the right to trial under color of law) when they conclude that defendant cannot assist counsel when counsel argues defendant can, because counsel has a legal requirement to inform the court that defendant lacks competence.

So if I was actually incompetent, you would be required to disbar Mr. Nogues for arguing I was competent. It appears to a casual observer that you knowingly participated in a scheme to "discredit the messenger" that was exposing treason, international terrorism, and crimes against humanity.

I am sure that you just made a mistake, just like you "accidentally" ignored Counsels conflict of interest for 14 months. I hope whatever you got from this was worth it.

*Joel Cypulski*

Jack Carpenter 45173510
**Medical Center for Federal Prisoners**
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
29 JAN 2025 PM 3 L

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette blvd. 5th floor
Detroit, MI
48226

48226-277758