USA v Jack Carpenter
Case No: 23-20152
Dishonorable Mark A. Goldsmith

3

FILED
FEB 03 2025
CLERK'S OFFICE
DETROIT

Department of injustice,

While we continue to pretend that though I understand the proceedings against me but lack the ability to consult with counsel to assist in my defense, let us discuss a few things.

There are two standards of competency, the ability to proceed pro se, and the ability to go to trial. Competency to stand trial is a lower standard of competency than the ability to proceed pro se. To be competent in the ability to stand trial is to possess the capacity to understand the proceedings, and the capacity to consult with counsel to assist in one's defense. To assist in one's defense is the capacity to understand whether to waive the right to counsel, plead guilty or to go to trial, waive the right to a jury, to decide whether or not to cross-examine witnesses, and to decide whether or not to testify in one's defense.

So far I have: expressed a desire to proceed pro se; entered a plea of not guilty; do not wish to waive the right to a jury; have exercised the right to cross-examine Dr. Nybo, and instructed Mr. Nogues on what questions to ask him; and have testified in my defense.

This is on top of the record reflecting that Mr. Nogues stated, on record:
- "We disagree on the law, but those disagreements are rational"
- "He is predicting the government's arguments, and filing rebuttals before they make them, clearly he is competent."
- "I am competent in his ability to proceed pro se." (Which is the higher standard)

ECF 57 pgId 301-302 is Mr. Nogues explaining he disagreed with the challenge to competency, and that I filed a "non-frivolous" appeal pro se.

As explained in multiple filings and letters, which I hope waste your time and you find irritating, that the District Court clearly errs when ruling the inability to assist with defense when defense counsel argues the ability exists. Clearly defense counsel is best situated to determine if defendant is able to consult with counsel.

But this is no error. Like Mr. Goldsmith ignoring the conflict of error explained by Mr. Nogues in ECF 57 pgId 301-302, the actions of Mr. Moon and Ms. Carlson, Mr. Goldsmith, and Mr. Nogues are to delay the proceedings while preventing me from proceeding without counsel to be able to force the Court to address the challenge to jurisdiction.

I am having the Exact same issue in a State Court where the judge ignored a court rule requiring a hearing within 56 days, and refused to schedule a hearing for 18 months. When he finally had a hearing, he claimed I was "lost in custody", despite the Court signing for certified mail with the return address, and then delayed the case until November 6th, 2024, one day after the election. Then the hearing was cancelled on November 6th, 2024, and I was shipped to Springfield, MO on November 7th. Then placed in solitary confinement, and my legal paper work siezed.

The U.S. Supreme Court manufactured immunity out of thin air for Biden and Trump, and on January 20th, 2025 Biden granted immunity to the Chairman of the Joint Chief of Staff and Dr. Fauci. All of the people I accused of intentionally releasing SARS-COV-2 as a pretext to launder money for a Zionist Holy War in the middle east.

These delays and smear campaign are clearly to prevent public awareness of these provable allegations while the criminals are shielded, and a narrative of "crazy antisemite felon" can be created for controlling the Overton Window in public opinion. Mr. Trump, is the Presidential limo really nicknamed, "the Beast"? Fitting, God has jokes.

When I exposed that SARS-COV-2 was released on purpose as a means to generate funds for a Zionist Holy War, I triggered an abuse of "National Security" to hide crimes against humanity committed by Traitors in the U.S. government loyal to Israel. Hence, I must be discredited.

"The smear campaign is vile. But it ends up bad for them, not you." - Astraea5d Tarot reading about your idiot plan.

If you call a dog, "CAT", it does not make the dog a cat. Who are the fake Jews in Revelation 2:9; 3:9? If I call a country "Israel", it does not make it Biblical Israel.

While Manchurian Candidate Traitor Trump instills his Israel first traitors into positions of power through the "advise and consent" process of the Congress who as Trump explained on 60 minutes in 2016, "The Jews run Congress, and rightfully so," let us consider Luke 17:24-30 and Revelation 6:12-17 and that the use of a biological weapon, like SARS-COV-2, legitimizes the use of nuclear weapons. *Joel Capady*
idiots...

Jack Carpenter
45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
23 JAN 2025 PM 3 L

U.S. MARSH...

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th floor
Detroit, MI
48226

48226-277758