Eastern District of Michigan
Southern Division

POOR QUALITY ORIGINAL

FILED
MAR 18 2025
CLERK'S OFFICE
DETROIT

3

U.S.
v
Jack Carpenter

Case No: 23-20152
Mark A. Goldsmith

## Motion for government to produce items for discovery

Under Federal Court Rule (FCR) 16(E)(i) defendant requests the prosecution produce the following items or documents in their possession:

1. Purchasing Contract with Pfizer for the Covid-19 MRNA injections
2. Settlement between the US and Pfizer when the government announced it was breaking the contract and ending the emergency
3. Emails from the CDC released under the Freedom of Information Act that discuss removing the words "prevents infection" to replace them with "prevents disease" or any related conversations so that non-immunization therapeutics can be called "vaccines" when they do not create immunity, such as Pfizer's Shingrx injections since shingles is the reactivation of a suppressed ongoing infection from the virus that causes chicken pox.
4. The original rejection letter for the patent for mRNA injection technology explaining why it is "not a vaccine".
5. The flight log for the US military or National Guard helicopter flown over defendant's house on 11-11-2022.
6. The name of the State Department employee that defendant spoke to on the call placed from Defendant's phone where it is CLEARLY EASY TO VERIFY DEFENDANT CALLED!
7. Any classified US State Department documents regarding defendant starting from 11-11-2022. (start with the employee with top secret clearance caught trying to delete classified material.)

8. Any classified material related to Eco-Health Alliance and the purposeful release of a human engineered coronavirus into the bat population of China. Include the FOIA statement from DARPA regarding EcoHealth Alliance's request for funding to do that.

9. Any emails between AUSA Hank Moon, Frances Carlson, their staff and the US Attorney General discussing the need to end the competency evaluation on Sept. 25, 2023 because of appeal 23-1661 having a brief due on Sept. 25, 2023 and Defendant ignored counsel saying they were going to delay it. Since they needed the evaluation over to argue that "the appeal was moot since it ended."

"Delusional" conspiracy theories, and what-not.

Of course Counsel will let the Court dismiss this without determining it's merit, thus protecting the AUSA's case, but that isn't an indication of involvement in a cover up. ☺ Clown World.



Jack Carpenter # 45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd. 5th floor
Detroit, MI
48226

RECEIVED
MAR 18 2025
CLERK'S OFFICE
U.S. DISTRICT COURT