3

Case No. 23-20152
Mark A. Goldsmith

POOR QUALITY ORIGINAL

F I L E D

MAR 18 2025

CLERK'S OFFICE
DETROIT

Criminals operating the Dept of Injustice,

Well, because the lawyer assigned to my case was playing the role where they pretend to defend me while preventing my defenses from being heard on the merits and ensuring the government wins the arguments it wants to win. All while not allowing any evidence I was, in fact, targetted and followed around the country. While refusing to verify the computer code in my Google account shows that the "Q" user from Qanon movement was telling people to "Find the [map], Find the [key]" which are instructions to unveil hidden messages in the HTML of a webpage. That after I sent an email to the joint-chief of staff claiming to be a prophet, the "Q" user ended a year of silence to say:

| "I am not a prophet, | "Find the [map] | |
| You are not a prophet, | Find the [key]" | |
| We are not prophets, | | |
| Stick to the plan." | | |

With the code are various screenshots of the messages hidden in the HTML, including the one trying to entice me into calling a 1-800 # to get in contact with "Q", a self-proclaimed patriot in the US military with "Q level security clearance", which is ~~XXXX~~ Dept of Energy clearance trying to "Drain the swamp". But the 1-800 # was the suicide prevention hotline. So if I called it, I would generate evidence I called the suicide prevention hotline, then hung up.

Instead of calling, I posted that code, the screenshots of the hidden messages, and the emails to the joint-chief of staff on Twitter. Within hours, my Twitter was shadow banned.

But because the lawyer assigned to my case prevented this from being a proven fact, and allowed a "corrupt prison counsellor" (as named by the Tarot readers who call J.P. Nogues "Judas" because he is pretending to work for me while working against me) to declare

an easily proven, easily replicated fact that anyone with the most basic web skills can verify is a fact, a "delusion".

Because of that, we embarked on a course where refusing to acknowledge a "verifiable fact" is "not a fact", the government is going to argue that I need to be forcefully medicated.

Do Note That I Also Predicted This In letters to the Court BEFORE I was declared Incompetent by a corrupt judge.

This will happen roughly the same time as a U.S. Supreme Court Filing where a Foreign Nation verifies my 28 USC §1604 argument is valid, and the U.S Govt is using the competency procedure to hide it, and violate the Law of Nations

The spotlight on the fact that all of this started because Zionists released SARS-COV-2 through Eco-Health Alliance to generate panic to steal U.S. Taxpayer money, and all of it started from an Executive Order signed by Donald Trump in September of 2019, and the DOJ under the Biden Admin was hiding this to AID trump.

When I am found by the Lawyers of this foreign nation, I am medicated into oblivion, and unable to think coherently.

Starts with forced medication, and ends with forced medication. I guess I will see you all on the other side.

The beggar king,

Jack Carpenter #45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Clerk of the Court of

Stephanie "Mike" Goldsmith
231 W Lafayette blvd 5th Floor
Detroit, MI
48226

48226-277758

RECEIVED
MAR 18 2025
CLERKS OFFICE
U.S. DISTRICT COURT

FREEDOM
FOREVER/USA