US v Jack Carpenter
Case No: 23-20152
Mark A. Goldsmith

2

FILED
MAR 18 2025
CLERK'S OFFICE
DETROIT

Pam Bondi,

I saw you on T.V. for the first time the other day. Want to see a neat trick? Search my letters for the phrase, "Hello Blonde Lady", and note that is to you before Donald Trump was in office, and before Matt Gaetz was selected for your current job. Many things I have said are going to come true in rapid succession.

Your immigration stance is legally ~~incorr~~ incorrect. A State can make any alien or class of person a Citizen of a State that is not an Article 4 "Citizen of the Several States" or a 14th Amendment "US citizen". Even a person the Federal Govt prohibits from being a US citizen.

There are 3 types of Citizens in your broken system:
1. State Citizen - Rights determined by the State, do not extend outside the State
2. Citizen of the Several States - A State Citizen at the founding or when a State was adopted by Congress, and Descendants of these Citizens
3. US citizen - Freed Slave or alien naturalized as a citizen of the 10 sq miles of Washington, DC and territories, and descendants of these Citizens

Trump is right about Birthright citizenship though. Category 2 Citizens are only created by adding new States or through "an Uniform Rule of Naturalization" which Congress never made. Category 3 must exclude Category 1 and 2.

Your daily lesson on Constitutional law by the incompetent guy that all your intelligence agencies as well as Israel's intelligence agencies know EXACTLY who I am, and I concern them.

There is going to be a filing soon that all of you will freak out over. Just wanted to give you a heads up, and send one last letter to the Pope.

The beggar King,

Jack Carpenter

