US v Jack Carpenter
Case No: 23-20152
Mark A Goldsmith

Mr. President,

"I envision world people living there. The world's people. I think you'll make that into an international, unbelievable place. I think the potential for the Gaza strip is unbelievable and I think the entire world, representatives from all over the world, will be there, and they'll live there. Palestinians also, Palestinians will live there. Many people will live there." - Trump.

You were negotiating. Well, you put me in an information black hole. The international area has to be Jerusalem. It belongs to no one, and everyone. The city where the word of HWAHYA comes from is not Gaza. When this is over, the lines will redraw themselves. This is about political control over what rules are for people within a geographic area, and which special interests control that or have direct influence in those rules. In that struggle it is forgotten that it is the people in the land itself where that right and power belongs, not the groups wielding the power.

HAMAS doesn't represent the people any more than Netanyahu and his far right terrorists represent "Israel" nor Democrats or Republicans represent Americans. They represent the interests of the "Leadership" at the expense of the people. This is what must change in the end. You are servants of the people, not leaders. This is either forgotten or not understood.

Jerusalem's purpose is to declare the people's rights, and to hold to account the servants who violate those rights. An elected coalition of members of all governments to determine what those rights of world citizens are, and a King/Queen to ensure that body does not conspire to enslave the world. I'm just here to pave the way. The lone voice to call out: "In the desert, prepare the way of HWAHYA! Make straight in the wasteland a highway for the god of Israel (King of Israel)."

I've said many times, the prophecy is that my daughter is the one who settles disputes between nations.

"Raise a glad cry, you barren one who did not bear, break forth in jubilant song, you who were not in labor, for more numerous are the children of the deserted wife than the children of her who has a husband, says HWAHYA."

"Her child was caught up to God and his throne."

My purpose is served in Appendix II of the filing at the US Supreme Court. Watch the effects of that seed while the District Court debates "Piercing" me with injectible psychotropic medication for stating truths to the blind and deaf.

I am merely a messenger. You can listen or not. But the refusal to has severe consequences attached. I am not here to negotiate nor debate.

The beggar King,

*[signature: Jack C...]*

Paul Carpenter #45713-510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

RECEIVED
MAR 27 2025
CLERK'S OFFICE
DETROIT

SPRINGFIELD MO 658
21 MAR 2025 PM 3 L



Clerk of the Court of
Mark A. Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th floor
Detroit, MI
48226

48226-277759