Case No: 23-20152

Mark A. Goldsmith

F I L E D

APR 24 2025

CLERK'S OFFICE
DETROIT

Pam Bondi,

Hello blonde lady. I see the DOJ made an "administrative error" by deporting someone not subject to deportation. The purpose of arrest is to bring a person to the magistrate to ensure they are in the category of person and subject to the law that the executive claims. To simplify things, the Executive Branch cannot act unless the Legislative Branch declares a law into existence. The Executive Branch must then, unless necessary to prevent harm, ask the Judicial Branch for permission to act. Then once the Executive does act, the Judicial Branch reviews the action. If this is a criminal process, then the Citizenry is asked for permission to proceed.

Create law → Request Warrant → Arrest → Judicial Review → Grand Jury
But since immigration is civil, as required by treaty, the last step is not needed. The reason for Judicial Review is that all arrests are, at default, unlawful until proven otherwise. Unless dire circumstances dictate otherwise, the Executive Branch must seek permission of the Judicial Branch both before and after arrest. This is called checks and balances. I watched you argue that a judge blocking the Executive Branch from trying to pretend the process is:

Create law → Arrest → Deport to El Salvador → Whoops! Administrative Error!
is "Judicial Activism". That is absurd. It is clearly a coordinated effort to try to normalize an Executive Branch not subject to review by using populism. These games blow up in your faces.

You are about to be served a legal argument. You will probably get it before this is filed.

Fox News: CIA declassifies that it uses psychics and used Remote Viewing to find the Ark of the Covenant.

I notice you wear that idol on your neck, the one that signifies you think Jesus is "the Lord", but don't really understand that "the Lord" is not "the Creator" but is the "first-born of all Creation" who reincarnates in the line of David. The mediator between God and humans, the nabi, a successive authority on earth.

"Remember when [the Creator] said to the [Spirit Princes], 'I am going to place a successive ruler on earth'" ... "And remember when [the Creator] said to the [Spirit Princes], 'Bow down before Adam'" (Qu'ran 2:30-32) "[The Spirit Prince Wisdom] preserved the first-formed father of the world when he alone had been created, and raised him up from his fall and gave him power to rule all things." (Wisdom 10:1)

Adam was the first Addonai, the first nabi, the first god (King), the first baal (lord). The first god (King) of gods (Kings), baal (lord) of baals (lords). The Spirit Prince of Wisdom named HWAHYA made flesh. Jesus was an incarnation of HWAHYA, but not the first, nor the last. HWAHYA is the one who is, who was, and who will be to come. We are never without the Addonai.

"When [the Creator] assigned the nations their heritage, when He parceled out the descendants of Adam, He set up the boundaries of the peoples after the number of the [Spirit Princes]; While HWAHYA's own portion was Jacob, His hereditary share was Israel." (Deuteronomy 32:8) "Then the Creator of all gave me His command, and He who formed me chose the spot for my tent. Saying, 'In Jacob make your dwelling, in Israel your inheritance.' Before all ages, in the beginning, he created me, and through all ages I shall not cease to be." (Ben Sira 24:8-9)

HWAHYA is the Spirit Wisdom, the first of creation, made flesh in Adam, and reincarnating in the line of Jacob, the line of David, the line of Jesus. The Spirit Prince" of Abraham, Jacob, and Moses. Formed by the Creator, but not the Creator. His voice.

So, blonde lady who I said hello to before you were considered for AG, but I knew would end up reading my case, the government is admitting psychics exist and they employ them, let us discuss this Ark of the Covenant thing...

"They will in those days no longer say, 'the Ark of the Covenant of HWAHYA,' They will no longer think of it, or miss it, or make another. At that time they will call Jerusalem 'HWAHYA's throne'; there all nations will be

gathered together to honor the name of HWAHYA at Jerusalem, and they will no longer walk in their hard-hearted wickedness." "On that day I will make the Princes of Judah like a brazier of fire in the woodland, and like a burning torch among sheaves, and they shall devour right and left all the surrounding peoples; but Jerusalem shall still abide ▓ on its own site. The tents of Judah shall be saved first, that the Glory of the House of David and the glory of the inhabitants of Jerusalem may not be exalted over Judah."

The Ark of the Covenant is unimportant. There are 3 nations mentioned there:

1. Judah (currently called "Israel")
2. House of David (Kingdom of Heaven currently called "Michigan")
3. Jerusalem

Jerusalem is a "City State" with it's own local government, but also a government that represents all nations, with a King at the top. That King is the Addonai, the incarnation of HWAHYA. King is the improper word as that implies "male", but there is no such sex restriction on the incarnation of a "Spirit Prince" or more accurately "Spirit leader".

Talk to your boss. I am so very tired of explaining things to no avail. Do what it says or don't. There is a whole book explaining what happens if you don't. I am out of patience, and frankly concern as well. Do as you will, and we will see where the chips fall.

Jade Carpenter #45173516

**Medical Center for Federal Prisoners**
P.O. Box 4000
Springfield, Missouri 65801-4000

RECEIVED

APR 24 2025

CLERKS OFFICE
DETROIT

SPRINGFIELD MO 658

Clerk of the Court of
Mark A. Goldsmith

231 W. Lafayette blvd. 5th Fl

Detroit, MI
48226

48226-277758