U.S. vs Sean Carpenter
Case No: 23-20152
Mark A. Goldsmith

FILED
CLERK'S OFFICE
MAY 09 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

3

Vatican Secretary of State / Interim head of the Rosie Cross,

I filed a notice of intent to appeal where I stated: "Marko Rupnik is the Jesuit stone mason who created the Georgia Guidestones. What flavor of Jesuit am I dealing with? Are you all Knights of Columbus or a mix of different groups?" This was followed by the Knights of Columbus announcing they were covering all his stone mosaics at their shrines. I filed this in the case, so we can dispense with the pretended illusion the Catholic Church is not paying attention to what I do or say. On 4-23-25 a Deacon attempted to explain "the Trinity" and how he has the Holy Spirit. This was at ~3:30 pm. Both of these are wrong.

Mr. Goldsmith and Mr. Moon, see U.S. v Perkins 99 F. 4th 804 (2024) and the First Amendment. ("Expressions of religious thoughts [are] not symptoms of a psychotic disorder rendering a defendant incompetent despite conflicting expert evidence. See U.S. v Wix, 416 F. App'x 338, 341 (5th Cir 2011)") You are not the arbitrator of religious beliefs or their "rationality". To put it simply, and bluntly.

Mr. Deacon: Verse 2 of Genesis 1 says "a mighty wind swept over the waters" not "and the Spirit of God". The first-born creation, HWAHYA (הוֹאהיא), the Spirit of Wisdom was created when Elohim said "let there be light". Then when the earth was void and formless, no plants or animals, He breathed the ruach HWAHYA into Adam which gave him power to rule all things (Wisdom 10:1). Adam was then presented animals, which were made for Adam, to name them. Then Humans were made in the image and likeness of the son of God (Luke 3:38). Adam was not Elohim. Adam was HWAHYA made flesh, Elohim's only begotten son. A son not called HWAHYA until after Seth was born, and Enosh was born to Seth (Genesis 4:26). After a time, the "Sons of God" or "Descendants of Adam, the son of God" mixed with humans, and Elohim assigned a Descendant of Adam as the "Spirit Prince" of the nations. Catholics falsely believe these to be "guardian angels" assigned to each nation and tongue. Sometimes these are portrayed as "Pagan gods".

You can see that Elohim is not HWAHYA, and that HWAHYA was assigned a nation in Deuteronomy 32:8-9 and Ben Sira 24:8-9. For clarity:

"When [Elohim] assigned the nations their heritage, when He parceled out the descendants of Adam, He set up the boundaries of the peoples [humans] after the number of the

sons of God [who are the descendants of Adam, the only begotten son of God]. While HWAHYA's own portion was ~~Jacob~~ Jacob, his hereditary share was Israel." "Then the Creator of all [Elohim] gave me his command, and he who formed me chose the spot for my tent, saying, 'In Jacob make your dwelling, in Israel your inheritance.' Before all ages, in the beginning, He created me, and through all ages I shall not cease to be."

Elohim is the Creator of All, and HWAHYA is the first-born creation, the Spirit of Wisdom in Proverbs 8, artisan with the creator. This distinction is again explained in 1 Corinthians 8:5-6 and 1 Timothy 2:5.

In the NABRE notes it explains: "The Word (Greek Logos)...combines God's dynamic creative Word, personified Wisdom and the ultimate intelligibility of reality." and "Was God: lack of a definite article with 'God' in Greek signifies predication rather than identification." The first is wrong for John 1:1, the latter is correct. The Word is not Elohim, but his nabi'. His voice, his mediator. Moses was a nabi', Yeshua was a nabi, Elijah was a nabi., etc. etc. etc. As is explained they are "a type of Christ". But, in truth, they were "the Christ" of thier generation. The Prince of the covenant in hypostatic union with HWAHYA, the Spirit of Wisdom.

"For all the peoples walk each in the name of its [Spirit Prince], but we will walk in the name of HWAHYA, our [Spirit Prince], forever and ever." (Micah 4:5) "Before you they will fall prostrate, saying in prayer: "With you only is [the Spirit Prince], and nowhere else; the gods are naught. Truly with you [the Spirit Prince] is hidden, the "god of Israel", the savior." (Isaiah 45:14-15)

See Deuteronomy 18:13-19 for the number of nabi who exist at a time. Elohim speaks to the nabi through HWAHYA in hypostatic union with the Ben H'Adam, the Son of Adam, in the line of Jacob. No one else, as disussed with Moses. HWAHYA is with a single person alone, and that is the Addonai, who is not Elohim, the Creator. Please stop false teaching. Matthew 11:27 who knows the Father?

*Joeh Ce[signature]*

Jack Carpenter # 45173-510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette blvd, 5th floor
Detroit, MI
48226

RECEIVED
MAY 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT