3

Case No. 23-20152
Mark A. Goldsmith

Elizabeth,

You were assigned to my case for a short time before. Mark Shapiro, the Jewish lawyer that had the same charge as me for getting drunk and making phone calls spoke highly of you. Midland County placed us in the same cell for a bit. He said I should go to law school when this is over as I was more knowledgable about the law than him. You are a two of swords - courage, friendship, concord in a state of arms.

I filed at the U.S. Supreme Court a writ of mandamus petition. In it I detail my claim regarding "Q", "Qanon", and the Intelligence Community. The U.S. Supreme Court and the Office of Solicitor General received a copy on March 31, 2025. On April 4th (or maybe the 6th, I forget which) the Head of Cyber Command, offensive and Defensive, was fired. The Director of the NSA, Deputy Director, a handful of others. Shortly after several people at the Pentagon were fired. This is related. They fired "Q" and "Laila the Wordsmith", the latter was using the "merriam webster word of the day" app on the tablet at Midland County to manufacture evidence of "delusions of reference", because claiming people are sending messages in an app is "crazy talk". The claim with "Q" is provable and replicable, as is the "targetting".

Entertain for a moment the possibility that my jurisdiction argument is legally correct, as well as the claim that the U.S. government released COVID as a military operation similar to the Iran Contra scandal where the CIA took Israelli guns, traded them for cocaine to the cartels, then flew the cocaine into the US while running "Just say no to drugs" campaign. All while arresting all non-government sanctioned drug dealers to control the price, to pay for a war no one but the White House wanted.

Imagine what Colonel Oliver North would have been capable of doing to a person that caught him dealing drugs to Americans to pay for a war. Imagine what Zionist loyalists in the Intelligence Community would do to a person that caught them releasing a biological weapon to justify "operation warp speed" to launder tax money to recreate "Biblical Israel" and establish puppet governments in Yemen, Lebanon, Syria, and Iran after 911 was used to overthrow Iraq, Lybia, and Afghanistan.

Words to concentrate on:
"Present Ability" - Right now, not 25 month old texts/tweets
"Reasonable degree of Rationality" - Define Reasonable
"Assist in one's defense" - A defense is not even required, so what does this mean?

J.P. was supposed to restrict the psychologists from having access to anything in the case, before arrest, etc. Their role is not to assess if I have a mental illness and "presume" the illness may affect "rationality". Their role is to test if I have a "present ability" to consult with counsel and assist in my defense with a reasonable degree of rationality and a "present ability" to understand the proceeding.

This was never done. Also, case 23-1661 should have been an interlocutory appeal that triggered the collateral order doctrine and the government moved for evaluation "to establish a reasonable belief." Instead the appeal was placed in Abeyance. As a result I have been incarcerated for 25 months when a recommended sentence would be 0-6 months. In addition to being placed in solitary confinement for 105 days to torture me into "voluntary medication", I have been punished absent due process.

These are softball arguments. What has Judas been doing for 25 months besides getting in the way?

*Jack Caputo* (signature)

(Pssst, Mr. Goldsmith, this is me consulting with counsel to assist in my defense with a reasonable degree of rationality. ☺ )

Jack Carpenter #45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette blvd, 5th floor
Detroit, MI
48226

48226-277758

RECEIVED
MAY 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS