3

Case No: 23-20152
Mark A. Goldsmith

Mr. Moon,

So this is recorded on record: An inmate I will refer to as Shawn was found "not guilty by reason of insanity" for murder. Meaning he admitted to murder but was insane at the time. He spent 1 week in solitary confinement. Another inmate Vigil admits to an armed robbery and shootout with police where he was ultimately shot then found incompetent and insane (but he is clearly competent under Dusky). Vigil spent 1 week in solitary confinement. I sent a Tweet declaring the use of force that may or may not be justified under the legal theory that force is lawful to stop the ongoing commission of felony crimes against persons. I was placed in solitary confinement for 65 days. This is "F pod".

C pod is solitary confinement for alternating days of 23 hrs and 21 hrs. Shawn skipped C pod as far as I am aware, and Vigil was in C pod for ~30 days. I spent 40 days.

During this time, other than once a week a psychologist walks by to ask: "Do you hear voices? Do you want to hurt yourself or others? Do you want medication?" I was ignored. Between moving from C pod and F pod I had a short interview where I was asked a few questions about plea deals and forms of pleas. Oddly I had to teach this facility that "Not guilty by reason of insanity" is not a plea, but an affirmative defense. They've been teaching that there are 4 types of pleas: Not Guilty; Guilty, Nolo Contendre; Not Guilty by reason of insanity. I had to explain Federal Rules of Criminal Procedure 11(a)(1-3) and 12.2, where 12.2 explicitly states "insanity <u>defense</u>". As is typical for this place, the staff request went into the void to never get a response.

At 105 days of being ignored I was told I was "not restored" and the facility was moving to force medicate. In speaking with the case manager as to why I was in solitary confinement for so long after 18 months in low security the response was that people are not allowed out of F pod unless they "voluntarily" take medication. Other inmates warned that not "voluntarily" taking medication means a finding of incompetence and they try to force medicate you. That if you want to get out of here, just "play the game", and oddly two staff members (Guards) say the same thing.

After the hearing to determine that I can't be force medicated claiming I am a danger to myself or others, I met with the psychologist for the second time where there was nothing related to tests ~~needed~~ to ~~~~ "assist in one's defense with a reasonable degree of rationality." I was, however, told that she had no interest in any evidence that my beliefs are provable fact, not delusions. So that was "productive".

One full month after the four month period ended I was taken to a different doctor, Dr. Rice. In that meeting I was explained that "doing the right thing by exposing corruption, even if at a personal cost" was a mental illness. Also that I should take medication because "It may make [me] 'roll over', stop fighting my case, and go on about [my] life." In reviewing case law on Sells hearings, it seems this facility gives a canned response that "works" to get courts to authorize forced medication. Part of that is that "most defendants forced to medicate generally plead guilty after restored to competency." I asked the Warden if that is why this facility medicates people. The answer is "yes", but I won't receive a response.

This facility took my legal paperwork for 105 days and has opened every single piece of legal mail I've received ~~~~ since I arrived. They also copy it, so that is cool.

The "justice" system. ☺

Jack Carpenter # 45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658

U.S. MARSHALS

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette blvd, 5th floor
Detroit, MI
48226

48226-277758

RECEIVED
MAY 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

