3

Case No: 23-20152
Mark A Goldsmith

Mr. Goldsmith,

I have three ways I am moving to push the Court to answer the question of jurisdiction which you simultaneously have not given an opinion on, but also have declared a delusion. That is logically impossible, but the state of things, as absurd as it is. Defense Counsel is not amicus curae, but they are acting that way, and you used this violation of the Code of Proffessional Conduct as "evidence" the argument is a delusion. But, to stop beating a dead horse:

1. U.S. Supreme Court Writ of Mandamus Petition
2. Western District of Missouri Habeas Corpus Petition
3. Suing you for $1.00 so you have to claim absolute immunity, but I argue the exception to this is that the Court never had jurisdiction over case 23-20152 to begin with.

I find the third one the most amusing. ~~[redacted]~~ As a legal minded person I figured you would appreciate the ability to think rationally but outside the box on that. Hard to say I dont meet the "High bar" of incompetency while pulling ideas like that out of the hat. But I guess we will try anyway.

Pam Bondi,

It would be easier to admit the mistake, and then take the high road of bringing back those two plane loads of people to give them the Court hearings the law requires, even if the correct legal result was reached. But instead we get to watch "the party of law and order" use shame, blame-shifting, false logic, etc to avoid admitting fault. Nothing like watching behavior consistent with cluster B personality disorders, specifically "Overt narcissistic personality disorder" being called "politics". Btw, I told you so. Also, keep trying to suppress the people supporting the semitic Palestinians against semitic Zionists blowing up hospitals, and watch exactly what you fear become manifest. I said this will result

in people hunting Zionists around the globe. Netanyahu and his crazy terrorists are a liability for Jewish people. Israelli Manchurian Candidate Trump is going to have to deal with his boss at some point. Using the same tactics you all used to implement DEI in colleges and Universities to suppress support for Palestine by calling it antisemitism is going to fail miserably. Biblically epic failure, in fact.

You want to know who owns you, ask who you can't question. Can you boycott America and get a Pentagon Contract? Yes. Can you boycott Israel and get a Pentagon Contract? Absolutely not you horrible Nazi Antisemite!!! ☺ Clowns.

Quit being absurd and ridiculous. ███

"He gets kicked out of a prestegious group it is almost impossible to get kicked out of."

Just remember. You play silly games, you win silly prizes.

"Trump Whitehouse claims Supreme Court ruling on deporting immigrants is a win!" followed by "Emergency Appeal for Criminal Contempt of Court ruling".

If only someone said that was going to blow up in your faces. Lol. Like watching a train wreck.

*Josh Cypert* (signature)

Jack Carpenter # 45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

U.S. MARSHALS

SPRINGFIELD MO 658

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette Blvd, 5th Floor
Detroit, MI
48226

48226-277758

RECEIVED
MAY 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT