US v Jack Carpenter
Case No: 23-20152
Mark A. Goldsmith

4

FILED
CLERK'S OFFICE
MAY 09 2025
U.S DISTRICT COURT
EASTERN MICHIGAN

The Conclave,

In Job it is clear that as it says in Deuteronomy 8:16-18, 4:29-31 that God will cause great distress as a test to refine your soul as a part of his plan so that you seek him with all of your heart and soul. The story of Joseph shows that he will do this to place you where you need to be to save others. Isaiah shows that you are formed in the womb for a purpose, and proverbs 16:4 explains that this is true for those who commit evils as equally as it is true that he forms those for good. Proverbs 16:1,9, Revelation 17:17 and the story of Moses and Pharaoh show that HWAHYA directs the thoughts, plans and destinies of all.

In Exodus 7:1 HWAHYA tells Moses, "See! I have made you as God to Pharaoh, and Aaron your brother shall act as your nabi." But God intends for Pharaoh to be arrogant and ignorant, leading those who obey him to destruction. What is the purpose of this suffering in slavery, to be freed with trials and distress? The story to be used to shape the morals of those who come after. It invokes disgust at mistreatment and instills hope and trust in Elohim to those who hear it. HWAHYA bonds with Moses in hypostatic union to become the nabi for Elohim, he becomes a Christ. Aaron becomes a nabi for the Christ.

"On that day, HWAHYA will shield the inhabitants of Jerusalem, and the weakling among them will be like David, and the house of David godlike, like an angel of HWAHYA before them." (Zechariah 11:8) "A nabi like [Moses] will HWAHYA, your god, raise up for you from among your own kinsmen; to him you shall listen." (Deuteronomy 18:15).

Moses was made "as God" to Pharaoh, to speak as the Word of Elohim to Aaron. But Moses was not omniscient. The Ben H'Adam is not God, the Christ is not God, the Messiah is not God. It is HWAHYA made flesh, the Word of Elohim made flesh. The "God of Israel" is not "the Creator Elohim". Elohim created all of the gods, the "god of Israel" is his nabi. The "god of Israel" made flesh is not "the Creator of all" made flesh. All the gods are flesh, reincarnating to aid the Nephilim to understanding good and evil. The Nephilim are the result of mixing Genesis 2:7 descendants of Adam (Ben H'Adam, Son of Man) with Genesis 1:26 Humans. After the flood of Noah, there are only Nephilim.

After the Flood, the souls of the pure descendants of Adam were reincarnated, and as they were, each formed a new "nation" or set of souls for which they are responsible for. Adams soul, HWAHYA, the Spirit of Wisdom, the first-born of creation, the Word of God, the nabi for Elohim, the first of the sons of God, the god of gods, the Baal of baals, the King of kings, the Lord of lords, was assigned to Jacob. "Who has crossed the sea and found her [, the Spirit of Wisdom,] bearing her away instead of choice gold? None knows the way to her, nor has understood her paths. Yet He who knows all things has probed her by his knowledge — He who has established the earth for all times, and filled it with four footed beasts... Such is our God; no other is to be compared to him: He has traced out all the way to understanding, AND HAS GIVEN HER TO JACOB, HIS SERVANT, TO ISRAEL, HIS BELOVED SON.

SINCE THEN SHE HAS APPEARED ON EARTH, AND MOVED AMONG MEN."

She, HWAHYA, the Spirit of Wisdom, the firstborn of Creation, created in the beginning, and through all ages will not cease to be, assigned to Jacob by the Creator of all says:

"Fear not, my children; call upon God, who will deliver you from oppression at enemy hands. I have trusted in the Eternal God for your welfare, and joy has come to me from the Holy One because of the mercy that will reach you from your eternal savior. With mourning and lament I sent you forth, but God will give you back to me with enduring gladness and joy... My children, bear patiently the anger that has come from God upon you. Your enemies have persecuted you, and you will soon see their destruction and trample upon their necks."

This suffering has a purpose. So the future will know the Creator of all, and be able to recognize the Spirit of Wisdom when she is among you.

So that you don't crucify her on the cross or shoot her with psychotropic medication. So that you listen when she speaks through the Avatar formed for the Creator's purposes.

It is difficult not to be angry at those who abuse others for power and control. It is difficult not to despise the weak-minded fools who do their bidding. But God created them for their purpose, and it is to invite wrath so that your childrens children's children despise any semblance of the same behavior.

The dam has broken. This evil is almost at an end. Like Pharoah, many of you should have listened, but that would have saved you from what the Creator had planned for you. If I were you, I would try to get right with your God.

The beggar King,

Josh Cypert

Jack Carpenter #45173510
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

U.S. MARSHALS

SPRINGFIELD MO 658

Clerk of the Court of
Mark A. Goldsmith
231 W Lafayette blvd, 5th floor
Detroit, MI
48226

48226-277758

RECEIVED
MAY 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT