UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                                          Case No. 2:23-cr-20152-MAG-EAS
                                                                   Hon. Mark A. Goldsmith

Jack Eugene Carpenter, III,

                Defendant(s),

_____/

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear: Jack Eugene Carpenter, III

The defendant(s) shall appear before District Judge Mark A. Goldsmith at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- COMPETENCY HEARING: July 21, 2025 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/Joseph Heacox
                                                            Case Manager

Dated: June 16, 2025