~~United States Court of Appeals~~
~~for the Sixth Circuit~~

United States District Court
Eastern District of Michigan
Southern Division

United States of America

Plaintiff - Appellee

v.

Jack Eugene Carpenter III

Defendant - Appellant

Case No:

Originating Case: 23-20152

~~Case: 25-1581~~

FILED
JUL 29 2025
CLERK'S OFFICE
DETROIT

FILED
JUL 29 2025
CLERK'S OFFICE
DETROIT

## Notice of Intent to appeal :

Defendant wishes to attach dismissal or striking of Defendants
pro-se "Motion to strike government's motion for 18 U.S.C. § 4246
determination" to appellate case 25-1581 as they are related, and
instead of having multiple interlocutory appeals on one issue, it
should be consolidated to one case.

_Jack Carpenter III_
○

US v. Jack Carpenter
Case No. 23-20152
Mark A. Goldsmith,

Letter to the Clerk,

I received a "notice of Intent to appeal" stating it was sent to the wrong court. As the appellate court rules explain that if a "notice of intent to appeal" is sent to the circuit court that it is "sent to the wrong court" and the rules instruct the court to send the notice to the District Court, the District Court is the correct court for the notice.

The "notice of intent to appeal" should be interpreted by the District Court as a "notice of intent to appeal", and by the Circuit Court as a "Notice of Intent to appeal" with a motion to "consolidate the appeal" with an existing appeal. The latter is a choice on their part. As such, this was sent to the correct court, and as a "notice of intent to appeal" the District Court is required to forward it to the Circuit Court.

I have amended the "Court Name" to clarify any confusion. But this notice should be considered filed on July 3rd, 2025 on the date it was post marked.

Thank you,

Jack Carpenter

I have attached the original envelope copy I received as well for the post mark. Thank you again. I apologize formally for any hardship I have caused as a result of the district court abusing the law to deny me a trial for 30 months. I appreciate you following the rules, unlike others involved in this kangaroo process.

P. 2

Jack Carpenter 45173510
Livingston county Jail
150 S. Highlander lake,
Howell, MI 48843

GRAND RAPIDS MI 493

3 JUL 2025   PM 2 L

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette Blvd, 5th Floor
Detroit, MI 48226

48226-277758



RECEIVED
JUL 09 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

U.S. MARSHALS

Jack Carpenter
150 S. Highlander Way
Howell, MI
48843

GRAND RAPIDS MI 493

19 JUL 2025   PM 4 L

Clerk of the Court of
Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette Blvd. 5th floor
Detroit, MI 48226

MARSHAL

RECEIVED
JUL 29 2025
CLERK'S OFFICE
DETROIT

48226-277758