United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 08/28/2025.

**Case Name:** USA v. Jack Carpenter, III
**Case Number:** 25-1581

**Docket Text:**
ORDER filed : We DISMISS this appeal for lack of jurisdiction. Carpenter's motion to stay [7371908-2] is DENIED as moot. No mandate to issue, decision not for publication. Danny J. Boggs, Circuit Judge; Alan E. Norris, Circuit Judge and Eric E. Murphy, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description: Order

**Notice will be sent to:**

Mr. Jack Eugene Carpenter III
Livingston County Jail
150 S. Highlander Way
Howell, MI 48843

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Henry Edward Moon III

**NOT RECOMMENDED FOR PUBLICATION**

No. 25-1581

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 28, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | ON APPEAL FROM THE UNITED |
| v. ) | STATES DISTRICT COURT FOR |
| ) | THE EASTERN DISTRICT OF |
| JACK EUGENE CARPENTER III, ) | MICHIGAN |
| ) | |
| Defendant-Appellant. ) | |

O R D E R

Before: BOGGS, NORRIS, and MURPHY, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction. In 2023, Jack Eugene Carpenter III was indicted on a charge of making threatening interstate communications. The government moved for a competency evaluation, which the district court granted on June 22, 2023. Carpenter filed a notice of appeal, docketed in this court as No. 23-1661. That appeal remains pending.[1]

On May 14, 2024, the district court determined that Carpenter was not competent to stand trial and ordered him committed to the custody of the United States Attorney General for treatment to attempt to restore competency. According to status reports filed in No. 23-1661, Carpenter arrived at the Federal Medical Center in Springfield, Missouri, for treatment in November 2024.

In April 2025, the district court scheduled a status conference for July 2, 2025. On June 16, 2025, the district court cancelled the July 2 conference and scheduled a competency hearing for

---

[1] Carpenter has filed three other appeals of procedural orders that were dismissed for lack of jurisdiction. *See United States v. Carpenter*, No. 24-1149 (6th Cir. Apr. 2, 2024); No. 24-2031 (6th Cir. Jan. 15, 2025); No. 25-1333 (6th Cir. May 7, 2025). Carpenter has also filed a petition for a writ of mandamus in this court, docketed as No. 24-2113, which remains pending.

July 21, 2025. On June 25, 2025, Carpenter filed a notice of his intent to appeal "any decision resulting from the hearing on July 2, 2025." In the resulting appeal, Carpenter filed the same document, which has been construed as a motion to stay any order issued by the district court.

We lack jurisdiction over this appeal. This court can adjudicate only actual, ongoing cases or controversies. *Lewis v. Cont'l Bank Corp.*, 494 U.S. 472, 477 (1990) (citing *Deakins v. Monaghan*, 484 U.S. 193, 199 (1988)). A case becomes moot "when events occur during the pendency of a litigation which render the court unable to grant the requested relief." *Carras v. Williams*, 807 F.2d 1286, 1289 (6th Cir. 1986). "[I]f a case becomes moot, it does not satisfy the 'case or controversy' requirement of Article III, U.S. Const. art. III, § 2," and we lack jurisdiction to decide it. *Id*. Carpenter seeks to appeal any decision resulting from the July 2 hearing that was cancelled by the district court. However, the cancellation of the hearing renders this appeal moot. Moreover, a notice of appeal filed in anticipation of defeat is premature. *Hoeltzel v. Smith*, No. 22-1261, 2022 WL 2352404, at *1 (6th Cir. June 28, 2022) (citing *United States v. Hansen*, 795 F.2d 35, 38 (7th Cir. 1986)).

We **DISMISS** this appeal for lack of jurisdiction. Carpenter's motion to stay is **DENIED** as moot.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk