United States Court of Appeals for the Sixth Circuit

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 09/16/2025.

**Case Name:**  USA v. Jack Carpenter, III
**Case Number:**  25-1626

**Docket Text:**
ORDER filed : We DISMISS this appeal for lack of jurisdiction (non-final order). No mandate to issue, decision not for publication. Karen Nelson Moore, Circuit Judge; R. Guy Cole, Jr., Circuit Judge and Richard Allen Griffin, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Mr. Jack Eugene Carpenter III
F.C.I. Milan
P.O. Box 1000
Milan, MI 48160

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix
Mr. Henry Edward Moon III

**NOT RECOMMENDED FOR PUBLICATION**

No. 25-1626

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 16, 2025
KELLY L. STEPHENS, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | ON APPEAL FROM THE UNITED |
| v. ) | STATES DISTRICT COURT FOR |
| ) | THE EASTERN DISTRICT OF |
| JACK EUGENE CARPENTER III, ) | MICHIGAN |
| ) | |
| Defendant-Appellant. ) | |

O R D E R

Before: MOORE, COLE, and GRIFFIN, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

In 2023, Jack Eugene Carpenter III was indicted on a charge of making threatening interstate communications. The government moved for a competency evaluation, which the district court granted on June 22, 2023. Carpenter filed a notice of appeal, docketed in this court as No. 23-1661. We dismissed that appeal on July 21, 2025, because the completion of his competency evaluation—determining he was not competent to stand trial—and his subsequent commitment to the custody of the United States Attorney General for treatment rendered it moot.[1] *See United States v. Jack Eugene Carpenter III*, No. 23-1661, at 3 (6th Cir. July 21, 2025).

According to status reports filed in No. 23-1661, Carpenter arrived at the Federal Medical Center in Springfield, Missouri, for treatment in November 2024.

---

[1] Carpenter has filed three other appeals of procedural orders that were dismissed for lack of jurisdiction. *See United States v. Carpenter*, No. 24-1149 (6th Cir. Apr. 2, 2024); No. 24-2031 (6th Cir. Jan. 15, 2025); No. 25-1333 (6th Cir. May 7, 2025). Carpenter has also filed a petition for a writ of mandamus in this court, docketed as No. 24-2113, which remains pending.

No. 25-1626
- 2 -

On July 11, 2025, Carpenter filed a "Motion to dismiss for violation of due process, punishment absent due process, violation of 6th Amendment right to counsel." The same day, he filed a "Notice of Intent to appeal" in the event that the district court struck that motion from its docket or otherwise denied or dismissed it.

We lack jurisdiction over this appeal. This court has appellate jurisdiction over final decisions of the district courts, 28 U.S.C. § 1291, and limited categories of interlocutory orders, *id*. § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see Anderson v. Roberson*, 249 F.3d 539, 542–43 (6th Cir. 2001). The final-judgment rule generally prohibits appellate review in a criminal case until the imposition of sentence, which has not occurred yet in this case. *Flanagan v. United States*, 465 U.S. 259, 263 (1984). And, even if a decision on Carpenter's latest motion would be appealable as an interlocutory order, no decision on the motion has been made. A notice of appeal filed in anticipation of defeat is premature. *Hoeltzel v. Smith*, No. 22-1261, 2022 WL 2352404, at *1 (6th Cir. June 28, 2022) (citing *United States v. Hansen*, 795 F.2d 35, 38 (7th Cir. 1986)).

We **DISMISS** this appeal for lack of jurisdiction.

                ENTERED BY ORDER OF THE COURT

                Kelly L. Stephens, Clerk