Eastern District of Michigan

United States
Vs.
Jack Carpenter III

**FILED**
OCT 06 2025
CLERK'S OFFICE
DETROIT

Case No: 23-20152
Mark A. Goldsmith

Motion to order the U.S. Attorney to produce evidence for discovery in possession of the U.S. Government

The following evidence is in possession of the U.S. Government, and is exculpatory evidence pertaining to defendant's mens rea defense that defendant did not issue a "threat" as defined by the U.S. Supreme Court for 18 U.S.C. 875(c) in Elonis:

- DARPA FOIA release explaining that Eco-Health Alliance requested funding to "release a human engineered Coronavirus" into the bat population of China.

- All documentation from DARPA related to the request from Eco-Health Alliance

- All documentation from the National Institutes of Health regarding all funding to Eco-Health Alliance, especially in regards to genetic modification of coronaviruses.

- Emails between staff at the CDC discussing the decision to count a "COVID-19 death" as anyone who dies within 30 days of a positive test, and any documentation regarding this decision and memos sent to local health officials about this topic.

- Any Electronic or paper documentation discussing the CDC redefining the word "vaccine" during the COVID-19 pandemic

- All Congressional records relating to the U.S. Military database tracking diseases in the U.S. Military increasing after the U.S. Military was forcing members of the armed forces to take EUA medication

- Affidavit for the search warrant for former NSA director John Bolton's home and Office.

- FDA approval letter for ComRNAty from Pfizer

Evidence Pertaining to other Matters:

- Any communication, electronic or otherwise, between the Solicitor General and the White House or members of the Administration regarding defendant's U.S. Supreme Court filings.

~~[scribbled out line]~~

- Flight plan documentation for all military or national guard flights that entered the air space of Washtenaw County Michigan on 11-11-2022 and on the days and times defendant discusses military helicopters hovering over his house (ie. Within 1-3 days of his arrest for "Resisting or Obstructing" and release without charges in December 2022 which defendant was accused of "obstructing" but the Federal complaint falsely claims the arrest was for "assault less than sexual")

- Any communication, electronic or otherwise, in the NSA, FBI, Pentagon, WhiteHouse, members of the Senate, Secretary of Defense, CIA or Secret Service that mention (after 11-10-2022)
    - Jack Carpenter
    - Kingdom of Heaven
    - King of Israel
    - 1296 Lakeview dr.

*Jack Carpenter*
®

United States District Court
Eastern District of Michigan
Southern Division

United States
vs.
Jack Carpenter III

Case No: 23-20152
Mark A. Goldsmith

### Motion for the Court to appoint a computer forensics specialist

Both of the government appointed forensic psychologists claim that defendant's claim he was targetted by the online personality "Q" after emailing the joint chiefs of staff is "a delusion." A delusion is a "fixed false belief, not amenable to change when confronted with evidence to the contrary." Neither psychologist actually possess the skillset necessary to confirm nor deny defendant's claims. Only a computer forensic specialist does. This "being targetted" by the user "Q" has nothing to do with this case in any way shape or form, and has nothing to do with any defense intended. It is only an aspect because Dr. Nybo (who claimed appeal 23-1661 was a delusion while also never actually performed any tests of competency and claimed defendant was incarcerated for 4 years when it was less than 6 months) claimed it was evidence of persecutory delusions. Dr. Nybo also testified that if the claim was true, like how 23-1661 exists, that it would not be a delusion. Obviously, to believe a fact is not a delusion, and if someone was targetted as a fact, then it is not a persecutory delusion, they are simply a victim of being targetted.

Defendant has repeatedly requested that counsel being foisted on defendant

against his wishes and in violation of E.D. Mich. L.R. 83.20(f) and 28 U.S.C. §1654 hire a computer forensics specialist to verify defendant's claims. However, despite defendant being a computer forensics specialist trained by law enforcement who was top of his class in this field, his requests fall on deaf ears, denying defendant the ability to present evidence, and call witnesses in his favor for an 18 U.S.C. §4241(a) hearing. This leaves forensic psychologists to testify about their "expert opinion" on topics they are, in fact, not experts in and their testimony is unchallenged.

If the court is going to claim their opinion on an area of science they are so clearly ignorant of, and allow it to be claimed "a fact" made by "expert opinion" and allow this ignorance to slander defendant by declaring something they lack the skillset to even verify as true or false "a delusion", then the defendant requests a computer forensics specialist to be appointed by the court to investigate defendant's claims so it can be proven that like Dr. Nybo's testimony about appeal 23-1661 and Dr. Turner's testimony about how claiming the mens rea element of the offense cannot be proven is evidence of incompetence, that these "experts" are claiming to possess knowledge and understanding of topics they have no understanding of at all. Counsel's refusal of this request is clear evidence of ineffective assistance.

*Jack Carpenter*

Eastern District of Michigan
Southern Division

United States
Vs.
Jack Carpenter III

Case No: 23-20152
Mark A. Goldsmith

## Letter to the Clerk

Under Federal Rules of Criminal Procedure 17(a) defendant requests several blank Subpoena's be sent to:

Jack Carpenter # 45173510
FDC Milan
P.O. Box 1000
Milan, MI 48160

Defendant requests enough subpoenas for the following individuals:

- Each member of the House Intelligence Committee serving on June 3rd, 2024
- Chairman of the Joint-chief of Staff during December 2019
- Chairman of the Joint-chief of Staff on 11-11-2022
- Pfizer CEO Albert Bourla
- Dr. Fauci formerly of the NIH
- Secretary of Defense who declared the COVID pandemic and selected which injections received EUA under 21 U.S.C. § 360bbb-3
- Dr. Robert Malone
- Retired General Wesley Clark
- Amal Clooney

Thank you.

Jack Carpenter

Jack Carpenter
NAME
4517351G
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
30 SEP 2025 PM 2 L

RECEIVED
OCT 06 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

Clerk of the court of:
Mark A. Goldsmith
Theodore Levin U.S. Courthouse
231 W. Lafayette blvd. 5th Floor
Detroit, MI 48226

46226-277758

Legal mail