United States District Court
Eastern District of Michigan
Southern Division

Case No: 23-20152
Mark A Goldsmith

~~[redacted]~~ Mr. Goldsmith,  U.S. v. Jack Carpenter

pg.1

"As the Hindu gods are 'immortal' only in a very particular sense — for they are born and they die — they experience most of the great human dilemmas and often seem to differ from mortals in a few trivial details ... and from demons even less. Yet they are regarded by the Hindus as a class of beings by definition totally different from any other; they are symbols in a way that no human being, however 'archetypal' his life story, can ever be. They are actors playing parts that are real only for us; they are the masks behind which we see our own faces."
— Wendy Doniger O'Flaherty, Introduction
  Hindu Myths (Penguin Books, 1975)

FILED
OCT 24 2025
CLERK'S OFFICE
DETROIT

"Clothed with the spirit of [Wisdom]: narratives about the selection of leaders in early Israel typically attribute their prowess to 'the spirit of [Wisdom]', not to their qualities. The [spirit of Wisdom] 'comes upon' them or 'rushes upon' them, and they are transformed into effective leaders."
  New American Bible Revised Edition Note Judges 6:34

"Wisdom is of divine origin. She is represented as existing before all things ... She was born before all else ... She was with the [Creator of All] during the creation of the Universe."
  New American Bible Revised Edition Note Proverbs 8:22-31

"[Wisdom] preserved [Adam] the first-formed father of the world when he alone had been created; And she raised him up from his fall, and gave him power to rule all things."
  Wisdom 10:1

"[Wisdom] entered the soul of [Moses] [the Creator of All's] servant and withstood fearsome kings with signs and wonders;
  Wisdom 10:16

"As in Psalm 58, the pagan gods are seen as subordinate divine beings to whom Israel's god had delegated oversight of the foreign countries in the beginning (Dt 32:8-9)" ... "Israel's god had originally assigned jurisdiction over the foreign nations to subordinate deities."
  New American Bible Revised Edition Note Psalms 82

"The sons of the gods: 'the holy ones' and 'courtiers' of Ps. 89:6,8. These Heavenly Spirits are members of God's court."
   New American Bible Revised Edition Note Psalm 89:7

"All gods: divine beings thoroughly subordinate to [the Creator of All]. the Greek translates 'Angels', an interpretation adopted by Heb. 1:6"
   New American Bible Revised Edition Psalm 97:7

"When the Most High allotted each nation its heritage, when he separated human beings. He set up the boundaries of the peoples after the number of the [sons of God]; but [the Spirit Wisdom's] portion was [her] people; [her] allotted share was Jacob."
   Deuteronomy 32:8-9

"From the mouth of the Most High I [, the Spirit Wisdom] came forth, and covered the earth like a mist ... over every people and nation I held sway. Among all these I sought a resting place. In whose inheritance should I abide? Then the Creator of All gave me his command, and my Creator chose the spot for my tent. He said, 'in Jacob make your dwelling, in Israel your inheritance.' Before all ages, from the beginning, he created me, and through all ages I shall not cease to be."
   Yeshua, son of Eleazar, son of Sira 24:3-9

"The pronouns referring to Wisdom may be translated as either feminine or Neuter; in view of Wisdom's role as [the Creator of All's] companion and partner in creation (see Prv 8:22-30; Sir 24:1-21; Wis 9:9; Bar 3:9-4:4) the feminine is used here."
   New American Bible Revised Edition Note Job 28:1-28

"Though all the peoples walk, each in the name of its god, we will walk in the name of [Wisdom], our god, forever and ever."
   Micah 4:5

"O God: the King, in courtly language, is called 'god', i.e., more than human, representing [the Creator of All] to the people"
   New American Bible Revised Edition Note Psalm 45:7

"All who swear by [Wisdom]: to swear by a particular god meant that one was a worshiper of that god."
New American Bible Revised Edition Note Psalm 63:12

"Most High: a divine title, which is here extended to David as God's own King, cf. Ps 2:7-9; Is 9:5. As God rules over the members of the heavenly counsel, so David, God's surrogate, rules over earthly Kings."
New American Bible Revised Edition Note Psalm 89:28

"the Israelite king, as the representative of [the Creator of All], is the instrument of divine justice and blessing for the whole world. The King is human, giving only what he has received from [the Creator of All]. Hence intercession must be made for him."
New American Bible Revised Edition Note Psalm 72

"Do you indeed pronounce justice, O gods; do you judge fairly you children of Adam?"
Psalm 58:2

In Deuteronomy 32:9 Jacob is given to יהוה (actually היאהיא) which is rendered "the Lord" in English Bibles. In Yeshua, son of Eleazar, son of Sira 24:3-9 we see that YHWH (actually HWAHYA) is the Spirit Wisdom, the firstborn of creation. "The Lord" is not the Creator of All, the Most High. See the note in the New American Bible Revised Edition Genesis 4:25-26

"YHWH: this divine name is rendered as 'the Lord' in this translation. The Yahwist source employs the name YHWH long before the time of Moses. Another ancient source, the Elohist (from its use of the term Elohim, 'God', instead of YHWH, 'Lord', for the pre-Mosaic period), makes Moses the first to use YHWH as the proper name of Israel's god."

This distinction is made obvious in Exodus 3:2-6 and the Notes in the NABRE.

"There the Angel of the Lord appeared to him as fire flaming out of a bush... When YHWH saw that he had turned aside to look, god called out to him from the bush: Moses! Moses! He answered, 'Here I am.'... I am the God of your father, he continued, the god of Abraham, the god of Isaac, and the god of Jacob."

Note: "The angel of the Lord: Hebrew mal'ak or 'messenger' is regularly translated angelos by the Septuagint, from which the English word 'angel' is derived, but the Hebrew term lacks connotations now popularly associated with 'angel' (such as wings)..."

This is explaining that a 'messenger' or 'angel' named YHWH appeared, and explained that they were the god of Jacob (Israel). You can see this again when the "messenger" or "angel" of the Creator of All, Elohim (actually Alhym), or in Hebrew "Mal'ak ha'Elohim" leads Israel's army in Exodus 14:19.

All nations are assigned a mal'ak or messenger spirit, none of these spirits are Elohim, the Creator of All. The mal'ak or messenger spirit assigned to Israel is YHWH, the Spirit Wisdom, the firstborn of creation.

There is the Creator of All (Alhym) and his messengers. These messengers have been called "gods", "angels", "messengers", "Spirit Princes", etc. They are not "the Father" (Alhym) they are "the sons of God" (son meaning "offspring" or "descendants"). The first of these messengers created was HWAHYA, the Spirit Wisdom. These messenger spirits are 'immortal' and continuously reincarnate on earth within a family line within their respective nations. They "enter into the soul of" or "come upon" or "rush upon" or "descend upon" an anointed person, formed in the womb for a specific purpose. They live among us all, and are "made flesh". In the referenced Tarot readings they are called "Earth Angels".

The quote from Wendy Doniger O'Flaherty explains this concept perfectly. They look like you, are conceived like you, are born, live, and die like you. They seem to differ in only trivial ways, but they are a class of beings that are in reality totally different than any other. They are actors playing a part.

"I say to you, <u>a son cannot do anything on his own</u>, but only what he sees the Father doing; for what he does, his son will do also. For the Father loves his son and shows him everything he himself does, and he will show him greater works than these so that you may be amazed..." John 5:19-20

This is obvious as they are just messengers. Here to carry out some part of Alhym's grand plan. They come to live among you, and perform some task, and each incarnation is distinct in personality, skills, and task. Nor can they be swayed from that task.

Not that it is required, because it is not, but this system of belief is not only common, but permeates every system of belief I've studied. Often, like Judaism, Christianity or Islam it is supported in scripture but less so in those who claim to identify with the belief. Honestly, those three "religions" can be classified as "the religion of Abraham with unique and yet entirely not necessary rituals invented by people who don't understand the belief system, and falsely believe that imitating behavior or action brings one closer to Alhym", which of course it does not. Blind leading the blind. But the point is, that these beliefs are neither uncommon in history nor irrational. More importantly, one does not need to have this level of evidence to support a belief to have a trial. As explained to Dr. Turner, the law must respect the right to have these beliefs. If I believed that a giant spaghetti monster flies around the universe, and tells me in a dream that I have to wear a noodle strainer on my head to show reverence to the noodle god, it is the courts duty to explain to "expert" forensic psychologists who must understand which facts and law are relevant for competency determinations that religious beliefs and political beliefs are off limits, and if they form any part of the determination of competency, then the opinion must, as a matter of law be dismissed. An "expert" in determination of competency would not need to be explained what cannot, as a matter of law, enter into the determination.

Competency is a mixture of facts and law, if you do not understand that religious beliefs cannot be considered in a determination of competency, then you are by definition "not an expert". If you do not understand that political beliefs cannot be used for a determination of competency, then you are by definition, "not an expert." If you do not understand that a persons job, career, education have no part in a determination of competency, then you are "not an expert".

Incompetence is a specific thing, and very few people are, in fact, incompetent. In the facility I was sent to, almost all were clearly competent. I suspect that courts are manipulating 18 U.S.C. § 4241 as a method to apply a prohibition to the right to bear arms in certain cases, and a method to assassinate the character of certain political dissidents. I suspect the combination of these two objectives is why the majority of appellate opinions on competency are for the charge 18 U.S.C. §875, and they are "diagnosed" with "delusional disorder" and determined "incompetent", then involuntarily committed, force medicated, then civilly committed.

This seems to be an "understood" procedure with the courts and government paid psychologists. Gestapo tactics that are simply accepted.

*Jack Caputo*

Jack Carpenter
NAME
45173510
REG. NO.
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

Legal mail

RECEIVED
OCT 24 2025
CLERKS OFFICE
DETROIT

Clerk of the court of
Mark A Goldsmith
Theodore Levin US Courthouse
231 W. Lafayette blvd 5th floor
Detroit, MI 48226

METROPLEX MI 480
20 OCT 2025 PM 6 L

RECEIVED
OCT 24 2025
CLERKS OFFICE
DETROIT

U.S. MARSHAL

48226-277758