United States
v.
Jack Carpenter

F I L E D
MAR 2 4 2026
CLERK'S OFFICE
DETROIT

United States District Court
Eastern District of Michigan

Case No: 23-20152

My Friend,

Accept emotional shock, hurtful experiences. Don't resist them. They are your most useful means of advancement. You would [like to] know how humanity progresses? There is no mass advance from race to race, any more than from species to species; but there is a selection of individuals who will be the seed of the race to follow. Nature pursues her course by phases, with a tendency to degeneration through inertia. Humanity left to itself gains consciousness too slowly, for natural man avoids educative suffering. Yet from time to time there is a prodigious leap. Suddenly, in an exhausted world, an exceptional being arises, at a time and place favorable to his development. Such a one is a manifestation of a higher consciousness that incarnates voluntarily. A presence that awakens others predisposed, In this way, at times that can be foreseen, new elites are formed that increase the gain in human consciousness... Try to see where this leads. The man who is outstanding in his time is always the one who has faculties that others of his time haven't yet developed. He is the precursor of an age that is on its way to realization and shews the path. The masses won't follow, but those who are sensitive to the new state of consciousness form a group and become the new germ [of consciousness], of a new race. Thus races succeed one another in a manner that can be foreseen. For if the exceptional man is a sporadic creation, precursor of what is to come, a group can only form if cosmic conditions encourage it. Such conditions will even constrain a group to look for a suitable country, whence migration."

-Her-Bak  Egyptian Initiate by Isha Schwaller De Lubicz

F I L E D
MAR 2 4 2026
CLERK'S OFFICE
DETROIT

This is why the Tarot Readings explain that I have come here to show the "Indigo children" the way or the Path. The children who started being born around the same time as me which governments started recognizing are "gifted" and "different". That I was hidden, slipped under the radar. Except when I made a blip after 9-11, and is why the Head of the Secret Service under Biden remembered me. She was the Head of the Detroit field office when Bush was pulling the "Iraq has 'nukular' weapons" then "Operation Iraqi Freedom" lies after Israel staged the 9-11 attacks to generate public support so the U.S. public would cheer while their children died in a Zionist Holy War.

By the way, tell your Chief of Staff that the tactic "Bomb a foreign country" used by Clinton to hide a sex scandal mixed with the "Iraq Iran has nuclear weapons" and "Operation Iraqi Iranian Freedom" playbook used by little Bush to take the news cycle away from the pictures of you with Epstein and under age girls and the UK Ambassador with former Prince Andrew being arrested for giving secrets to Epstein is a little Band-aid.

This is where people begin to distance themselves from you, as you can see from the Director of Counter-Terrorism. The first of many. I get it though. When asked, "what was the imminent threat?" You can't reply, "Epstein was about to be exposed as an Israeli MOSSAD Intelligence Network with fingers in every country on earth, and I'm involved in it, so Netanyahu and I threw a Hail Mary." Can't say that U.S. troops are dying to protect paedophiles, can we?

Remember how I said that what you want to happen to me happens to you all to a "T"? Then Biden was deemed incompetent by the world for the plan to use 18 U.S.C. §42411 as a tactic to discredit me. Then the world called you a paedophile for using the 8Kun server to try to manufacture evidence I was a paedophile. Then the Pope died on the day of the resurrection of Jesus because of whatever he had the Jesuits do referenced in the Tarot Reading by Astraea5d, "Whoa! What is this? Warrior Priest contacted about a contract to do with you on 11-11-2022" (The day I sent the Declaration of Sovereignty to the Joint-Chiefs of Staff). I also said Netanyahu will die as well.

In this latest scheme Netanyahu murdered a person protected under International law from an act such as that (see 18 U.S.C. §1116), making Israel a terrorist state under U.S. law. Though killing civilian scientists or putting bombs in communication devices to blow up in markets in Lebanon are a couple other examples of numerous acts of terrorism by Israel. His son took over, and he does so when his father, wife, and child were murdered by Netanyahu in an unlawful act of aggression. When considering Iran's new leader's life goals, how high on the list do you think, "Kill Netanyahu and his goons" are on that list? Maybe we should ask the Lebanese American that Netanyahu murdered his two brothers, their children, and injured his mom and dad, so he drove his car into temple Israel to make those who support them feel what he felt. When you play stupid games, you win stupid prizes.

If I was face to face with Mr. Goldsmith, the Jewish judge who legally should have recused himself, but instead proved a Jewish conspiracy does, in fact, exist in the government, I would ask if his Synagogue is temple Israel. I'd also ask if the campaign manager for Gretchen Whitmer, Elissa Slotkin, the Secretary of State and probably the State Attorney General worked a temple Israel as well. You know, the one murdered on 10-31 of either 2023 or 2024. It would be "strange" if you all were connected that way.

-The Beggar King   Josh Capston

Jack Carpenter
NAME

45173510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED
MAR 24 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
20 MAR 2026 PM 14 L

U.S. MARSHALS

Clerk of the Court
Theodore Levin US Courthouse
231 W. Lafayette blvd. 5th Fl.
Detroit, MI 48226

Legal mail

48226-270099