United States District Court
Eastern District of Michigan
Southern Division

US

v

Jack Carpenter

Case No. 23-20152

FILED
JUN 0 1 2026
CLERK'S OFFICE
DETROIT

Pg. 1

Motion the Court to recognize that it is a conflict of interest for a Jewish judge to find as "fact" it is a delusion to believe there is a conspiracy involving Zionist Jews to infiltrate public offices in the United States to utilize the U.S. military and Public treasury to facilitate unlawful wars of aggression in the middle east to aid the military goals of Israel. It is also evidence the Jewish Judge is a participant in this conspiracy by trying to discredit the belief while assuming the role of the jury.

During the Iran-Contra scandal it is now public knowledge that high level officials including the President participating in a scheme to fund an act of war against the nation of Iran and others in violation of an act of Congress, International Law, and the will of the American People. The Secretary of Defense was indicted, among others. For the AUSA to claim it is "common sense" that the Secretary of Defense is not involved in a conspiracy regarding the use of the military is both contrary to history and a question for the jury.

Considering that the occupation of abandoned buildings by armed individuals over land managed by the Bureau of land management resulted in a full government response that was covered by the media for weeks, for the AUSA to claim that a person to claim that 9 sq. miles of former U.S. territory is under military occupation of a foreign nation prompted a military helicopter is "delusional" defies common sense. Under the government's theory, the Joint-chiefs of staff were made aware of a claim of military invasion on U.S. soil, and no one even thought to look into it. In fact, despite daily interaction with public email, public Twitter, and calling the Secretary of State making these claims for over 3 months, no one was aware that defendant even existed until someone called the FBI threat office on Feb 17, 2023. According to the government, it is so obvious that the government is incompetent, that to believe they looked into the claim is "delusional." Well, until someone

mentioned Jews. Then defendant was arrested within 24 hours of his comments. This is "common sense". This claim by the government is beyond absurd.

As noted by Mr. Nogues in ECF. 342 PgID. 1848 lines 10-19: "The fact of the matter is that this issue ... is an issue of disputed fact to be determined by the jury." In reference to defendant's theory that COVID was, like Iran-Contra, a money laundering operation to pay for illegal wars. A conspiracy by Zionist Jews.

At the time of defendant's arrest this was a less common theory. Now, this theory is so prevalent that a Democrat running for U.S. Congress in Texas is running on the platform to repurpose ICE detention facilities to house Zionist Jews and Zionist Christians for the exact behavior this court declares "a delusion." This Democrat was the most popular in the primary for her seat.

Under the standards set by Elonis v. United States 575 U.S. 723, 737, 135 S. Ct. 2001, 192 L. Ed. 2d 1 (2015), One of the elements the government must prove is whether or not defendant intended to send a threat, as-defined by law as "an unlawful declaration of force." The AUSA admits that they cannot prove this element by acknowledging that defendant believed his action was necessary to stop a criminal conspiracy by Zionist Jews. But then argues this innocent intent is a "delusion" which makes him incompetent to stand trial for a charge they acknowledge he didn't legally commit as he didn't have the requisite mens rea.

Whether or not there is an actual criminal conspiracy is not relevant as the question is whether or not this belief motivated defendant's behavior as a means to protect people from harm. The AUSA acknowledges this is the case. If the question becomes "was this belief reasonable, and if others with the same facts available to defendant would reach the same conclusion" then this is a question for the jury, not the judge or a government psychologist.

It stands to reason that if a judge is Jewish, his loyalty to his identity would prompt him to desire to discredit this claim by ruling it a delusion as he has done. With people running for Congress making the same claims as the defendant, clearly this belief is not a "delusion."

Case 2:23-cr-20152-MAG-EAS    ECF No. 347, PageID.1901    Filed 06/01/26    Page 3 of 3

Jack Carpenter
NAME

45173510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

RECEIVED

JUN 01 2026

CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480

27 MAY 2026 PM 4 L

Clerk of the Court of
Mark A. Goldsmith
Theodore Levin U.S. Courthouse
231 W. Lafayette blvd. 5th Fl.
Detroit, MI 48226

Legal mail

48226-277758

Legal mail