**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 04, 2026

Ms. Jasna Tosic
Federal Public Defender's Office
Western District of Michigan
50 Louis Street, N.W.
Suite 300
Grand Rapids, MI 49503

    Re: Case No. 26-1096, *USA v. Jack Carpenter, III*
        Originating Case No. 2:23-cr-20152-1

Dear Counsel,

    This confirms your appointment to represent the defendant in the above appeal under the Criminal Justice Act, 18 U.S.C. § 3006A.

    You must file your appearance form and order transcript within 14 days of this letter. The appearance form and instructions for the transcript order process can be found on this court's website. Please note that transcript ordering in CJA-eligible cases is a two-part process, requiring that you complete both the financing of the transcript (following the district court's procedures) and ordering the transcript (following the court of appeals' docketing procedures). Additional information regarding the special requirements of financing and ordering transcripts in CJA cases can be found on this court's website at http://www.ca6.uscourts.gov/criminal-justice-act under "Guidelines for Transcripts in CJA Cases."

    If the record contains sealed documents that are necessary for purposes of appeal, counsel is encouraged to communicate directly with the appropriate district court clerk to establish electronic access. If necessary, counsel may motion the court for appropriate relief. Counsel should consult the Federal Rules of Appellate Procedure and this court's local rules and operating procedures for additional information regarding sealed documents.

    Under § 230.66.40(a) of the *Guide*, "the expense of specialized typesetting, layout, or binding of appellate or other legal briefs (including Supreme Court booklets) exceeding requirements for individuals represented under the CJA, regardless of the printing method utilized, is **not** reimbursable." (emphasis added) "The reasonable cost of laser printing, photocopying, or similar duplication expenses is," however, "reimbursable." *Id*. § 230.66.40(b).

The Supreme Court does not require the special booklet format when a petitioner is proceeding IFP. *See* S. Ct. R. 39.3. Instead, counsel may print their petition on 8.5x11 paper, stapling in the top-left corner, and must mail an original and ten copies of the cert. petition and appendix. *See* Guide to Filing *IFP* Cases; S. Ct. R. 33.2. Expenses above the costs for production consistent with S. Ct. R. 39.3 will not be reimbursed.

Following this letter, you will receive a notice of your appointment in the eVoucher system. That will enable you to log into the eVoucher system and track your time and expenses in that system. To receive payment for your services at the close of the case you will submit your voucher electronically via eVoucher. Instructions for using eVoucher can be found on this court's website. Your voucher must be submitted electronically no later than 45 days after the final disposition of the appeal. *No further notice will be provided that a voucher is due.* Questions regarding your voucher may be directed to the Clerk's Office at 513-564-7041.

Finally, if you become aware that your client has financial resources not previously disclosed or is no longer eligible for appointed counsel under the Criminal Justice Act, please contact the Clerk or Chief Deputy for guidance.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy | CJA Attorney Appointment Coordinator
Direct Dial No. 513-564-7062

cc: Mr. Jack Eugene Carpenter III
    Ms. Kinikia D. Essix
    Mr. Henry Edward Moon III