US v.
Jack Carpenter

United States District Court
Eastern District of Michigan
Southern Division

FILED
JUN 09 2026
CLERK'S OFFICE
DETROIT

My Friend,                                                    Case No. 23-20152

I see that there is a clear shift with Iran and Israel. You announce a deal is almost made, meet to discuss it, and Israel announces it is seizing more of Gaza and bombing Lebanon's capital, knowing that Iran will react. Intentionally preventing a deal as they did numerous times by committing clear acts of terrorism in Iran and Qatar during HAMAS negotiations. Just like with Biden, when you act against his interests, their agents in the U.S. activate to attempt to control public opinion.

The Frog is the Qanon Avatar for Trump. 11-14-81 is my birthday, a Scorpio. I am assuming the Frog and Scorpion post, like Sinatra: My Way is one of your plausible deniability communications. I don't talk to anyone outside of here except my Sister I have not spoken to in a while or my daughter I've spoken to twice recently this past week. Without access to the internet, I cannot read it. I assume it is the riddle of the Fox, hare, and chicken and a boat with room for only one at a time, and the need to get all 3 across the river but the Fox will eat the hare or the chicken. Only you used Frog (you) and Scorpion (Me) and reference the ability to sting everyone.

Let us use Frog (you), Scorpion (Me), and Chicken (Netanyahu because when he sees his own shadow, he blows up a church, school, or hospital...). You take the Scorpion who you've unlawfully imprisoned and tortured for 3½ years across first. Then you come back to get the Frog. You take the Scorpion back across, and then grab the paranoid chicken to bring across with the Frog. Then come to get the Scorpion.

There is no scenario where you cannot address the abused Scorpion First. You have been having the U.S. Supreme Court clerk play games with my filing by sending it back ~6 times claiming that rules it clearly complies with are not complied with. An original copy that clearly complies with all rules is filed in 23-20152, showing that like case Manager Ryan in the 6th Circuit, they are under orders to sabotage and prevent the filing of the argument. I will refrain from filing it until June 20th to give you time to figure out how to comply with Revelation 12:6 and 12:14 in a meaningful way that allows both you and I to "save face".

I await your response.

Jach Cyp[signature]

Ms. Carlson,
"Rosicrucian Manual" by Harvey
Spencer Lewis
pg. 141 paragraph 2
pg. 74 paragraph 3


Check it out. "Fantastic"

Case 2:23-cr-20152-MAG-EAS   ECF No. 351, PageID.1913   Filed 06/09/26   Page 2 of 2

Jack Carpenter
NAME

45173510
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN  48160

**RECEIVED**
JUN 09 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

METROPLEX MI 480
5 JUN 2026   PM 10 L

Freedom
250

Clerk of the Court of
Mark A. Goldsmith
231 W. Lafayette blvd. 5th fl.
Detroit, MI  48226

U.S. MARSHALS

48226-277758

Legal Mail

Legal Mail